(Rev. 4/97)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

FILED
MAR 11 2005

Jimmie Lewis
Plaintiff

v.

Raphel Williams, et al.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-013 GMS

I, Jimmie Lewis, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration H.R.Y.C.I., P.O. Box 9561, Wilm, DE 19809

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28; USC §2254.*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   11/14/02 Downtown District Sanitation, $250.00 wk, 340 Raymond Blvd, Newark, NJ 07102

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

3/9/05
DATE

_Jimmie Lewis_
SIGNATURE OF APPLICANT

---

## CERTIFICATE
(Incarcerated applicants only)
(_To be completed by the institution of incarceration_)

I certify that the applicant named herein has the sum of $ 4.38 on account his/her credit at (name of institution) Howard R Young Correctional Institution.

I further certify that the applicant has the following securities to his/her credit:

N/A

I further certify that during the past six months the applicant's average monthly balance was $ 21.40 and the average monthly deposits were $ 46.74.

3/8/2005
Date

_Priscilla L. Farr_
SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
03/01/05 15:45
ST 006 / OPR PLF

SBI                  :  506622
Resident Name        :  LEWIS, JIMMY
Time Frame           :  06/25/2004 12:48 - 03/01/2005 15:45

--------------------------------------------------------------------------------
Date         Time    Type            ST   OPR    Receipt #        Amount      Balance
--------------------------------------------------------------------------------

06/25/2004   12:48   Reopen          5    WD     E2855             1.50         1.50
07/07/2004   06:52   Order           2    IM     B23665            1.36         0.14
07/12/2004   15:10   Add             6    PLF    F4716            39.71        39.85
07/14/2004   09:23   Order           2    DDT    B24914           21.21        18.64
07/19/2004   12:00   Add             4    CK     D9846            50.00        68.64
07/20/2004   08:51   Order           2    DDT    B25494           14.58        54.06
07/26/2004   13:03   Add             4    CK     D10189           30.00        84.06
07/27/2004   13:05   Order           2    IM     B26422           22.16        61.90
08/04/2004   08:15   Order           2    WLH    B27502           23.36        38.54
08/09/2004   12:28   Add             4    CK     D10924           40.00        78.54
08/10/2004   08:06   Order           2    DDT    B28073           24.75        53.79
08/12/2004   10:26   Order           9    WAC    I149              2.20        51.59
08/17/2004   08:39   Order           2    DDT    B29081           28.63        22.96
08/18/2004   11:38   Rec Payment     7    PLF    G2806             5.75        17.21
08/18/2004   14:43   Order           2    DDT    B29432            2.30        14.91
08/19/2004   12:38   Add             4    CK     D11404           20.00        34.91
08/23/2004   09:26   Add             8    RP     H5616            25.00        59.91
08/25/2004   07:55   Order           2    DDT    B30311           18.48        41.43
09/01/2004   08:07   Order           2    IM     B30951           25.28        16.15
09/15/2004   08:28   Order           2    IM     B32918           16.00         0.15
09/17/2004   12:56   Add             4    SED    D12896           25.00        25.15
09/21/2004   13:19   Order           2    IM     B33682           22.17         2.98
09/22/2004   13:23   Add             4    SED    D13102           25.00        27.98
09/29/2004   08:33   Order           2    DDT    B34761           14.70        13.28
09/30/2004   13:59   Credit          9    IM     I559              2.76        16.04
09/30/2004   14:04   Order           9    IM     I561              3.70        12.34
10/06/2004   08:33   Order           2    DDT    B35533            7.82         4.52
10/13/2004   09:49   Order           2    DDT    B36466            4.41         0.11
10/20/2004   10:41   Add             4    SED    D14514           25.00        25.11
10/26/2004   09:04   Order           2    DDT    B38042           21.52         3.59
10/27/2004   09:22   Credit          2    WAC    B38319           21.52        25.11
10/28/2004   18:31   Rec Payment     7    PLF    G3722            14.33        10.78
11/02/2004   08:36   Order           2    WAC    B38956           10.59         0.19
11/03/2004   14:16   Credit          9    IM     I903             10.59        10.78
11/03/2004   14:19   Order           9    IM     I904             10.59         0.19
11/05/2004   09:24   Add             8    RP     H7396            25.00        25.19
11/08/2004   13:02   Add             4    CK     D15398           30.00        55.19
11/23/2004   08:17   Order           2    DDT    B41541           32.74        22.45
11/24/2004   15:36   Rec Payment     7    PLF    G4070            19.13         3.32
11/30/2004   11:41   Order           2    WLH    B42407            3.10         0.22
12/02/2004   10:29   Rec Pymnt-Rev   7    kjg    G4112            14.33        14.55
12/07/2004   08:05   Order           2    WLH    B43112           14.51         0.04
12/09/2004   09:38   Credit          2    DDT    B43459           14.51        14.55
12/09/2004   11:30   Rec Payment     7    kjg    G4129             5.76         8.79
12/17/2004   11:20   Withdrawal      6    PLF    F8176             8.49         0.30
12/17/2004   11:31   Add             4    SED    D17465           50.00        50.30
12/30/2004   11:24   Rec Payment     7    kjg    G4196             1.20        49.10
01/06/2005   12:09   Withdrawal      6    PLF    F8432             8.49        40.61
01/13/2005   14:53   Withdrawal      6    PLF    F8659             9.37        31.24
01/26/2005   11:24   Rec Payment     7    kjg    G4252            20.69        10.55
01/26/2005   11:43   Rec Payment     7    kjg    G4253             0.37        10.18
02/10/2005   10:15   Rec Payment     7    kjg    G4287             5.80         4.38
02/28/2005   10:57   Add             4    SED    D21294           50.00        54.38
03/01/2005   08:52   Rec Payment     7    kjg    G4600            18.83        35.55
```