STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

FILED

APR - 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MEMORANDUM

TO:        Inmate __Jimmie Lewis_____    1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2-3-05

RE:        YOUR RECENT GRIEVANCE #05-__11012____

This memo is to inform you that the grievance submitted by you dated __1-26-05__, regarding
_____denied water by c/o Newman_____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

X    **Inmates cannot request or demand disciplinary action on staff.  If you have a complaint
regarding staff write a letter to that person's supervisor.  In this case, that is:  Captain Jefferson, 8x4
Shift Commander.**

_____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

X    **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.**

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink.  Original grievance forms
must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook.  Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____  1.E_

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      _2-3-05_

RE:        YOUR RECENT GRIEVANCE #05-_11013____

This memo is to inform you that the grievance submitted by you dated _1-20-05___, regarding
_____write up by c/o camm_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process.  The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision.  The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

**X Disciplinary issue.  Disciplinary actions cannot be grieved but must be APPEALED within 24
hours of the Class I or Class II Hearing Decision.  Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form.  Please note that 24 loss of all privileges cannot
be appealed.**

____ Parole Board Decision.  The inmate must write a letter to the Parole Board within 30 days of the
Board's decision.  Expressing the desire to appeal the decision and listing the reasons.  The Parole
Board's address is:  Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

**X  Inmates cannot request or demand disciplinary action on staff.  If you have a complaint
regarding staff write a letter to that person's supervisor.  In this case, that is:  Captain Jefferson, 8x4
Shift Commander.**

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink.  Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook.  Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_____ _1E_

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     _2·3·05_

RE:         YOUR RECENT GRIEVANCE #05-_11014___

This memo is to inform you that the grievance submitted by you dated _1·26·05_, regarding
_____Sgt. Way_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _Captain Jefferson_

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_____ _1-E_

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      _2-3-05_

RE:         YOUR RECENT GRIEVANCE #05- _11019____

This memo is to inform you that the grievance submitted by you dated _1-26-05___, regarding _C/o Newman denying you to wash hands____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

__X__ **This is an issue/complaint that has already been grieved by you or another inmate. 11012.**

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate   Jimmie Lewis _____   1.E

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-3-05

RE:          YOUR RECENT GRIEVANCE #05-  11604

This memo is to inform you that the grievance submitted by you dated  1-26-05  , regarding
_____  court clothing  _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

_____ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

_____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

__X__ **Other: I/M Lewis, requests are not processed through the grievance procedure. When you are scheduled for court appearances, you can write to the Office of the Security Superintendent regarding receiving clothing for court.**

_____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:     file

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimme Lewis_____ _1-E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-3-05_

RE:        YOUR RECENT GRIEVANCE #05-_11016_

This memo is to inform you that the grievance submitted by you dated _1-20-05___, regarding
_____ _heacing by Lt. Mitchell_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

**_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.**

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

**_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Berggrun, 12x8 Shift Commander.**

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          Inmate  Jimmie Lewis          1-E

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-3-05

RE:          YOUR RECENT GRIEVANCE #05- 11005

This memo is to inform you that the grievance submitted by you dated  1-26-05 , regarding
_____ assult by Lt. chudzig _____ is not grievable for the following reason(s):

\_\_\_ The complaint was addressed by the IGC: _____.

\_\_\_ Security issue (involves the security and/er staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

\_\_\_ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

\_\_\_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

\_\_\_ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

\_X\_ **Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Berggrun, 12.8 Shift Commander.**

\_\_\_ This is an issue/complaint that has already been grieved by you or another inmate._____.

\_X\_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

\_\_\_ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

\_\_\_ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate Jimmie Lewis        1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     2-3-05

RE:        YOUR RECENT GRIEVANCE #05- 11018

This memo is to inform you that the grievance submitted by you dated  1-27-05 , regarding
assulted by c/o chapel is not grievable for the following reason(s):

\_\_\_\_ The complaint was addressed by the IGC: _____.

\_\_\_\_ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

\_\_\_\_ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

\_\_\_\_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

\_\_\_\_ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

X **Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Berggrun, 12x8 Shift Commander.**

\_\_\_\_ This is an issue/complaint that has already been grieved by you or another inmate. _____.

X Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

\_\_\_\_ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

\_\_\_\_ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:      Inmate _Jimmie Lewis_ _1-E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-3-05_

RE:       YOUR RECENT MEDICAL GRIEVANCE #05-_11041_

This memo is to inform you that the grievance submitted by you dated _1-17-05_, regarding _my Mental health care provider_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

_X_ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance. A copy of this grievance has been forwarded to First Correctional Medical for review.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:      Inmate _Jimmie Lewis_____ _1-E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-3-05_

RE:      YOUR RECENT MEDICAL GRIEVANCE #05-_11038____

This memo is to inform you that the grievance submitted by you dated _1-17-05___, regarding
_Legal help from mental health_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance. A copy of this grievance has been forwarded to First Correctional Medical for review.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate  Jimmie Lewis          1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-3-05

RE:          YOUR RECENT MEDICAL GRIEVANCE #05- 11026

This memo is to inform you that the grievance submitted by you dated  1-17-05 , regarding
_____ safety attire for PCO status _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

_X_ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance. A copy of this grievance has been forwarded to First Correctional Medical for
review.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate  _Jimmie Lewis_        _1-E_

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:      _2-3-05_

RE:          YOUR RECENT GRIEVANCE #05- _11025_

This memo is to inform you that the grievance submitted by you dated _1-18-05_____, regarding
_____ _disciplinary procedures on pco_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

_X_ **Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24
hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.**

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:     Inmate _Jimmie Lews_ _ _ _ _ 1E

FROM:   Sgt. Moody, Inmate Grievance Chairperson

DATE:   _2-3-05_

RE:     YOUR RECENT MEDICAL GRIEVANCE #05-_11024_

This memo is to inform you that the grievance submitted by you dated _1-17-05_ , regarding medical concern(s) is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _ _ _ _ _ _ _ _.

__X__ **This is an issue/complaint that has already been grieved by you or another inmate._#11023_**

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

____ Action request is inappropriate or not completed. Inmate must make an actual request, such as,

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate __Jimmie Lewis_____ 1-E.

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-3-05

RE:        YOUR RECENT GRIEVANCE #05-__11021___

This memo is to inform you that the grievance submitted by you dated __1-26-05__, regarding ___C/o Blue not letting you wash hands___ is not grievable for the following reason(s):

___ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

___ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

___ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

___ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

___ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

___ This is an issue/complaint that has already been grieved by you or another inmate. _____.

X **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

___ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

___ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

### MEMORANDUM

TO:        Inmate  Jimmie Lewis _____   1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2-3-05

RE:        YOUR RECENT GRIEVANCE #05- 11020

This memo is to inform you that the grievance submitted by you dated  1-26-05 ___, regarding
___ C/o Toleoti denying you to wash hands ___ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

__X__ **This is an issue/complaint that has already been grieved by you or another inmate. 11011.**

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

### MEMORANDUM

TO:        Inmate  Jimmie Lewis          1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:      2·3·05

RE:        YOUR RECENT MEDICAL GRIEVANCE #05- 11023

This memo is to inform you that the grievance submitted by you dated  1·17·05 , regarding medical concern(s) #196-197 be renovated, suicide mattress, with a sink is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _____:

__X__ **This is an issue/complaint that has already been grieved by you or another inmate. #9687**

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

_____ Action request is inappropriate or not completed. Inmate must make an actual request, such as,

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ _1-E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-3-05_

RE:        YOUR RECENT GRIEVANCE #05- _11017_

This memo is to inform you that the grievance submitted by you dated _1-27-05_, regarding _assulted by C/o Harnford_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

__X__ **Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Berggrun, 12x8 Shift Commander.**

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:            Jimmie Lewis              Inf.

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:        12·17·04

RE:             MEDICAL GRIEVANCE #  04·9687

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

*IE 15*

TO:        Jimmie Lewis                    *Inf.*

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:      12·20·04

RE:        MEDICAL GRIEVANCE # 04·9095

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

<u>Multi-Purpose Criminal Justice Facility</u>
<u>Inter-Dept. Memo</u>

TO:            Jimmie Lewis                    1-E

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:       2-3-05

RE:            MEDICAL GRIEVANCE # 05-11622

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

## Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:        Jimmie Lewis                    1·E

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:      2·3·05

RE:        GRIEVANCE # 05·11615

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____handbook_____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ 1.E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:        _2.7.05_

RE:         YOUR RECENT GRIEVANCE #05-_11205___

This memo is to inform you that the grievance submitted by you dated _1.28.05___, regarding _write up by Lt. Mitchell while on PBO status_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

_X_ This is an issue/complaint that has already been grieved by you or another inmate. _05-11016_.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  _Jimmie Lewis_        _1-E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-7-05_

RE:        YOUR RECENT GRIEVANCE #05-_11258_

This memo is to inform you that the grievance submitted by you dated _1-28-05_, regarding _Sgt. Way giving hearing while you're on pco_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:          Jimmie Lewis                    1-E

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        2-7-05

RE:          MEDICAL GRIEVANCE # 05-11260

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie lewis_____        1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2.7.05_

RE:        YOUR RECENT GRIEVANCE #05-_11257___

This memo is to inform you that the grievance submitted by you dated _1.28.05____, regarding _U. sheets conducting hearing while you're on PCO_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_____ 1·6

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     9·7·05

RE:         YOUR RECENT GRIEVANCE #05-_112161___

This memo is to inform you that the grievance submitted by you dated _1·28·05___, regarding
_wake up by C/o Armstrong while on mental health unit_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
        welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
        Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
        within seven (7) days after the inmate receives the Classification decision. The letter must state that
        the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
        the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
        of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
        Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
        be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
        Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
        Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
        Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
        staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
        grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
        must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
        for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lews_ _____ _1 E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     _2·7·05_

RE:        YOUR RECENT GRIEVANCE #05- _11259_

This memo is to inform you that the grievance submitted by you dated _1·28·05_____, regarding
_write up by C/o Young while on PO status_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).   .

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis _____  1.E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:       2.7.05

RE:        YOUR RECENT GRIEVANCE #05- 11267

This memo is to inform you that the grievance submitted by you dated  1.28.05 ____, regarding
being placed on administrative sg by crphan branford ___ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

__X__ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

### MEMORANDUM

TO:      Inmate  _Jimmie Lews_____ 1-E

FROM:   Sgt. Moody, Inmate Grievance Chairperson

DATE:   2.7.05

RE:      YOUR RECENT GRIEVANCE #05- _11263_

This memo is to inform you that the grievance submitted by you dated _1.28.05___, regarding
_Lt. Famer conducting hearing while youre on PHD status_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          Inmate _Jimmie Lewis_____ _LE_

FROM:       Sgt. Moody, Inmate Grievance Chairperson

DATE:        _2·8·05_

RE:          YOUR RECENT GRIEVANCE #05- _11305___

This memo is to inform you that the grievance submitted by you dated _1·28·05___, regarding
_____ _assult by C/o Apn_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
       welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
       Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
       within seven (7) days after the inmate receives the Classification decision. The letter must state that
       the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
       the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
       of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
       Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
       be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
       Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
       Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
       Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
       staff write a letter to that person's supervisor. In this case, that is: _Captain Banford_

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
       grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
       must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
       for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ _1·E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2·8·05_

RE:        YOUR RECENT GRIEVANCE #05-_11306____

This memo is to inform you that the grievance submitted by you dated _1·28·05____, regarding _write·up by c/o Talenh for flooing asm_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ 1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2·8·05_

RE:        YOUR RECENT GRIEVANCE #05- _11309_

This memo is to inform you that the grievance submitted by you dated _1·28·05_____, regarding _write up by c/o Barkley while on PCO status_____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC:  _._____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

_____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_ _____ _LF_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2.8.05_

RE:        YOUR RECENT GRIEVANCE #05-_11290_

This memo is to inform you that the grievance submitted by you dated _1.28.05_____, regarding
_____ _mental health assessment and evaluation_ _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

__X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:       Inmate __Jimmie Lewis_____ 1·E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     2·8·05

RE:       YOUR RECENT MEDICAL GRIEVANCE #05-_11290__

This memo is to inform you that the grievance submitted by you dated __1·28·05__, regarding medical concern(s) is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _____.

____ This is an issue/complaint that has already been grieved by you or another inmate. #_____

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

____ The grievance is a photocopy; carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

____ Action request is inappropriate or not completed. Inmate must make an actual request, such as,

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_ _____ _1-E_

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      _2-8-05_

RE:        YOUR RECENT GRIEVANCE #05- _1208_

This memo is to inform you that the grievance submitted by you dated _1-28-05_, regarding
_hearing by Sgt. Rickards while on PCO status_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public)..

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:     Inmate _Jimmie Lews_____ 1.E

FROM:   Sgt. Moody, Inmate Grievance Chairperson

DATE:   28·05

RE:     YOUR RECENT GRIEVANCE #05- _11278____

This memo is to inform you that the grievance submitted by you dated _1·28·05___ , regarding
___hearing by Lt. Soboto while on P.O. status___ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ 1.E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:      2·8·05

RE:        YOUR RECENT GRIEVANCE #05-_11279____

This memo is to inform you that the grievance submitted by you dated _1·28·05____, regarding _haring by Captain Packer while on PCO status__ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_X_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis                1-E

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      2·8·05

RE:        YOUR RECENT GRIEVANCE #05-_11280___

This memo is to inform you that the grievance submitted by you dated _1·28·05___, regarding
___padding in cooms 196 and 197 in Inf.___ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

__X__ This is an issue/complaint that has already been grieved by you or another inmate. _04·9687_

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis          1.E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     2·8·05

RE:        YOUR RECENT GRIEVANCE #05- 11294

This memo is to inform you that the grievance submitted by you dated  1·28·05    , regarding
     internal affairs investigation          is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Captan Jefferson

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis            1 E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2·8·05

RE:        YOUR RECENT GRIEVANCE #05- 11295

This memo is to inform you that the grievance submitted by you dated  1·28·05    , regarding
_____ legal mail cost _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

_X_ This is an issue/complaint that has already been grieved by you or another inmate. 04-9120 .

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ 1:E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2·8·05

RE:        YOUR RECENT GRIEVANCE #05-_11296_

This memo is to inform you that the grievance submitted by you dated _1·28·05___, regarding
_____disinfectant spray_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_____ _1-E_

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     _2-8-05_

RE:         YOUR RECENT GRIEVANCE #05-_11298___

This memo is to inform you that the grievance submitted by you dated __1-28-05___, regarding
_____ _money sent out_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance. However, on your behalf a copy of this grievance has been forwarded to the Business
Office for review.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis                    1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-8-05

RE:         YOUR RECENT GRIEVANCE #05- 11297

This memo is to inform you that the grievance submitted by you dated ___1-28-05___, regarding _____ toilet brushes _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate  _Jimmie Lewis_        _1-E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     _2-8-05_

RE:         YOUR RECENT MEDICAL GRIEVANCE #05-_11291_

This memo is to inform you that the grievance submitted by you dated _____, regarding medical concern(s)Mental Health providing supervision during court procedures, Administrative Interviews, Disciplinary procedures is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _____.

____ This is an issue/complaint that has already been grieved by you or another inmate. #_____

_X_ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance**.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ _1E_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2·8·05_

RE:        YOUR RECENT GRIEVANCE #05- _11286____

This memo is to inform you that the grievance submitted by you dated _1·28·05____, regarding
_____ _paper gowns_ _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

_X_ This is an issue/complaint that has already been grieved by you or another inmate. _05·11286_.

_X_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate ___Jimmie Lewis_____ 1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     2·8·05

RE:         YOUR RECENT GRIEVANCE #05-__11308____

This memo is to inform you that the grievance submitted by you dated __1·28·05___, regarding _____C/o Johnson assulting you_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

X Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

X Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate Jimmie Lewis, 1E Pod

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-8-05

RE:        YOUR RECENT MEDICAL GRIEVANCE #05-11026 **(Correction)**

This memo is to inform you that the grievance submitted by you dated 1-17-05, regarding medical concern(s), safety attire (paper gowns) is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _____.

____ This is an issue/complaint that has already been grieved by you or another inmate. # _____

____ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance. On your behalf a copy of this grievance has been forwarded to the Medical Department.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_        1E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-8-05_

RE:        YOUR RECENT GRIEVANCE #05-_11277_

This memo is to inform you that the grievance submitted by you dated _1-28-05_, regarding _(receiving/sending legal mail on Pro status_ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

__X__ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis          1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2·8·05

RE:        YOUR RECENT GRIEVANCE #05- 11289

This memo is to inform you that the grievance submitted by you dated  1·28·05   , regarding
24 HR mental health Provider          is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

X  This is an issue/complaint that has already been grieved by you or another inmate. 05-11041 .

X  Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:          Jimmie Lewis                    1·E

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        2·8·05

RE:          GRIEVANCE # 05-11292

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____ pork turkey ham _____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:                 Jimmie Lewis                    1-E

FROM:            Sgt. M. Moody, Inmate Grievance Chair

DATE:            2-8-05

RE:                 GRIEVANCE # 05-11293

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____ park maisages _____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

255-4439    4/



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF SUBSTANCE
ABUSE AND MENTAL HEALTH

DELAWARE PSYCHIATRIC CENTER

June 15, 2004



RECEIVED
JUN 2 1 2004
JUDGE TOLIVER'S OFFICE

Re: Jimmy Lewis
    ID# 0305016966

Dear Judge Toliver:

     The Forensic Evaluation Team have completed their evaluation and treatment on Jimmy Lewis' ID# 0305016966. We are requesting from the court a court order allowing us: ***To transfer Jimmy Lewis back to DOC.***

     If there are any questions or concerns regarding this request, please contact me at (302) 255-9701. For the court's convenience my fax number is (302) 255-4439.

Respectfully,

*Dianne Stachowski*

Dianne Stachowski, MSN, RN, CS
Forensic Unit Director
Mitchell Building

CC: Renata Henry, Director, DSAMH
     Ranga N. Ram, MD, Medical Director

*So ordered.*
*Toliver*
*6/28/04*

2004 JUN 29 PM 4: 14
FILED PROTHONOTARY