

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

FILED

APR – 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Raphael Williams
Warden IV

### *MEMORANDUM*

*TO:*  *Jimmie Lewis, 506602*
*1E Pod*

*FROM:*  ~~Warden Raphael Williams~~

*DATE:*  *February 15, 2005*

*SUBJ:*  **YOUR RECENT CORRESPONDENCE**

*Interstate transfers occur through the classification process. Please work with your unit counselor.*

*RW:adc*

**DISTRIBUTION**

*Michele Salter, Unit Counselor*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *Jimmie Lewis, 506602*
          *1E Pod*

*FROM:*    *Warden* ~~Raphael Williams~~

*DATE:*     *February 15, 2005*

*SUBJ:*      *YOUR RECENT CORRESPONDENCE*

      *Delaware law prohibits you from receiving a copy of your medical records absent of a court order.*

*RW:adc*

## *DISTRIBUTION*

*File*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801


## MEMORANDUM


TO:         I/M Jimmie Lewis, 1E Pod

FROM:       Sgt. Moody, Inmate Grievance Chairperson

DATE:       2-10-05

RE:         Correspondence dated 2-8-05

Please be advised that this office is in receipt of your letter regarding status of grievances.
See below:

   (1) One Medical Grievance pending Level III decision #9686
   (1) One Non-Medical Grievance pending RGC Hearing #10867
   (3) Three Medical Grievances pending First Step #10866/#11022/#11260
   (3) Three Non-Medical Grievances pending First Step #11015/#11292/#11293


Cc:         file

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
RECEPTION AND DIAGNOSTIC UNIT (RDU)
CLASSIFICATION/TREATMENT DEPARTMENT

# MEMORANDUM

To:     JIMMY  LEWIS --------------------          # ---506622----------------------

STRD_11/01/08_____

From:  LT L. JONES

Re:     Classification

On___02/28/05_____ you were recommended by the MDT Board for:  (items checked only)

___ Community (WR) __ Minimum          ___ Medium          _X_Maximum              security.
    0 – 4 pts    0 – 8 pts    9 – 16 pts    17 pts or more

___ VOP Center          ___ WCF          ___ HRCI          _X__ DCC          ___SCI

___ DUI Program          ___ Key North          ___ New Visions          ___ YCOP

___ Lifeskills          ___ PRC          ___ Alternative To Violence Program (AVP)

___ Mental Health          ___ Mental Health w/Sex Offenders Group

___ Mental Health w/Anger Management

__ Education          ___ Workpool          ___ Greentree          ___ Personal Challenges

___ Family Problems ___ Substance Abuse Reality (SAR)          ___ Transition Unit (1D)

___ Note:  open charge(s) in file          ___ English as a Second Language Program
Note: You were override to maximum, due to your many class one write up.

This **recommendation** will now go to the Central Institutional Classification Board (CICB) for **approval** or **disapproval**.

**NOTE:  You will receive notification from the CICB   ONLY if they disapprove the MDT recommendation.**

*LT JONES*
_____3/3/05_____
    Date

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:      Inmate _Jimmie Lewis_____ _LE_

FROM:   Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2.25.05_

RE:      YOUR RECENT GRIEVANCE #05-_11762_

This memo is to inform you that the grievance submitted by you dated _2.13.05_, regarding
_grievance boxes_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

__X__ This is an issue/complaint that has already been grieved by you or another inmate. _04-9138, 04-7126_

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate  Jimmie Lewis                    1-E

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-25-05

RE:          YOUR RECENT GRIEVANCE #05- 11965

This memo is to inform you that the grievance submitted by you dated  2-13-05   , regarding
_____ C/o Davis . A _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson 8-4 shift Commander

_X_ This is an issue/complaint that has already been grieved by you or another inmate. 05-11607.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:      Inmate _Jimmie Lewis_____ 1:e 4

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _2-25-05_

RE:      YOUR RECENT GRIEVANCE #05-_11766___

This memo is to inform you that the grievance submitted by you dated _2-13-05___, regarding
_____ assult by c/o Gorgys . A _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson 84 3hft Commander

_X_ This is an issue/complaint that has already been grieved by you or another inmate. _05-11002_

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate  Jimmie Lewis          1:E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:      2·25·05

RE:         YOUR RECENT GRIEVANCE #05- 11763

This memo is to inform you that the grievance submitted by you dated  2-13-05     , regarding
_____ gales _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

__X__ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lewis                    1.E

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:       3·1·05

RE:        YOUR RECENT GRIEVANCE #05- 11952

This memo is to inform you that the grievance submitted by you dated  2.24·05    , regarding
_____ release date _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_X__ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson 8·4 shift Commander

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon, copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:          Inmate  Jimmie Lewis                    1·E

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:       2·28·05

RE:          YOUR RECENT GRIEVANCE #05- 11823

This memo is to inform you that the grievance submitted by you dated  2·16·05    , regarding
_____ programs _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

X Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision. I/M Lewis, you can address this matter by writing to the Facility Treatment Administrator.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate _Jimmie Lewis_         _1 E_

FROM:       Sgt. Moody, Inmate Grievance Chairperson

DATE:       _3-1-05_

RE:         YOUR RECENT GRIEVANCE #05- _11918_

This memo is to inform you that the grievance submitted by you dated _2-22-05_, regarding
_____ _assults on you_ _____ is not grievable for the following reason(s):

___ The complaint was addressed by the IGC: _____.

___ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

___ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

___ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

___ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _Captain Jefferson 8-4 shift commander_

___ This is an issue/complaint that has already been grieved by you or another inmate._____.

___ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

___ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

___ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:         Jimmie Lewis         Inf.

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:       5-17-04

RE:         GRIEVANCE # 04-3382

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding __being threatened__.

If no one contacts you for an informal resolution or if your grievance can

not be resolved informally, you will automatically be scheduled for a

grievance hearing before the Resident Grievance Committee (RGC).  Please

keep in mind your grievance is only one of numerous others received in this

office on a daily basis.

Thank you for your patience.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:            Jimmie Lewis, 1D Pod

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:        9/2/04

RE:            **Correspondence dated 7-28-04**

*Please be advised that this office is in receipt of your regarding personal property at Delaware State Hospital. This office is still attempting to make contact to determine if your property is still at DSH. As soon as a response is received, you will be notified.*

cc:            file

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate   Jimmie Lewis                    1·E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:      3·1·05

RE:        YOUR RECENT GRIEVANCE #05- 11917

This memo is to inform you that the grievance submitted by you dated   2·22·05   , regarding
_____ mase _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

X  **Security issue (involves the security and/or staffing of the Institution and/or the safety, health,
and/or welfare of inmates, staff and the public). I/M Lewis, you can address your concern with the
Office of the Security Superintendent.**

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
     Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
     within seven (7) days after the inmate receives the Classification decision. The letter must state that
     the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
     the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
     of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
     Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
     be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
     Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
     Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
     Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
     staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
     grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
     must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

*RECEIVED LEGAL MAIL*
*MS. SUTTON 12/29/04*

**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

CHARLES H. TOLIVER, IV
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0657

December 14, 2004

Mr. Jimmie Lewis, #506622
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

> **RE:  Lewis v. Williams**
> **C. A. No. 04M-11-098**

Dear Mr. Lewis:

I have now had the opportunity to review your petition seeking the issuance of a writ of habeas corpus which was filed with the Prothonotary on November 29, 2004. It is based upon that review that I must decline to grant the relief you seek.

More specifically, your petition seems to complain that you were not returned from the Delaware Psychiatric Center to the custody of the Department of Correction as requested by Ms. Stachowski, Director of the Delaware Psychiatric Center, on June 16, 2004. On June 22, 2004, I granted the aforementioned request on Ms. Stachowski's correspondence. On June 29, that document was filed with the Prothonotary. Please refer to the copy of the enclosed docket, entry number 41.

It appears that your petition does not contain any other basis for relief. Accordingly, your petition must be **denied**, as it does not state a claim upon which such a writ may be issued.

Page Two
**RE:   Lewis v. Williams**
          <u>**C. A. No. 04M-11-098**</u>

**IT IS SO ORDERED.**

Sincerely yours,

Charles H. Toliver, IV
Judge

CHT,IV/ld
Enclosures
oc:    Prothonotary
cc:    Investigative Services
        Dianne Stachowski, MSN, RN, CS
        Warden Raphael Williams, H.R.Y.C.I.
        H.R.Y.C.I. Records Division



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF SUBSTANCE
ABUSE AND MENTAL HEALTH

DELAWARE PSYCHIATRIC CENTER

June 15, 2004



Re: Jimmy Lewis
    ID# 0305016966

Dear Judge Toliver:

    The Forensic Evaluation Team have completed their evaluation and treatment on Jimmy Lewis' ID# 0305016966. We are requesting from the court a court order allowing us: ***To transfer Jimmy Lewis back to DOC***.

    If there are any questions or concerns regarding this request, please contact me at (302) 255-9701. For the court's convenience my fax number is (302) 255-4439.

Respectfully,

*Dianne Stachowski*

Dianne Stachowski, MSN, RN, CS
Forensic Unit Director
Mitchell Building

CC: Renata Henry, Director, DSAMH
    Ranga N. Ram, MD, Medical Director

*So ordered*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *Jimmie Lewis, 506622*
           ~~*Infirmary*~~

*FROM:*    *Warden Raphael Williams*

*DATE:*    *December 20, 2004*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *Recreation is afforded to the offender population as staffing and weather permits.*

*RW:adc*

**DISTRIBUTION**

*LaVerna Lang, Correctional Records Supervisor*



**IOPS** CARBONLESS FORM 3801

CARBON REQUIRED

NOTE: Send White and Pink copies.
Sender retains Canary copy.
TRIPLICATE

TO: Lewis, Jimmy
5066z2

SUBJECT:

MESSAGE

legal material deny per PA fish

DATE 5/13/04

SIGNED Medical

REPLY

SIGNED _____ DATE _____

TOPS FORM 3801    MADE IN U.S.A.

SENDER: RETAIN CANARY COPY    RECIPIENT: REPLY ON PINK COPY – RETAIN WHITE COPY



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
MULTI-PURPOSE CRIMINAL JUSTICE FACILITY
1301 E. 12TH STREET
WILMINGTON, DE 19809

TELEPHONE: (302) 429-7700                                              FAX: (302) 429-7707

## TRANSFER TO ADMINISTRATIVE SEGREGATION

NAME: _____**Lewis, Jimmie**_____   SBI NUMBER: _____**506622**_____

DATE OF ORDER: ____**5/3/04**____   CURRENT LOCATION: **Infirmary 197**

TIME OF ORDER: ____**1714**____   NEW LOCATION: ____**TBD**____

You are hereby being placed on administrative segregation for the following reason (s):

_____   A threat / potential threat to the security and safety of this facility.

__XXX__   Your unacceptable / acting out behavior.

_____   The threat or potential threat of physical harm from others.

_____   Pending a complete investigation for a security violation.

**COMMENTS:** _You are being placed on administrative segregation because of your continuous acting out ._

_____

_____

## APPROVING AUTHORITY (STAFF LIEUTENANT OR ABOVE):

_____Captain D. Bamford _____
**STAFF TITLE AND SIGNATURE**

DISTRIBUTION
Original:   Warden via Deputy Warden
Copy:       Linda Hunter, Health Services Administrator
            Counselors via Pam Faukner-Minor, Counselor Manager
            Primary Control/Movement Log Officer
            Housing Unit – Module Control
            Resident

FORM#: 465

Delaware Facility _H.R.Y.C.I_



**FIRST CORRECTIONAL MEDICAL**
**FCM**
LEADING THE WAY IN CORRECTIONAL HEALTHCARE

I, _JIMMIE LEWIS_    have been fully informed of the rules for participation and goals for mental health group therapy. I understand group therapy is a confidential process and that I will protect the privacy and confidentiality of other participants. I will not disclose information of any sort about other group members to anyone outside the group.

I agree to participate actively in the group, to cooperate with the group leader and to complete the activities included in my therapy group.

I agree to abide by the rules of group participation as outlined below:
1. I will treat group members and leaders with respect whether I agree with them or not.
2. I will not be verbally or physically abusive to any group member or group leader.
3. I agree to contribute what I can and to make honest effort to participate during group times by being on time, listening and missing no groups through my own fault.

I understand failure to follow these rules may result in expulsion from the group and may affect my eligibility to participate in other groups offered by FCM at this facility.

_Jimmie Lewis_
Inmate/Detainee Name

_506622_
Number

_____
Signature

_Sept 2003_
Date

_____
Mental Health Services Staff Member

_____
Date

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

*TO:*          *I/M Jimmie Lewis, 1D Pod*

*FROM:*        *Sgt. M. Moody, Inmate Grievance Chair*

*DATE:*        *8/12/04*

*RE:*          **Correspondence dated 7/28/04**

*I/M Lewis, please be advised that no legal mail to personal property could be located in your property located in Booking & Receiving.*

*Cc:    file*

SHIFT SUPERVISOR'S
PRE-HEARING DETENTION ORDER

| NUMBER | NAME | INSTITUTION | DATE OF ORDER |
|--------|------|-------------|---------------|
| #506622 | LEWIS, JIMMY | HRYCI | 4/23/04 |
| | | | TIME OF ORDER |
| | | | 0950 |

1. The above inmate has been accused of committing a major offense and will appear before the Hearing Officer in the near future at a Disciplinary Hearing.

2. The inmate has become a sufficient threat to other inmates, staff members, or himself to warrant pre-hearing detention in that:

    1.06  DISORDERLY AND/OR THREATENING BEHAVIOR
    1.13  FIGHTING

3. This order must be reviewed by the Warden or his designee every 24 hours for determination as to whether this inmate <u>remains</u> a sufficient threat to warrant pre-hearing detention.

4. If this order is not reviewed within 24 hours by the Warden or his designee, the inmate shall be returned to his previous status.

5. Any time spent in pre-hearing detention shall be credited against any subsequent sanction imposed by the Hearing Officer.

___LT. B. SINGH.___          ___B. Singh___
   Name of Shift Supervisor        Signature

REVIEWED BY:        Name              Date and Time              Decision

FORM #: 125
(2-part NCR)

## MEMORANDUM

To: All West Side Inmates

From: Law Library

Date: July 7, 2003

## RE: CASE LAW AND OTHER PUBLISHED LAW MATERIAL

Please be advised that, per new policy, case law is on a loan basis, and copies of other published material are also on a loan basis.

Copies of additional case law and/or copies of other published law material will be sent only when the material previously furnished to you has been returned.

Thank you for your attention in this matter.

Law Library

TO ↘

12/1/04 11:16 AM

Jimmie Lewis
~~2E-4~~ *INFIRMARY*

Your cost for having 86 pages copied is $21.50.

The copies will be made and delivered after you:

1) determine that sufficient funds are available to cover the cost of the copies and

2) complete a "Pay-to" for the amount and return it, <u>along with this form</u> to the law library.

Thank you,

Law Library.

## Request for Legal Photocopies

NOTE: You will receive your copies within a reasonable amount of time. Please read this form and fill it out completely and correctly. PRINT ONLY.

Name: _Jimmie Lewis_                    Date _NOV 2 2 2004_

Housing Unit: _2E-4_

| Type of Document(s)   (Max of five) | Numbers of Copies | Envelopes Needed |
|---|---|---|
| notice of appeal from interlocutory order (3pgs) = #4.50 | 6 | White: _____ |
| Application for Certification to Apeal Ct. (5pgs) = #7.50 | 6 | Yellow: _2√_   .40¢ |

I have a deadline, my pleadings must be in court by:    Total #12.40

**Stapled**         **Double Sided**    (Will be verified) **Date:** _____  **Case#:** _____

*(left margin, vertical:)* #3.90 on the books  ✳ #3.90 on the Books

### Your request can not be honored for the following reasons :

☐ The material submitted is not legal work.
☐ Grievances, letters, status sheets. etc. are not legal work.
☐ Your request is excessive, five (5) case per week maximum.
☐ We do not have the material you have requested.

☐ The citation you have submitted is incomlete.
☐ There is a .25 per page per side charge for your item(s) submitted for copying.

FORM # 34                         _IE_ 15         DATE: _2/15/05_

PAY TO: _U.S. TREASURY_ —                AMOUNT: $ _____

THE SUM OF: _THIRTY SEVEN CENT_ —            & CENTS _.37_
           (PLEASE CHARGE TO MY ACCOUNT)

ADDRESS TO WHOM SENT:
_GLORIA BANKS_          SBI#: _506622_
_6 W. GRIFFITH STREET_
_PENNSGROVE, NJ 08069_

(WITNESS:  _Insufficient Funds_

2/2/05 1:58 PM

Jimmie Lewis
1E - 15

Your cost for having 19 pages copied is $4.75.

The copies will be made and delivered after you:

1) determine that sufficient funds are available to cover the cost of the copies and

2) complete a "Pay-to" for the amount and return it, <u>along with this form</u> to the law library.

Thank you,

Law Library.

*see attached*

*Paid (sent 2/8/2005*

*FEB 7 2005*

*pay to rec'd*

TO : MR. R. JOHNSON                    2/16/05

FROM: MR. JIMMIE LEWIS
        SBI# 506688          Inf 197

ENCLOSED IS A PAY TO, TO COVER THE COST

FOR PAGES 80 — 134   OF THE PRISONERS

SELF HELP LITIGATION MANUEL, (5) (6—

ENVELOPES, (20) SHEETS OF PAPER, & (6)

COPIES OF EACH DOCUMENT

                    $ 12.75          $ 13.65

P.S I RECENTLY REQUESTED
SUPERIOR COURT RULE 71,
WHEN I SHOULD HAVE REQUESTED
SUPERIOR COURT RULE (72)
PLEASE FORWARD SUPERIOR COURT
RULE 72 TO ME AS SOON AS
POSSIBLE.

                Jimmie Lewis
                JIMMIE LEWIS
                SBI # 506688
                LEWIS
                Inf 197

                                        Ronald
                                        2/18/2005

            AS OF 02/17/05
                $ 4.38

TO: MR. R. JOHNSON.                    FEB 25 2005    2/23/05

TO:→
FROM: MR JIMMIE LEWIS
              SBI# 506622, ~~JOHNSON~~ 1E-4

ENCLOSED IS A PAY TO, TO COVER THE

COST FOR PAGES 476 TO 519 OF THE                           22

PRISONERS SELF HELP LITIGATION MANUEL.

$5.50 ; (1) 285 FORM & (2) COPIES
                                    (2pages)
OF THE ENCLOSED DOCUMENTS $1.00


$6.50


number of pages: 22 +4                    Jimmie Lewis
                         $6.50 including       JIMMIE LEWIS
Amount $5.50        forms and documents   SBI # 506622, 1E-4
                         (sent seperately)


$4.78 on the Books as of 2/25/05              Date: 2/23/05
Pay-To: H.R.Y.C.I                         Amount: $ 6.50
The Sum of: SIX DOLLARS ——————      and Cents FIFTY —
Address to whom sent:
                                    SBI# 506622
H.R.Y.C.I                           Log # _____
1301 E.12 TH ST                     Check # _____
WILM, DE 19809                      Date of CK _____

Form #24 (rev 5/93)

~~TO~~: MR. R. JOHNSON.

TO ~~FROM~~: MR. JIMMIE LEWIS
SBI# 506622, 1E-4

FEB 25 2005

ENCLOSED IS A PAY TO, TO COVER THE COST FOR PAGES ~~520 TO 582~~ OF THE PRISONERS SELF HELP LITIGATION MANUEL. $7.75

number of pages 31
Amount $7.75

Jimmie Lewis
SBI# 506622
1E-4

Paid/sent
2/28/2005

$4.38 on The Books As of 2/25/05          Date: 2/24/05
Pay-To: H.R.Y.C.I                              Amount: $ 7.75
The Sum of: SEVEN DOLLARS                     and Cents SEVENTY FIVE

Address to whom sent:
H.R.Y.C.I
1301 E. 12TH ST
WILM, DE 19809

SBI# 506622
Log # _____
Check # _____
Date of Ck _____

Jimmie Lewis
Inmate Signature
c/o V. Villeant
OIC Signature
Lieutenant Signature if Over $100.00
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

RESIDENT TRANSACTION REPORT

HRYCI
12/07/04 08:55
ST 002 / OPR WLH

| SBI | : | 506622 |
| Resident Name | : | LEWIS, JIMMY |
| Time Frame | : | 06/25/2004 12:48 - 12/07/2004 08:55 |

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|-----|-----|-----------|--------|
| 06/25/2004 | 12:48 | Reopen-Cash | 5 | WD | E2855 | 1.50 |
| 07/07/2004 | 06:52 | Order-Swanson | 2 | IM | B23665 | 1.36 |
| 07/12/2004 | 15:10 | Add-Cash | 6 | PLF | F4716 | 39.71 |
| 07/14/2004 | 09:23 | Order-Swanson | 2 | DDT | B24914 | 21.21 |
| 07/19/2004 | 12:00 | Add-Cash | 4 | CK | D9846 | 50.00 |
| 07/20/2004 | 08:51 | Order-Swanson | 2 | DDT | B25494 | 14.58 |
| 07/26/2004 | 13:03 | Add-Cash | 4 | CK | D10189 | 30.00 |
| 07/27/2004 | 13:05 | Order-Swanson | 2 | IM | B26422 | 22.16 |
| 08/04/2004 | 08:15 | Order-Swanson | 2 | WLH | B27502 | 23.36 |
| 08/09/2004 | 12:28 | Add-Cash | 4 | CK | D10924 | 40.00 |
| 08/10/2004 | 08:06 | Order-Swanson | 2 | DDT | B28073 | 24.75 |
| 08/12/2004 | 10:26 | Order-Swanson | 9 | WAC | I149 | 2.20 |
| 08/17/2004 | 08:39 | Order-Swanson | 2 | DDT | B29081 | 28.63 |
| 08/18/2004 | 11:38 | Receivable Charge | 7 | PLF | G2806 | 2.85 |
| 08/18/2004 | 11:38 | Receivable Payment-Resident | 7 | PLF | G2806 | 2.85 |
| 08/18/2004 | 11:38 | Receivable Realize | 7 | PLF | G2806 | 2.85 |
| 08/18/2004 | 11:38 | Receivable Charge | 7 | PLF | G2806 | 2.90 |
| 08/18/2004 | 11:38 | Receivable Payment-Resident | 7 | PLF | G2806 | 2.90 |
| 08/18/2004 | 11:38 | Receivable Realize | 7 | PLF | G2806 | 2.90 |
| 08/18/2004 | 14:43 | Order-Swanson | 2 | DDT | B29432 | 2.30 |
| 08/19/2004 | 12:38 | Add-Cash | 4 | CK | D11404 | 20.00 |
| 08/23/2004 | 09:26 | Add-Cash | 8 | RP | H5616 | 25.00 |
| 08/25/2004 | 07:55 | Order-Swanson | 2 | DDT | B30311 | 18.48 |
| 09/01/2004 | 08:07 | Order-Swanson | 2 | IM | B30951 | 25.28 |
| 09/15/2004 | 08:28 | Order-Swanson | 2 | IM | B32918 | 16.00 |
| 09/17/2004 | 12:56 | Add-Cash | 4 | SED | D12896 | 25.00 |
| 09/21/2004 | 13:19 | Order-Swanson | 2 | IM | B33682 | 22.17 |
| 09/22/2004 | 13:23 | Add-Cash | 4 | SED | D13102 | 25.00 |
| 09/29/2004 | 08:33 | Order-Swanson | 2 | DDT | B34761 | 14.70 |
| 09/30/2004 | 13:59 | Swanson Credit | 9 | IM | I559 | 2.76 |
| 09/30/2004 | 14:04 | Order-Swanson | 9 | IM | I561 | 3.70 |
| 10/06/2004 | 08:33 | Order-Swanson | 2 | DDT | B35533 | 7.82 |
| 10/13/2004 | 09:49 | Order-Swanson | 2 | DDT | B36466 | 4.41 |
| 10/20/2004 | 10:41 | Add-Cash | 4 | SED | D14514 | 25.00 |
| 10/26/2004 | 09:04 | Order-Swanson | 2 | DDT | B38042 | 21.52 |
| 10/27/2004 | 09:22 | Swanson Credit | 2 | WAC | B38319 | 21.52 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 2.90 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 2.90 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 2.90 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.75 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.75 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.75 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 2.21 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 2.21 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 2.21 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |

RESIDENT TRANSACTION REPORT                                          Page 2 of 3

**HRYCI**
**12/07/04 08:55**
**ST 002 / OPR WLH**

```
SBI              :  506622
Resident Name    :  LEWIS, JIMMY
Time Frame       :  06/25/2004 12:48 - 12/07/2004 08:55
```

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|----|-----------|--------|
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.60 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 0.83 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 0.83 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 0.83 |
| 10/28/2004 | 18:31 | Receivable Charge | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Payment-Resident | 7 | PLF | G3722 | 1.06 |
| 10/28/2004 | 18:31 | Receivable Realize | 7 | PLF | G3722 | 1.06 |
| 11/02/2004 | 08:36 | Order-Swanson | 2 | WAC | B38956 | 10.59 |
| 11/03/2004 | 14:16 | Swanson Credit | 9 | IM | I903 | 10.59 |
| 11/03/2004 | 14:19 | Order-Swanson | 9 | IM | I904 | 10.59 |
| 11/05/2004 | 09:24 | Add-Cash | 8 | RP | H7396 | 25.00 |
| 11/08/2004 | 13:02 | Add-Cash | 4 | CK | D15398 | 30.00 |
| 11/23/2004 | 08:17 | Order-Swanson | 2 | DDT | B41541 | 32.74 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 2.90 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 2.90 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 2.90 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.75 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.75 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.75 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 2.21 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 2.21 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 2.21 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.06 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.60 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 0.83 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 1.00 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 1.00 |
| 11/24/2004 | 15:36 | Receivable Realize | 7 | PLF | G4070 | 1.00 |
| 11/24/2004 | 15:36 | Receivable Charge | 7 | PLF | G4070 | 0.37 |
| 11/24/2004 | 15:36 | Receivable Payment-Resident | 7 | PLF | G4070 | 0.37 |

```
RESIDENT TRANSACTION REPORT                                  Page 3 of 3


HRYCI
12/07/04 08:55
ST 002 / OPR WLH

SBI               :  506622
Resident Name     :  LEWIS, JIMMY
Time Frame        :  06/25/2004 12:48 - 12/07/2004 08:55

---------------------------------------------------------------------------
Date        Time    Type                        ST  OPR   Receipt #      Amount
---------------------------------------------------------------------------

11/24/2004  15:36   Receivable Realize           7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Payment-Resident  7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           1.29
11/24/2004  15:36   Receivable Payment-Resident  7  PLF   G4070           1.29
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           1.29
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Payment-Resident  7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Payment-Resident  7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           1.52
11/24/2004  15:36   Receivable Payment-Resident  7  PLF   G4070           1.52
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           1.52
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Payment-Resident  7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           0.83
11/24/2004  15:36   Receivable Payment-Resident  7  PLF.  G4070           0.83
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           0.83
11/24/2004  15:36   Receivable Charge            7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Payment-Resident  7  PLF   G4070           0.37
11/24/2004  15:36   Receivable Realize           7  PLF   G4070           0.37
11/30/2004  11:41   Order-Swanson                2  WLH   B42407          3.10
12/02/2004  10:29   Receivable Charge-Reversal   7  kjg   G4112          14.33
12/02/2004  10:29   Recv Payment Reversal-Resident 7 kjg  G4112          14.33
12/02/2004  10:29   Receivable Realize Reversal  7  kjg   G4112          14.33
12/07/2004  08:05   Order-Swanson                2  WLH   B43112         14.51
```

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

### MEMORANDUM

TO:        Inmate  Jimmie Lewis

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     3·10·05

RE:        YOUR RECENT GRIEVANCE #05- 12241

This memo is to inform you that the grievance submitted by you dated  3·8·05  , regarding
_____ Sgt. Way _____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

X  Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Cplan Jefferson 8·4 shift Commander

_____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

**✗ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct). Howe ever, on your behalf, a copy of this grievance has been forwarded to Captain Jefferson, 8x4 Shift Commander for review.**

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

____Other: Requests are not processed through the grievance procedure.

____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:           Jimmie Lewis

FROM:         Sgt. M. Moody, Inmate Grievance Chair

DATE:         3·10·05

RE:           GRIEVANCE # 05·12246

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____ food servers _____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:            Jimmie Lewis                    ~~Inf.~~

FROM:          Sgt. M. Moody, Inmate Grievance Chair

DATE:          3-10-05

RE:            GRIEVANCE # 05-12239

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____juice_____:

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801


**MEMORANDUM**


TO:        Inmate Jimmie Lewis, Infirmary

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      3-10-05

RE:        Correspondence dated 2-14 & 2-28-05

Please be advised that this office is in receipt of your correspondence regarding the
scheduling of Medical Grievances. Please be advised that Medical schedules their
grievance hearings. You can write to the Office of the Health Services Administrator,
April Lyons, regarding this matter.

Cc:        file

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:             Jimmie Lewis                    ✗

FROM:           Sgt. M. Moody, Inmate Grievance Chair

DATE:           3·10·05

RE:             MEDICAL GRIEVANCE # 05-12233

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

FORM #584

### GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_    DATE: _2/24/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#: _____    TIME OF INCIDENT: _2/22/05_

HOUSING UNIT: _1E-4_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_I have just received my sentencing worksheets, #'s 03-06-0175, 03-06-0176 & 03-06-0177 from New Castle County Prothonotary. Judge Peggy L. Ableman sentenced me concurrently, see attached. Definition for concurrent: occurring at the same time, acting together, law having equal authority. Definition for consecutive: following in order without interuption, successive. The delimma is that someone from the records department concluated my sentence consecutively not concurrently in accordance to Judge Peggy L. Ablemans Superior Court Order. Specificly, my Level (5) max date should be — 12/09/2006 NOT 12/09/2007._

ACTION REQUESTED BY GRIEVANT: _I need this matter to be investigated. I also need to be informed exactly which H.R.Y.C.E — Warden Mr. Raphel Willmams employee is directly responsible for this inevitable constitutional violation, in order for me to obtain monetary damages from the federal district court._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _2/24/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Offender Status Sheet

**Date:** 02/14/2005

**SBI #:** 00506622    **Name:** JIMMY LEWIS

**Location(s):** HRYCI    **Level(s):** 5    **Race:** BLACK    **DOB:** 12/25/1966

**AKA:**

**Offender Type:** Sentenced    **Officer(s):**

### Level: 5

**Start Date:** 05/26/2003    **MED:** 05/24/2009    **STRD:** 11/01/2008    **ADJ:** 11/01/2008    **PED:**    **Statutory Days Earned:** 204.00

| CASE#/ Court | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0305016966 | IN03060175 | CARJACKING 2ND | Current | 5 | 0 | 0 | 05/26/2003 | 05/25/2008 | 12/09/2007 | 12/09/2007 | | |
| U7 | Peggy L Ableman | STANDARD | 02/11/2005 05/26/2003 | | | | | | | | | |
| 0305016966 | IN03060176 | THEFT $1000 OR> | Current | 1 | 0 | 0 | 05/25/2008 | 05/24/2009 | 11/01/2008 | 11/01/2008 | | |
| U7 | Peggy L Ableman | STANDARD | 02/11/2005 05/26/2003 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN03060175 | 5 | CRT1 | Other Conditions: | To serve 5 years Level 5. ac |
| IN03060176 | 5 | CRT1 | Other Conditions: | To serve 2 years Level 5, suspended after 1 year for 1 year Level 4 Plummer Center, suspended after 6 months for 6 months Probation Level 3. ac |

# SENTENCING WORKSHEET  50662 Time: _____    Sent to Judge:

| | | | | Date: | 02-11-05 |
|---|---|---|---|---|---|
| Defendant Name: | | | | | |
| AKA: | Lewis, Jimmy | | | Judge: | PLA |
| ID Number: | D305616966 | | | DOB: | 12-25-66 |

| Criminal Action Number: | | Charge: |
|---|---|---|
| Prefix N   Number 03-06-0176   Suffix | | Theft 1000 or > |

## FINANCIAL

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

## IMPRISONMENT/PROBATION

| ☐ In Violation of Probation/Contempt | ☐ Revoked | ☐ Continued | ☐ Modified | ☐ Discharged |
|---|---|---|---|---|

Effective:

Beginning: _____

Be imprisoned for __2__ years _____ months _____ days   At Level __5__

Ending: _____

Level 5 Treatment: _____

Eff Date: _____

| ☐ Min. Mandatory Time: _____ Title/Sec: _____ | ☐ Credit for | ☐ Time Served |
|---|---|---|

☐ Suspended Immediately

☒ Susp After ___1Y___ ☐ time served for ___1Y___ at Level __4__ ☒ Plummer/Home Conf/Day Reporting

☒ Susp After ___6m___ ☐ time served for ___6m___ at Level __3__ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

Followed By: _____ at Level _____   Balance at Level _____

| Probation for | at Level | Suspended after | for | at Level |
|---|---|---|---|---|

| ☐ Consecutive to: | ☒ Concurrent with: |
|---|---|

| ☐ Level 4 Sentence, Hold at:      (circle one)     3     5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

| RESTITUTION | TO: | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

| CONDITIONS | ☐ Pay costs, fines, restitution during _____ | ☐ Probationary period  ☐ Previously Ordered |
|---|---|---|

| ☐ Work Referral            ☐ TASC Supervision/Evaluation ☐ Pay Costs of Supervision      ☐ One Time Fee ☐ Community Service: _____ Hours ☐ No Contact with _____  ☐ Victim  ☐ Codefendant  ☐ No Driving for _____ ☐ Subst Abuse Eval        ☐ Alcohol Treatment ☐ Residential Drug/Alc    ☐ Job Training ☐ Outpatient Drug/Alc     ☐ Fully Employed ☐ 4177 DUI Program        ☐ Zero Tolerance ☐ Follow Original Conditions of Probation | ☐ Determined by Probation ☐ Mental Health ☐ Obtain GED ☐ Random Urinalysis | ☐ SEX OFFENDER: Registration/Com- munity Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft. | (circle one) COMMITMENT RELEASE DEFERRED COMMITMENT |
|---|---|---|---|

| ☒ Nolle Prosses entered on remaining charges ☒ Nolle Prosses entered on Criminal Action Number(s): | PR  $ |
|---|---|
| | SH  $ |
| | TOTAL $ |

| DEF ATTY: | DAG: | CLERK: | CT. REP: |
|---|---|---|---|
| Edinger | Robertson | Ferry | Coale |

Document Control No.: 02-03-10-98-09-02

# SENTENCING WORKSHEET

**Time:**      **Sent to Judge:**

| | |
|---|---|
| Defendant Name: Lewis, Jimmy | Date: 02-11-05 |
| AKA: | Judge: PLA |
| ID Number: D305D16966 | DOB: 12-25-66 |

| Criminal Action Number: | Charge: |
|---|---|
| Prefix IN   Number 03-06-0177   Suffix | Resist Arrest |

**FINANCIAL**

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

**IMPRISONMENT/PROBATION**

| ☐ In Violation of Probation/Contempt | ☐ Revoked | ☐ Continued | ☐ Modified | ☐ Discharged |
|---|---|---|---|---|

Effective:    Beginning:_____

Be imprisoned for_____years_____months_____days   At Level 5    Ending:_____

Level 5 Treatment:_____    Eff Date:_____

| ☐ Min. Mandatory Time:_____ Title/Sec:_____ | ☐ Credit for | ☐ Time Served |
|---|---|---|

☒ Suspended Immediately

☐ Susp After_____ ☐ time served for 1 Y at Level 2 ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____at Level_____ ☐ Plummer/Home Conf/Day Reporting

Followed By:_____at Level_____    Balance at Level_____

| Probation for | at Level | Suspended after | | for | at Level |
|---|---|---|---|---|---|

| ☐ Consecutive to: | ☒ Concurrent with: |
|---|---|

| ☐ Level 4 Service, Hold at: (circle one)   3   5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

| RESTITUTION | TO: | | Amount: |
|---|---|---|---|
| ☐ Determined by Presentence Memo | Address: | | |

| CONDITIONS | ☐ Pay costs, fines, restitution during_____ | ☐ Probationary period ☐ Previously Ordered |
|---|---|---|

| ☐ Work Referral ☐ TASC Supervision/Evaluation | ☐ SEX OFFENDER: | (circle one) |
|---|---|---|
| ☐ Pay Costs of Supervision ☐ One Time Fee | Registration/Community Notification | COMMITMENT |
| ☐ Community Service:_____ Hours | Required. Level 1-4 | |
| ☐ No Contact with_____ ☐ Victim ☐ Codefendant | Sentence: Super Ct to provide notice | RELEASE |
| ☐ No Driving for_____ | and register deft. Level 5 Sentence: | |
| ☐ Subst Abuse Eval ☐ Alcohol Treatment ☐ Mental Health | Dept of Correction | DEFERRED |
| ☐ Residential Drug/Alc ☐ Job Training ☐ Obtain GED | to provide notice | COMMITMENT |
| ☐ Outpatient Drug/Alc ☐ Fully Employed ☐ Random Urinalysis | and register deft. | |
| ☐ 4177 DUI Program ☐ Zero Tolerance | | |
| ☐ Follow Original Conditions of Probation | | |

| ☒ Nolle Prosses entered on remaining charges | PR $ |
|---|---|
| ☒ Nolle Prosses entered on Criminal Action Number(s): | SH $ |
| | TOTAL $ |

| DEF ATTY: Ellinger | DAG: Robertson | CLERK: Ferry | CT. REP: Coale |
|---|---|---|---|

Document Control No.: 02-03-10-98-09-02

## INTEROFFICE MEMORANDUM

**TO:**        I/M JIMMIE LEWIS SBI 506622

**FROM:**     RECORDS

**SUBJECT:**  YOUR LETTER

**DATE:**     3/8/2005

**CC:**         FILE

Mr. Lewis, despite what the worksheet says, Delaware does not have concurrent sentences. Only Probation sentences can run concurrent not Level 5. You will need to write your judge if you want your sentence amended. As of now, your status sheet is correct and will remain correct unless the judge changes your sentence.



THIRD CLASS

=533=  U.S. POSTAGE
PB METER
7122808

WILMINGTON  APR 04'05  DE

THIRD CLASS

OFFICE OF THE CLERK

UNITED STATES DISTRICT

844 N. KING ST., LOCKBOX

WILMINGTON, DELAWARE 19801

THIRD CLASS

(# 1 OF 4)

THIRD CLASS

Jimmie Lewis
SBI# 506632
H.R.Y.C.I.
P.O. BOX 9561
Wilm, DE 19809

05-13-GM
05-13