IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

   PLAINTIFF,

V.      CIV A. NO. 05-013 GMS

RAPHEL WILLIAMS,
ET AL.



AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY

STATE OF DELAWARE

COUNTY OF NEW CASTLE

   I JIMMIE LEWIS, BEING DULY SWORN, DEPOSES AND SAYS:

1.) I AM THE PLAINTIFF IN THIS CASE. I MAKE AFFIDAVIT IN SUPPORT OF MY MOTION TO COMPEL DISCOVERY,

2.) ON 12/26/04 I WROTE THE INMATE GRIEVANCE GRIEVANCE CHAIRPERSON SGT. MARY MOODY REGARDING THE DISPOSITION OF GRIEVANCES I FILED BEFORE I WAS TRANSFERED TO THE DELAWARE PSYCHIATRIC CENTER FOR AN EVALUATION, SEE ATTACHED EXIBIT #(1),

3.) ON 12/28/04 WARDEN RAPHEL WILLIAMS OF H.R.Y.C.I RESPONDED TO MY REQUEST FOR THE DISPOSITION OF GRIEVANCES I FILED, SEE ATTACHED EXIBIT #(2),

4.) ON 1/3/05 THE INMATE GRIEVANCE CHAIRPERSON RESPONDED TO MY REQUEST FOR THE ENTIRE LIST OF GRIEVANCE NUMBERS, DATES AND DISCRIPTION OF GRIEVANCES ON RECORD, SEE ATTACHED EXIBIT #(3),

5.) IN REGARDS TO RECEIVING GRIEVANCES FILED AS NON-GRIEVABLE DUE TO THEM ALLEGEDLY BEING FILED IN DUPLICATION, I REQUESTED TO RECEIVE A COPY OF THE ALLEGED DUPLICATE GRIEVANCE IN ORDER TO BE ABLE TO CORRECT THE ALLEGED ERROR, BUT THE RETURN RESPONSE I RECEIVED FROM WARDEN RAPHEL WILLIAMS OF H.R.Y.C.I DENIED MY REQUEST, SEE ATTACHED EXIBIT #(4), DATED 1/24/05,

6.) ON 2/10/05 I RECEIVED A NOTATION FROM SGT M. MOODY THAT VARIFIES I AM BEING GIVEN THE RUN AROUND IN REGARDS TO OBTAINING GRIEVANCE INFORMATION, SEE ATTACHED EXIBIT #(5),

2

7.) THE FIRST WEEK OF FEBRUARY 2005, I REQUEST THAT THE DEFENDANTS SUPPLY ME WITH ALL DISCIPLINARY REPORTS, INCIDENT REPORTS, EXCESSIVE FORCE REPORTS AND MY HOUSING ASSIGNMENT HISTORY DATING FROM 5/26/03 UP-UNTIL PRESENT, SEE ATTACHED EXIBIT #(6),

8.) ON 2/22/05 I RECEIVED A RETURN CORRESPONDENCE FROM MAJOR DAVE WILLIAMS THE H.R.Y.C.I'S SECURITY SUPERINTENDANT, SEE ATTACHED EXIBIT #(7)

THE DEFENDANTS HAVE DENIED ALL REQUEST CITED HEREIN, STATING MY REQUEST FOR SAID DOCUMENTS ARE CONFIDENTIAL, CUMBERSOME, COSTLY AND WILL ONLY BE RELEASED BY WAY OF COURT ORDER OR SUBPOENA,

WHEREFORE, THE PLAINTIFF HEREBY CERTIFIES THAT THE ABOVE LISTED DOCUMENTS ARE ALL VITALLY ESSENTIAL IN THE SEARCH FOR TRUTH IN THIS CASE.

THE PLAINTIFF HEREBY REQUEST THAT THE HONORABLE COURT, GRANTS THIS MOTION IN ALL RESPECTS SUBMITTED PURSUANT TO RULES 34(b) AND 37(a), FED. R. CIV. P.

Signed and sworn to (or affirmed) before me this 16 of Mar, 2005
_Roderick D_____
Signature of Notary Public, ST of DE

_Jimmie Lewis_

EXIBIT #1

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO: Inmate Jimmie Lewis, 1E Pod

FROM: Sgt. Moody, Inmate Grievance Chairperson

DATE: 12-27-04

RE: Correspondence dated 12-26-04

Please be advised that this office is in receipt of your letter regarding grievances submitted prior to your transfer to Delaware Psychiatric Center. Please be advised that this office has 13 grievances on file. All 13 grievances show a disposition. Presently, there are only (5) five unresolved grievances on file for you, which were filed in the month of December 2004. All five grievances are medical issues.

If you should have any other questions or concerns, please see your Housing Officer, Floor Corporal, Sergeant or Lieutenant.

Cc:    file

EXIBIT # 2



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:      Jimmy Lewis, 506622
         1E Pod

FROM:    Warden Raphael Williams

DATE:    December 28, 2004

SUBJ:    **YOUR RECENT CORRESPONDENCE**

      *Your recent correspondence, to this office, has been forwarded to Sergeant Mary Moody for any action or response deemed appropriate.*

RW:adc

**DISTRIBUTION**

*Sergeant Mary Moody*
*File*

EXIBIT # 3

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH STREET
WILMINGTON, DE 19801

MEMORANDUM

TO:     Inmate Jimmie Lewis, 1E Pod

FROM:   Sgt. Moody, Inmate Grievance Chairperson

DATE:   1-3-05

RE:     Grievance #10022

This memo is to inform you that the grievance submitted by you dated 12/28/04, regarding information on past grievances is not grievable for the following reason(s): Requests are not processed through the grievance. However, on your behalf, below is listed the information you requested.

| Grievance # | Date    | Type             | Disposition   |
|-------------|---------|------------------|---------------|
| 868         | 1-8-04  | Policy           | Non-grievable |
| 1519        | 2-7-04  | Staff Issues     | Non-grievable |
| 1914        | 2-24-03 | Medical          | Non-grievable |
| 1915        | 2-24-04 | Laundry/Clothing | Non-grievable |
| 2145        | 2-25-04 | Medical          | Released      |
| 2154        | 2-29-04 | Recreation       | Non-grievable |
| 2173        | 3-3-04  | Staff Issues     | Non-grievable |
| 2205        | 3-4-04  | Recreation       | Non-grievable |
| 2334        | 3-22-04 | Medical          | Released      |
| 2337        | 3-22-04 | Staff Issues     | Non-grievable |
| 2386        | 3-30-04 | Medical          | Resolved      |
| 3382        | 5-5-04  | Staff Issues     | Non-grievable |
| 3392        | 5-5-04  | Disciplinary     | Non-grievable |

Cc:     file



EXIBIT # 4

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:      Jimmie Lewis, 506622
         1E Pod

FROM:    Raphael Williams
         Warden IV

DATE:    January 24, 2005

SUBJ:    **YOUR RECENT CORRESPONDENCE**

You currently have 47 active grievances on file. At this time, your request to receive copies of those grievances is denied, as it is too cumbersome to copy and costly.

RW:adc

**DISTRIBUTION**

File

EXIBIT # 5

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        I/M Jimmie Lewis, 1E Pod

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:       2-10-05

RE:        Correspondence dated 2-8-05

Please be advised that this office is in receipt of your letter regarding status of grievances. See below:

     (1) One Medical Grievance pending Level III decision #9686
     (1) One Non-Medical Grievance pending RGC Hearing #10867
     (3) Three Medical Grievances pending First Step #10866/#11022/#11260
     (3) Three Non-Medical Grievances pending First Step #11015/#11292/#11293

Cc:        file

EXIBIT # 6

DISCIPLINARY DATES REQUESTED      JIMMIE LEWIS
SBI # 506622

| | | |
|---|---|---|
| 7-6-2003 | 9-26-2003 | 5-03-2004 |
| 7-7-2003 | 9-27-2003 | 10-26-2004 |
| 7-21-2003 | 10-02-2003 | 11-07-04 |
| 7-24-2003 | 12-10-2003 | 11-19-2004 |
| 8-13-2003 | 1-05-2004 | 12-02-2004 |
| 8-15-2003 | 1-25-2004 | 12-04-2004 |
| 9-11-2003 | 1-30-2004 | 12-06-2004 |
| 9-14-2003 | 2-07-2004 | 2-02-05 |
| 9-15-2003 | 3-03-2004 | 2-17-05 |
| 9-16-2003 | 3-04-2004 | |
| 9-19-2003 | 4-14-2004 | |
| 9-23-2003 | 4-23-2004 | |
| 9-25-2003 | 4-28-2004 | |

EXIBIT # 7



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 429-7719
Fax: (302) 429-7708

Dave Williams
Security Superintendent

## MEMORANDUM

TO:       Jimmy Lewis # 506622
          1E

FROM:     Major Dave Williams    DW 2/22

DATE:     February 22, 2005

SUBJ:     **YOUR RECENT CORRESPONDENCE**

    This office is in receipt of your recent correspondence. Your request for all disciplinary and incident reports pertaining to you during your incarceration here at HRYCI is denied. The information you request is confidential and released by subpoena only.

DW:sm

**DISTRIBUTION**

File

Timmie Lewis
SBI # 506622
H.R.Y.C.I.
P.O Box 9561
Wilm, DE 19809

05-13

# 3 of 4

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 19801