6/15/05

To: The Honorable Gregory M. Sleet

From: Mr. Jimmie Lewis

FILED JUN 20 2005 U.S. DISTRICT COURT

I'm writing in regards to the notation(s) informing me to file authorization form(s) within (30) days of June 13, 2005, for CIV NO 05-052 GMS, CIV NO. 05-013 GMS & CIV NO. 05-051 GMS.

Upon returning two authorization form(s) dated May 16, 2005 (CIV NO 05-051 GMS, CIV NO 05-052 GMS), I wrote the court a notation in regards to not receiving a authorization form for (CIV NO. 05-013 GMS) but subsequently I received it (2) days later, at which time I immediately signed and dated it, and returned it to the Clerk to be filed?

I hereby request for the documents to be checked thouroughly, because I have done as I was requested of the court as I have done previously with CIV NO. 04-1350 GMS AND CIV NO. 04-1410 GMS.

If for some reason the authorization forms can not be located, I'm sure it's because they got lost in the shuffle when the documents were being transfered by the new electronic filing company. Respectfully so; I hereby request to receive three authorization form(s) for CIV NO. 05-051 GMS, CIV NO. 05-052 GMS & CIV NO. 05-013 GMS, in order so that I may be able to comply with the court order

Note: My claim does state that I have continually been subjected to irreparable harm.



Jimmie Lewis
SBI # 506680
Delaware Corr. Center
1181 Paddock Rd
Smyrna, DE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801