ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JIMMIE LEWIS,

    PLAINTIFF,

v.                                      CIV. NO. 05-013 GMS

RAPHEL WILLIAMS, STANLEY
TAYLOR AND STAFF, AND FIRST
CORRECTIONAL MEDICAL AND
STAFF,

    DEFENDANTS.

RE: AUTHORIZATION FORM

ON FEB 24, 2005 THIS COURT GRANTED THE PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS. UPON RECEIPT OF THIS AUTHORIZATION FORM, THE PLAINTIFF AUTHORIZES THE WARDEN OR OTHER APPROPRIATE OFFICIAL AT THE DELAWARE CORRECTIONAL CENTER, OR AT ANY PRISON AT WHICH THE PLAINTIFF IS OR MAY BE INCARCERATED, SHALL BE REQUIRED TO DEDUCT THE $6.00, AND FORWARD THAT AMOUNT TO THE CLERK OF THE COURT, EACH TIME THE BALANCE IN THE PLAINTIFFS TRUST ACCOUNT EXCEEDS $10.00 UNTIL THE TOTAL AMOUNT OF $250.00 IS WITHDRAWN.

DATE: 6/19/05                    Jimmie Lewis

CC: PLAINTIFF FILE

U.S. POSTAGE 0.37
SMYRNA JUN 21 '05 DE
PB METER 6728578

I/M  JIMMIE LEWIS
SBI# 506622  UNIT D-12-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE, 19977

U.S. DISTRICT COURT CLERK
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801

13801+3513 12

U.S.M.S.
X-RAY