IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
   PLAINTIFF,

v.

RAPHEL WILLIAMS, STANLEY TAYLOR AND STAFF, AND FIRST CORRECTIONAL MEDICAL AND STAFF,
   DEFENDANTS.

CIV. NO. 05-013 GMS



FILED
JUL - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: AUTHORIZATION FORM

ON FEB 24, 2005 THIS COURT GRANTED THE PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS. UPON RECEIPT OF THIS AUTHORIZATION FORM, THE PLAINTIFF AUTHORIZES THE WARDEN OR OTHER APPROPRIATE OFFICIAL AT THE DELAWARE CORRECTIONAL CENTER, OR ANY PRISON AT WHICH THE PLAINTIFF IS OR MAY BE INCARCERATED, SHALL BE REQUIRED TO DEDUCT $6.00, AND FORWARD THAT AMOUNT TO THE CLERK OF THE COURT, EACH TIME THE BALANCE IN THE PLAINTIFF'S TRUST ACCOUNT EXCEEDS $10.00 UNTIL THE TOTAL AMOUNT OF $250.00 IS WITHDRAWN.

*Jimmie Lewis* [signature]

6/20/05

CC: NOTORIZED COPY PLAINTIFF'S FILE



U.S.MS X-RAY

I/M JIMMIE LEWIS
SBI# 506602   UNIT D-12-U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(U.S.) DISTRICT COURT CLERK
J. CALEB BOGGS FEDERAL BUILDING
844 N KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801