Date: 4-24-05

Pay-To: U.S. DISTRICT COURT 05-013 GMS    Amount: $ 6.00

The Sum of: SIX DOLLARS _____ and Cents ___

Address to whom sent:
U.S. DISTRICT COURT          SBI# 506622      Jimmie Lewis
J. CALEB BOGGS BUILDING      Log # _____
844 N KING STREET            Check # _____
WILMINGTON DE 19801          Date of Ck _____

Form #34 (rev 5/03)

---

Date: 4-24-05

Pay-To: U.S. DISTRICT COURT 05-051 GMS    Amount: $ 6.00

The Sum of: SIX DOLLARS _____ and Cents ___

Address to whom sent:
U.S DISTRICT COURT           SBI# 506622      Jimmie Lewis
J. CALEB BOGGS BUILDING      Log # _____
844 N. KING STREET           Check # _____
WILMINGTON, DE 19801         Date of Ck _____

Form #34 (rev 5/03)

---

Date: 4-24-05

Pay-To: U.S. DISTRICT COURT 05-052 GMS    Amount: $ 6.00

The Sum of: SIX DOLLARS _____ and Cents ___

Address to whom sent:
U.S. DISTRICT COURT          SBI# 506622      Jimmie Lewis
J. CALEB BOGGS BUILDING      Log # _____
844 N KING STREET            Check # _____
WILMINGTON, DE 19801         Date of Ck _____

Form #34 (rev 5/03)

---

These are receipts to the U.S. District Court that were sent to the Court Clerk

Jimmie Lewis

6/20/05