IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
    PLAINTIFF,

V.

RAPHEL WILLIAMS, STANLEY TAYLOR AND STAFF, AND FIRST CORRECTIONAL MEDICAL AND STAFF,
    DEFENDANTS.

CIV. A. NO 05-013 (GMS)

FILED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MOTION REQUESTING PERMISSION
TO AMEND COMPLAINT

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE, AND REQUEST THIS HONORABLE COURT TO GRANT THE PLAINTIFF PERMISSION TO AMEND HIS COMPLAINT, IN ORDER TO CURE DEFICIENCIES. IN SUPPORT THEREOF THE PLAINTIFF HEREBY ASERTS THE FOLLOWING:

1.) TO INCLUDE REQUEST FOR A JURY TRIAL.

2.) TO INCLUDE REQUEST FOR APPOINTMENT OF COUNSEL.

3.) TO INCLUDE REQUEST FOR DECLATORY JUDGEMENT.

4.) TO INCLUDE ATYPICAL AND SIGNIFICANT HARDSHIP.

5.) TO INCLUDE CIVIL RIGHTS STATUTE, SECTION 18 U.S.C.A 241 AND 242, FOR CONSPIRACY, ASSULT, UNLAWFUL RESTRAINT, SLANDER, HATE CRIME,

6.) TO INCLUDE DIVERSITY STATUTE 28 U.S.C.A 1332

7.) TO INCLUDE REQUEST FOR POLYGRAPH TESTING.

8.) TO INCLUDE 1ST, 4TH, 5TH, 6TH, 8TH & 14TH U.S.C.A VIOLATIONS.

9.) TO INCLUDE REQUEST TO PUT A LIEN OF THE DEFENDANTS ASSETS.

10.) TO INCLUDE REQUEST FOR DISCOVERY MATERIAL.

11. TO INCLUDE DEFENDANTS; CAPT D. BAMFORD, CAPT EMIG, CAPT P. PARKER, MAJOR DAVE-WILLIAMS; CAPT JEFFERSON, INTERNAL AFFAIRS., LT. JOSEPH SABATO, LT. SHEETS, ~~[illegible]~~ LT. S. FARMER, LT. MITCHEL, LT. CHUDZIG, SGT M. MOODY, SGT FRED WAY, SGT C. RICHARDS, SGT MEDFORD, SGT LEWIS, SGT KENNEDY, —

CORPORAL A. GOINS, CORPORAL A. DAVIS, CORPORAL HARRIFORD, CORPORAL CHAPEL, CORPORAL CUMBERBACK, C/O PRESLEY, C/O C. JOHNSON, C/O TALENTI, C/O MARK BLUE, C/O MS NEWMAN, C/O D. CARLOCK, C/O B. APA, C/O V. WILLIAMS, C/O CANON, C/O G. INCE, C/O SOUL, C/O A. ARMSTRONG, C/O GASSNER, C/O D. YOUNG, C/O MACK RENOLDS, C/O NANNETT BORDLEY, C/O WAYMAN, C/O MASE, C/O TAMIKO CHAFFER, C/O RODRIGUEZ, C/O HARDGRAVE, C/O EMIG, LT POLK, C/O DAVIS, MICHAEL KNIGHT.

FOR THE FOREGOING REASONS, THE PLAINTIFF JIMMIE LEWIS, REQUEST THE PERMISSION TO AMEND HIS COMPLAINT IN ALL ASPECTS STATED HEREIN.

RESPECTFULLY SUBMITTED

DATED: JULY 15, 2005      *Jimmie Lewis*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
  PLAINTIFF,

V.

RAPHEL WILLIAM, STANLEY
TAYLOR AND STAFF, AND FIRST
CORRECTIONAL MEDICAL AND
STAFF,
  DEFENDANTS.

CIV. A. NO 05-013 (GMS)

ORDER

AND NOW, TO WIT, THIS _____ DAY OF _____, 2005, HAVING CONSIDERED THE PLAINTIFF'S MOTION REQUESTING PERMISSION TO AMEND COMPLAINT:

IT IS HEREBY ORDERED THAT THE PLAINTIFF'S MOTION REQUESTING PERMISSION TO AMEND COMPLAINT HAS BEEN GRANTED.

BY THE COURT:

THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
  PLAINTIFF,

V.                                    CIV. A. NO 05-013 (GMS)

RAPHEL WILLIAMS, STANLEY
TAYLOR AND STAFF, AND FIRST
CORRECTIONAL MEDICAL AND
STAFF,
  DEFENDANTS

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 15TH DAY OF JULY, 2005 THAT A TRUE COPY OF PLAINTIFFS JIMMIE LEWIS' MOTION REQUESTING PERMISSION TO AMEND COMPLAINT HAS BEEN SERVED BY U.S. MAIL TO THE FOLLOWING:

THE HONORABLE GREGORY M. SLEET
U.S DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

DATED: JULY 15, 2005

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK. RD
SMYRNA, DE 19977