( Cont # 38 P.2 )

4.)  VIA CORRESPONDENCE, THE (I.G.C.) SGT. M. MOODY INFORMED ME THAT ALL THE GRIEVANCES I FILED BEFORE I WAS SENT TO THE DELAWARE PSYCHIATRIC CENTER ON 5/20/04 UNTIL 6/25/04, WERE CLOSED BECAUSE I WAS REMOVED OUT OF THE SYSTEM OF THE D.O.C, EVEN THOUGH THE (I.G.C.) NEVER RECEIVED ANY NOTICE FROM THE COURT THAT I WASN'T GOING TO BE RETURNING TO THE D.O.C.

5.)  APON RETURNING FROM THE DELAWARE PSYCHIATRIC CENTER, MY PROPERTY, IN WHICH CONTAINED MY COPIES OF THE GRIEVANCES I FILED, DID NOT GET DELIVERED TO ME, AND MY REQUEST TO RECEIVE COPIES FROM (H.R.Y.C.I) WERE DENIED.

6.)  HAVING TO GIVE MY GRIEVANCES TO THE SECURITY STAFF TO MAIL, THE SECURITY STAFF IS THEREFORE GRANTED THE OPPORTUNITY TO VIEW THE GRIEVANCES THAT I WAS ATTEMPTING TO FILE, FOR WHICH IF THE OFFICER DEEMED A GRIEVANCE DETRIMENTAL TO THEMSELF, THERE CO-WORKERS, OR SOMETHING THEY WANTED TO REMAIN CONCEALED, IN WHICH GIVES REASON WHY MY INCOMING AND OUTGOING MAIL FROM THE D.O.C (ADMINISTRATION) OR THE (I.G.C.) WOULD NOT REACH TO ME OR WHOM IT WAS INTENDED TOO.

(cont # 38 . P.3 )

Paragraph # 38 define violations of my
patient rights as well as violations of my
8 TH & 14 TH U.S.C.A , said denial consist
of paragraphs 1-29

(Paragraph # 39)

Cpl Lisa M. Merson, The inmate grievance chairperson at the D.C.C, in her official capacity deliberately denied me the right to properly address my non-medical grievances in accordance to grievance procedure 4.4, by hindering and or simply by dening me to be able to obtain an exceptable resolution.

1.) the regular grievances are ~~were~~ always returned months later (photo copied) as if they were never actually logged and documented, stating that my grievance is non-grievable for some sort of reason

2.) several of my medical grievances were simply not processed or returned.

Said denials caused me atypical and significant hardship, as stated in paragraph #'s, 26, 7, 25

paragraph # 39 define violations of my patient rights as well as violations of my 8TH and 14TH U.S.C.A

( Paragraph # 40 )

On Feb 11, 2005 while I was at the New Castle County Superior Court, The H.R.Y.C.I warden Raphel Williams along with numerous correctional officers conducted a shakedown of the entire 1-E unit. Upon arriving from court, I discovered that numerous grievances as well as grievance related documents were removed from my property. I wrote correspondences to Stanley Taylor and Raphel Williams, in regards to having my documents returned, but my requests were simply ignored. I also submitted grievance in accordance to grievance procedure 4.4, but I received absolutely no response.

Said incident has prevented me from being able to present grievance date and numbers to complaints I have filed in regards to this action.

Paragraph # 40 defines violation of my 14TH U.S.C.A



More need psychiatric
help than ever, but
few are getting it

# Mental health patients find little help in Del.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
SGT. MARY MOODY
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH STREET
WILMINGTON, DELAWARE 19801

THE FOLLOWING ARE GRIEVANCES THAT WERE RETURNED TO, JIMMIE LEWIS, SBI # 506622 DEEMED AS NON-GRIEVABLE.

RE: D.D.O.C COMMISSIONER, STANLEY TAYLOR FAILING TO TRAIN, SUPERVISE AND ACT APON COMPLAINTS OF STAFF MEMBERS OF THE D.D.O.C, STAFF MEMBERS OF (H.R.Y.C.I) AND STAFF MEMBER OF (FIRST CORRECTIONAL MEDICAL), AS WELL AS FAILING TO ACT ON COMPLAINTS OF UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT, DATE 12/29/04, # 04-10032.

RE: H.R.Y.C.I WARDEN, RAPHEL WILLIAMS FAILING TO TRAIN, SUPERVISE AND ACT APON COMPLAINTS OF STAFF MEMBERS OF THE (H.R.Y.C.I) AND STAFF MEMBERS OF (FIRST CORRECTIONAL MEDICAL), AS WELL AS FAILING TO ACT ON COMPLAINTS OF UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT, DATE 12/29/04, # 04-10033.

RE: MAJOR DAVE WILLIAMS OF H.R.Y.C.I, FOR FAILING TO TRAIN, SUPERVISE AND ACT APON COMPLAINTS OF UNJUSTIFIABLE USES OF FORCE, APPROPRIATE PROTOCOL IN REGARDS TO MENTAL HEALTH PATIENTS, AS WELL AS APPROPRIATE DISCIPLINARY PROCEDURES, DATE 3/22/05, #'s 05-12783 AND 05-12784.

RE: BEING PLACED INTO ADMINISTRATIVE SEGREGATION BY CAPT DAVID BAMFORD WHILE ON PCO II STATUS, DATE 1/28/05 # 05-11267.

RE: LT. PHILIP PARKER GIVING ME A DISCIPLINARY HEARING WHILE ON PCO II STATUS, DATE 1/28/05, # 05-11279.

RE: LT. JOSEPH SABATO CONDUCTING A DISCIPLINARY HEARING WHILE I WAS ON PCO II STATUS, DATE 1/28/05, # 05-11278.

RE: LT. SHEETS CONDUCTING A DISCIPLINARY HEARING WHILE I WAS ON PCO II STATUS, DATE 1/28/05, # 05-11257.

RE: LT S. FARMER CONDUCTING A DISCIPLINARY HEARING WHILE I WAS ON PCO II STATUS, DATE 1/28/05, # 05-11263.

RE: LT. MITCHELL CONDUCTING A DISCIPLINARY HEARING WHILE I WAS ON PCO II STATUS, DATE 1/28/05, # 05-11265.

RE: SGT. FRED WAY CONDUCTING A DISCIPLINARY HEARING WHILE I WAS ON PCO II STATUS, DATE 1/28/05, # 05-11258.

RE: SGT FRED WAY DELIBERATELY DENING ORDER PRESCRIBED BY MEDICAL STAFF, DATE 3/8/05, # 05-12241.

RE: SGT RICHARDS CONDUCTING A DISCIPLINARY HEARING WHILE I WAS ON PCO II STATUS, DATE 1/28/05 # 05-11268.

RE: BEING WROTE UP FOR DISCIPLINARY SANTION WHILE I WAS ON PCO II STATUS, BY C/O D. YOUNG, DATE 1/28/05, # 05-11259.

RE: BEING DENIED ADEQUATE TIME WITH DOCTOR BY C/O WAYMAN, DATE, 1/26/05, # 05-10867.

RE: A. ARMSTRONG GIVING ME A DISCIPLINARY SANCTION WHILE I WAS ON A MENTAL HEALTH POD, 1/26/05, # 05-11008 AND 1/28/05, # 05-11261.

RE: N. BORDLEY GIVING ME A DISCIPLINARY SANCTION WHILE I WAS ON PCO II STATUS, 1/28/05 # 05-11307.

RE: C/o TALENTI GIVING ME A DISCIPLINARY/ SANCTION WHILE
I WAS IN THE INFIRMARY ON PCO II STATUS, DATE 1/28/05,
# 05-11306.

RE: M. BLUE DENING ME WATER WHILE I WAS ON P.C.O II STATUS;

RE: M. BLUE NOT ALLOWING ME TO WASH MY HAND BEFORE MEALS, WHILE
I WAS ON PCO II STATUS; 1/26/05, # 05-11021

RE: MS. NEWMAN NOT GIVING ME WATER WHILE I WAS ON PCO II STATUS,
1/26/05, # 05-11012

RE: MS. NEWMAN NOT ALLOWING ME TO WASH MY HANDS BEFORE MEALS,
WHILE I WAS ON PCO II STATUS, 1/26/05, # 05-11019

RE: C/o TALENTI NOT ALLOWING ME TO WASH MY HANDS BEFORE MEALS,
WHILE ON PCO II STATUS, 1/26/05, # 05-11020

RE: C/o TALENTI NOT GIVING ME WATER WHILE I WAS ON PCO II STATUS,
DATE 3/22/05, # 05-12787. & 1/26/05, # 05-11011

STATE OF DELAWARE                    P. 1 OF 3
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
SGT. MARY MOODY
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH, STREET
WILMINGTON, DELAWARE 19801

THE FOLLOWING ARE MEDICAL GRIEVANCES AND MEDICAL RELATED
GRIEVANCES, THAT WERE RETURNED TO JIMMIE LEWIS, SBI# 306622,
DEEMED AS NON-GRIEVABLE.

RE: D.D.O.C COMMISSIONER, STANLEY TAYLOR, DATE 12/29/04,
    # 04-10032.

RE: H.R.Y.C.I. WARDEN, RAPHEL WILLIAMS, DATE 12/29/04,
    # 04-10033.

RE: COMPLAINT OF NOT RECEIVING MEDICAL TREATMENT WHEN I
    VERBALLY REQUESTED IT, WHILE I WAS ON PCO II STATUS,
    DATE 12/20/04, # 04-9686.

RE: COMPLAINT OF NOT BEING ALLOWED TO WASH MY HAND BEFORE
    MEALS WERE SERVED, WHILE I WAS ON PCO II STATUS, DUE TO
    NO SINKS BEING INSIDE OF THE PSYCH OBSERVATION ROOM(S)
    #'s 196 AND 197, DATE 12/16/04, # 04-9697.

RE: COMPLAINT OF PAPER GOWNS LEAVING ME PHYSICALLY EXPOSED
    AND COLD, IN REGARDS TO MY RECEIVING DISCIPLINARY WRITE UP'S,
    DATE; 1/17/05, # 05-11026, AND DATE 1/28/05, # 05-11286.

RE: COMPLAINT REGARDING MENTAL HEALTH PROVIDING SUPERVISION
    DURING SUPERIOR COURT PROCEDURES, ADMINISTRATIVE -
    INTERVIEWS, AND DISCIPLINARY PROCEDURES, DATE 2/8/05,
    # 05-11291.

P. 2 OF 3

RE: NURSES WEARING GLOVES WHEN PASSING OUT MEDICATION OR DURING TRIAGE EXAMINATIONS, DATE 12/16/04, #04-9798.

RE: COMPLAINT ON NOT BEING ALLOWED TO PRACTICE HYGENE WHILE ON PCO II STATUS; DATE 12/15/04, # 04-9645, & 9797.

RE: COMPLAINT OF THERE NOT BEING A MENTAL HEALTH CARE PROVIDER ON DUTY AND OR IN THE INFIRMARY TO SUPERVISE MY INFIRMARY ADMISSION, DATE 3/22/05, # 05-12801.

RE: COMPLAINT OF NOT RECEIVING A GRIEVANCE HEARING FOR THE MEDICAL GRIEVANCES I FILED; DATE. 1/16/05, # 05-10855.

RE: COMPLAINT OF P.A FISH WRITING A MEMORANDUM THAT DIDNT ALLOW ME TO RECEIVE LEGAL HELP FROM THE PARALEGAL, OR SEND OR RECEIVE LEGAL MAIL WHILE I WAS ON PCO II STATUS, DATE 1/28/05, # 05-11277.

RE: COMPLAINT OF THERE NOT BEING A MENTAL HEALTH CARE PROVIDER ON DUTY 24 HOURS A DAY, PRIMARILY 12:00 AM TO 8:00 AM — SHIFT, WHEN I EXPERIENCE MOST OF MY PSYCHOLOGICAL DILEMMAS, DATE 1/28/05, # 05-11289.

RE: COMPLAINT OF NOT RECEIVING A COMPETENCY ASSESSMENT AND OR EVALUATION BEFORE BEING SUBJECTED TO ANY LEGAL OR DISCIPLINARY PROCEDURE, DATE 1/28/05, # 05-11270.

RE: COMPLAINT THAT PSYCH OBSERVATION ROOMS #196 AND 197 WEREN'T ACTUALLY SAFE BECAUSE THEY ARE NOT PADDED OR — RUBBERIZED, DATE 1/28/05, # 05-11280.

RE: COMPLAINT OF NOT RECEIVING LEGAL HELP FROM MENTAL-HEALTH, DUE TO PA FISH DENING ME LEGAL HELP FROM THE PARALEGAL, DATE 1-17-05, # 05-11038.

P. 3 OF 3

RE: THE FOLLOWING ARE MEDICAL GRIEVANCES THAT WERE
RETURNED TO JIMMIE LEWIS, SBI#506622, IN WHICH
WERE IN REGARDS TO BEING ASSIGNED TO PSYCH OBSERVATION
ROOMS #196 &197 THAT WERE FILTHY WITH MUCUS, FECES,
URINE, BLOOD AND OTHER COMMUNICABLE GERMS RESPONSIBLE
FOR GETTING ME SICK ON NUMEROUS OCCASIONS, DUE MOST
TO THE FACT THAT SAID ROOMS ARE NOT FURNISHED WITH SINKS
OR TOILETS TO PROPER DISPOSE OF BODILY FLUID AND WASTE.

THESE MEDICAL GRIEVANCES ARE ALSO COMPLAINTS TO SAID
ROOMS BEING EITHER TO HOT IN THE SUMMER OR TO COLD IN THE
WINTER, SAID COMPLAINTS ALSO ADDRESS INADEQUATE ATTIRE THAT
IS ISSUE APON ADDMISSION; AS WELL AS STAFF MEMBERS NO
BEING PROPERLY TRAINED TO PROVIDE MENTAL HEALTH CARE.
ALL OF THE STATED COMPLAINTS WERE SUBMITTED ON GRIEVANCES
IN ORDER TO OBTAIN AN EXCEPTABLE RESOLUTION, BUT ALL WERE
DEEMED NON-GRIEVABLE.

GRIEVANCE #'S, 04-9696, 05-11290, 04-9644, 04-9837,
        05-11260, 05-11022, 04-9687, 05-10866,
        05-11023, 05-11021, 05-11019, 05-11012,
        05-11011, 05-11020, 05-11280, 05-11038,
        05-11762, 04-9839.

Howard R. Young Correctional Institution
Inter-Dept. Memo

TO:          Jimmie Lewis          Inf.

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        5.17-04

RE:          GRIEVANCE # 04- 3382

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding ___being threatened___.

If no one contacts you for an informal resolution or if your grievance can

not be resolved informally, you will automatically be scheduled for a

grievance hearing before the Resident Grievance Committee (RGC). Please

keep in mind your grievance is only one of numerous others received in this

office on a daily basis.

Thank you for your patience.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

### MEMORANDUM

TO:        Inmate   Jimmie Laus                    1-E

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      2-3-05

RE:        YOUR RECENT MEDICAL GRIEVANCE #05-_11026_

This memo is to inform you that the grievance submitted by you dated ~~MMM~~ 1-17-05, regarding
_____ saftey athre for PCO status _____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Captain Jefferson

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

_X_ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance. A copy of this grievance has been forwarded to First Correctional Medical for
review.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_____ 1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    2-3-05

RE:        YOUR RECENT GRIEVANCE #05- _1105_____

This memo is to inform you that the grievance submitted by you dated _1-18-05_____, regarding
_____disciplinary procedures on PCO_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
        welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
        Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
        within seven (7) days after the inmate receives the Classification decision. The letter must state that
        the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
        the classification decision.

_X_ **Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24
hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.**

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
        Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
        Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
        Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
        staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X_ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
        must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
        for clarification and/or direction.

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Jimmie Lews                    1-E

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:     2-3-05

RE:        YOUR RECENT MEDICAL GRIEVANCE #05-_11034_

This memo is to inform you that the grievance submitted by you dated _1-17-05_, regarding medical concern(s) is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _____.

__X__ **This is an issue/complaint that has already been grieved by you or another inmate. #11023**

__X__ **Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.**

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

_____ Action request is inappropriate or not completed. Inmate must make an actual request, such as,

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:      Inmate ___Jimmie Lewis_____ 1.E  )5

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    12 23 04

RE:      YOUR RECENT GRIEVANCE #04-__992.__

This memo is to inform you that the grievance submitted by you dated __12 22 04__ , regarding
_____grievance_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.



_____ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

_____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

__X__ **Other: I/M Lewis, requests are not processed through the grievance procedure. The Inmate Grievance Chair has informed you that you need to write to the Office of the Security Superintendent and request copies of grievances. If your request is approved, copies will be sent.**

_____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file

____ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

_X_ Other: I/M Lewis, your request to have IGC present memo to Inmate Grievance Committee is denied. In accordance with the Inmate Grievance Procedure 4.4, the grievances you are referring to were photocopies. Because you sent two identical grievances, one was marked a duplicate and you were notified. Original grievances must be submitted. Photocopies are not accepted. Your original grievance was received and forwarded to the Medical Department for processing as well as the Security Superintendent for review. Also, in accordance with the IGP 4.4, prior to any grievance going before the Medical/Resident Grievance Committee, a first step investigation is completed. Once the investigation is complete and you do not agree with the informal resolution, then a hearing is scheduled. I/M Lewis, I assure you that your grievances are being processed in accordance with the procedure. However, if you would follow the procedure by attempting to resolve issues and submit sick-call slips, it would lessen duplicate issues that you submit.

____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file

FORM #585

MEDICAL GRIEVANCE

FACILITY: H. R. Y. C. I

INMATE'S NAME: JIMMIE LEWIS

HOUSING UNIT: _____

DATE SUBMITTED: 1/28/05

SBI#: 506622

CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

The mental health staff are my cronic care mental health providers, for which gives reason why I request that I receive mental health supervision during Superior Court procedures, Administrative procedures and or disciplinary procedures; but my every request has been ignored.

GRIEVANT'S SIGNATURE: Jimmie Lewis    DATE: 1/28/05

ACTION REQUESTED BY GRIEVANT: I seek to obtain someone from the mental health department to represent me when I am incompetent to partake in said procedures.

cc: Stanley Taylor
Raphel Williams
Major Dave Williams

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

FORM #585

MEDICAL GRIEVANCE

FACILITY: _H.R.Y.C.I_    DATE SUBMITTED: _1/28/05_

INMATE'S NAME: _Jimmie Lewis_    SBI#: _506622_

HOUSING UNIT: _____    CASE #: _____

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

P.A Fish wrote a memorandum that prohibits me from receive legal assistance, sending or receiving legal mail while I am housed in the infirmary. This is a violation of my patient rights, as well as my 6th, 8th and 14th U.S.C.A

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _1/28/05_

ACTION REQUESTED BY GRIEVANT: _I seek to have this matter investigated in order to obtain an exceptable resolution._

DATE RECEIVED BY MEDICAL UNIT: _____

CC: Stanley Taylor
Raghel Williams
Major Dave Williams

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

FORM #585

## MEDICAL GRIEVANCE

FACILITY: _H.R.Y.C.I_

DATE SUBMITTED: _1/28/05_

INMATE'S NAME: _Jimmie Lewis_

SBI#: _50662 22_

HOUSING UNIT: _____

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

There isn't a mental health care provider in the infirmary on a 24 hour basis, to provide me with mental health treatment, to facilitate recreational relief, or to provide me with drinking water or call my attorney of family to inform them of my condition

GRIEVANT'S SIGNATURE: _Jimmie Lewis_     DATE: _1/28/05_

ACTION REQUESTED BY GRIEVANT: _I seek to have This matter investigated in order to obtain an acceptable resolution._

DATE RECEIVED BY MEDICAL UNIT: _____

cc: Stanley Taylor
    Rachel Williams
    Major Dove Williams

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## FORM #585

## MEDICAL GRIEVANCE

FACILITY: _H.R.Y.C.I_                    DATE SUBMITTED: _____

INMATE'S NAME: _Jimmie Lewis_            SBI#: _506622_

HOUSING UNIT: _1E - 15_                  CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _1/28/05_

TYPE OF MEDICAL PROBLEM:

The paper gowns that are provide for
PCO II patients are so thin that they
tear and leave me physically exposed
for disciplinary infractions as. well as
causes my skin to come in contact with
cold concrete and or plastic surfaces
that im forced to sleep on because there
is no bedding in the psych close observation rooms
during the frigid cold winter season.

GRIEVANT'S SIGNATURE _Jimmie Lewis_            DATE: _____

ACTION REQUESTED BY GRIEVANT: _I seek to have This matter_
_investigated in order to obtain an_
_exceptable resolution._

DATE RECEIVED BY MEDICAL UNIT: _____

cc: Stantey Taylor
     Raphel Williams
     Major Dane Will

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #584

## GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_    DATE: _1/26/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: _1E-15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

C/o Wayman denied me the opportunity to
consult with the physician by coming
to my assigned cell just minutes before
institution count, rushes me to the
infirmary then abruptly ends my visit
before I am able to be examined, stating
it's count time. C/o Wayman explained
that the medical Department write a
memo stating not to provide me with
medical treatment, that's why he does it.

ACTION REQUESTED BY GRIEVANT: _I seek to have this matter
investigated in order to obtain an
exceptable resolution_

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _1/26/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
    Raphel Williams
April '97 REV
- Major Dave Williams

FORM #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_     DATE: _1/28/05_

GRIEVANT'S NAME: _Jimmie Lewis_   SBI#: _506622_

CASE#:_____   TIME OF INCIDENT:_____

HOUSING UNIT: _1E-15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Lt. S. Farmer has interfered with the psychological_
_rehabilitative treatment prescribed to me by_
_psychiatrist Dr Joshi, by conducting a disciplinary_
_hearing in regards to a disciplinary infraction_
_that occured while I was in the infirmarys_
_psych close observation room on PCO-II status,_
_without first conducting a competency hearing_
_or first consulting with Dr Joshi for a_
_psychological assessment._

ACTION REQUESTED BY GRIEVANT: _I want this matter to be_
_investigated, in order to insure that my_
_psychological treatment isnt interfered with_

GRIEVANT'S SIGNATURE: _Jimmie Lewis_   DATE: _1/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: _Stanley Taylor_
_Raphel Williams_

April '97 REV   _Major Dave Williams_

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _H.R.Y.C.I_    DATE: _1/28/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT: _1E-15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_LT. Joseph Sabato has interfered with the_
_psychological rehabilitative treatment prescribed_
_to me by psychiatrist Dr. Josh, by conducting_
_a disciplinary hearing while I was in the_
_infirmary's close observation room on_
_PCO II status, without first consulting with_
_Dr. Joohi for a psychological assessment, or_
_first conducting a competency hearing._

ACTION REQUESTED BY GRIEVANT: _I want this matter to be_
_investigated in order to insure that my_
_psychological treatment isn't interfered with_

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _1/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
    Rophel Williams
    Major Dave Williams

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: H.R.Y.C.I                    DATE: 1/28/05

GRIEVANT'S NAME: Jimmie Lewis         SBI#: 506622

CASE#: _____                TIME OF INCIDENT: _____

HOUSING UNIT: 1E - 15

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

LT Philip Parker has interfured with the
psychological rehabilitative treatment prescribed
to my by psychiatrist Dr Joshi, by conducting
a disciplinary procedure (Hearing) while I was in
the infirmary psych close observation room on
PCO II status, without first consulting with
Dr Joshi for a psychological assessment or
first conducting a competency hearing

ACTION REQUESTED BY GRIEVANT: I want these matter to be
investigated, in order to insure that my
psychological treatment isn't interfered with

GRIEVANT'S SIGNATURE: Jimmie Lewis    DATE: 1/28/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE                  cc: Stanley Taylor
    GRIEVANT                              Raphel Williams

April '97 REV                         Major Dave Williams

FORM #584

GRIEVANCE FORM

FACILITY: H.R.Y.C.I    DATE: 1/28/05

GRIEVANT'S NAME: Jimmie Lewis    SBI#: 506622

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: 1-E 15

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Capt David Bamford has interferred with the
psychological rehabilitative treatment prescribed
to me by Psychiatrist Dr Joshi, by placing
me on Administrative Segregation, while I was
in the infirmary psych close observation room
on PCO II status, without first consulting
with Dr Joshi for a psychological assessment
or first conducting a competency hearing

ACTION REQUESTED BY GRIEVANT I want this matter to be
investigated, in order to insure that my
psychological treatment isn't interferred with

GRIEVANT'S SIGNATURE: Jimmie Lewis    DATE: 1/28/05

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
Raphel Williams
Major Dave Williams

April '97 REV

FORM  #585

MEDICAL GRIEVANCE

FACILITY: _H.R.Y.C.I_____

INMATE'S NAME: _JIMMIE LEWIS_____

HOUSING UNIT: _INFIRMARY 193____

DATE SUBMITTED: _12/14/04_

SBI#: _506622____

CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _12/14/04_  9:00 A.M

TYPE OF MEDICAL PROBLEM:

_WHAT DO I HAVE TO DO IN ORDER TO RECEIVE_

_MEDICAL TREATMENT WHEN IM ON PCO II STATUS._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _12/14/04_

ACTION REQUESTED BY GRIEVANT:  _I WANT THIS MATTER TO BE_

_INVESTIGATED IN ORDER SO THAT AN EXCEPTABLE_

_RESOLUTION CAN BE OBTAINED_

DATE RECEIVED BY MEDICAL UNIT: _____

_CC TO: D.O.C COMMISSIONER_
_WARDEN H.R.Y.C.I_
_I.G.C SGT. MOODY_
_M.G.C F.C.M_
_D2. CENTER FOR JUSTICE_

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

FORM #584

## GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_                    DATE: _12/29/04_

GRIEVANT'S NAME: _JIMMIE LEWIS_         SBI#: _506622_

CASE#:_____                   TIME OF INCIDENT:_____

HOUSING UNIT:_1E - 15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Stanley Taylor in his official capacity has failed to properly
train, supervise, act & control the following D.O.C. employee's
Raphel Williams, Dave Williams, David Bamford,
Mark Emig, Mr. Bergstum, Dr. Booton, Dr. Ali, Dr. Jodi,
P.A Fish, Dr. Anumbuso, Donald Napolin, _____
Debra Muskarelli, Georgia Sutton, nor has Stanley Taylor
corrected said inhumane living condition or corrected
said unconstitution policies and or behavior of staff
members, said failures have violated my patient
right as well as my U.S.C.A. rights

ACTION REQUESTED BY GRIEVANT: _I seek to obtain an exceptable_
resolution, in regards to said complaints &
forwarded via correspondence as well as via grievance.
procedure 4.4

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _12/29/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

FORM  #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.F_    DATE: _12/29/04_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT: _IE - 15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Raphel Williams in his official capacity has failed to
properly train, supervise actor control the following D.O.C
employee's, Dave Williams, Donald Nazolin, David Bamford,
Mark Emig, Ms Berganun, Dr Booton, Dr Ali, Dr Joshi,
P.A Fish, Dr Ahumbairo, Debra Muskarelli, Georgia Sutton,
nor has Raphel Williams, corrected said inhumane living
conditions or corrected said unconstitutional policies.
and or behavior of staff members, said failure have violated
my patient rights as well as my U.S.C.A rights

ACTION REQUESTED BY GRIEVANT: _I seek to obtain an exceptable
resolution, in regards to said complaint I forward
via correspondence as well as via grievance
procedure 4.4._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _12/29/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE    cc: Stanley Taylor
    GRIEVANT

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_____    DATE: _3/22/05_____

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506632_____

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Mayor Dave Williams in his official capacity failed
to properly train, supervise, act or control the following
D.O.C employes, David Bamford, Philip Parker,
Mr Talenti, Ms Newman, Mark Blue, N. Bordley,
A. Armstrong, C. Richards, Fred Way, LT Mitchell, S. Garner,
Joseph Sabato, Mary Moody, Capt Jefferson, Sgt Lewis,
N. Goines, A. Davis, Fred Way, Ms Hairford, B. Apa,
C/o Mace, C/o Cannon, C/o Gassner, C/o Hardgrave, T. Chaffes,
V. Williams, CPL Chapel, Sgt Medford, C/o Rhesley, M. Renolyds,
C/o Rodreguiez, C/o Doul, C/o Cumberback, C/o B. Ince.

ACTION REQUESTED BY GRIEVANT: I want complaints I have filed
via grievance procedure 4.4 to be thouroughly investigated
by internal affairs, in order to factually determine
if said correctional officers have indeed committed
criminal and civil offenses against me in accordance to my claims

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _3/22/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
    Raghel Williams

April '97 REV

FORM #585

MEDICAL GRIEVANCE

FACILITY: _M. P. C. J. F_          DATE SUBMITTED: _9/14/03_

INMATE'S NAME: _JIMMIE LEWIS_          SBI#: _506622_

HOUSING UNIT: _1-F_          CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _AUG 2003_

TYPE OF MEDICAL PROBLEM:

_THERE IS A CONFLICT OF PROTOCOL, BECAUSE EVERY NURSE I SPEAK TO REFERES ME TO C/O MR. TALENTI, C/O MS. NEWMAN OF THE 8 TO 4 SHIFT AND C/O MR. BLUE OF THE 4 TO 12 SHIFT, WHO WILL NOT GIVE ME DRINKING WATER. I HAVE ALSO REQUESTED OF THESE SAME OFFICERS TO ALLOW ME TO WASH MY HANDS WITH SOAP AND WATER BEFORE MEALS ARE SERVED, BUT IM ALWAYS DENIED. FURTHERMORE, I REQUEST TO HAVE THE ROOM(S) FLOOR AND WALL THOUROUGHLY SANITIZED DUE TO THEM BEING STAINED WITH BLOOD, FECES AND MUCUS. I BELIEVE THIS IS THE HOST OF MY BEING PHYSICALLY ILL._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_          DATE: _9/14/03_

ACTION REQUESTED BY GRIEVANT: _IN REGARDS TO MY UNSTABLE CRONIC MENTAL ILLNESS, I REQUEST NOT TO BE SUBJECTED TO CONDITIONS THAT MAKE FEEL WORSE THAN I INITIALLY DID APON BEING ADMITTED INTO THE INFIRMARY FOR TREATMENT._

_cc: Stanley Taylor
Raqhel Williams
Major Dave Williams_

DATE RECEIVED BY MEDICAL UNIT: _____ _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**