Shu/9H

8/9/05

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C_          DATE: _4-11-05_

GRIEVANT'S NAME: _Jimmie Lewis_     SBI#: _506622_

CASE#: _160056_          TIME OF INCIDENT: _4-11-05_

HOUSING UNIT: _D-11-U_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_I HAVE FILED NUMEROUS MEDICAL GRIEVANCES AND
NON-MEDICAL GRIEVANCES WHILE I WAS AT THE
H.R.Y.C.I. THE DILEMMA IS THAT I WAS IN
THE PROCESS OF OBTAINING INFORMAL RESOLUTIONS
BUT I WAS TAKEN TRANSFERRED HERE TO D.C.C.
BECAUSE I AM STILL CONFINED WITHIN THE D.D.O.C
THE INMATE GRIEVANCE PROCEDURE 4.4 IS STILL
APPLICABLE TO GRIEVANCES I FILED AT H.R.Y.C.I_

ACTION REQUESTED BY GRIEVANT: _I WANT THE GRIEVANCES I
FILE AT THE H.R.Y.C.I TO BE TRANSFERRED
HERE TO D.C.C IN ORDER TO OBTAIN INFORMAL
RESOLUTIONS_

GRIEVANT'S SIGNATURE: _Jimmie Lewis_     DATE: _4-11-05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE    _CC: Stanley Taylor_
    GRIEVANT    _Thomas L. Carrol_

**RECEIVED**

APR 1 8 2005

Inmate Grievance Office

April '97 REV

FORM  #584

GRIEVANCE FORM

FACILITY: _H·R·Y·C·I_    DATE: _11/24/04_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: _2·E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_LT Patrick Sheets has interfered with the_
_psychological rehabilitative treatment prescribed_
_to me by psychiatrist Dr. Joshi, by conducting_
_a disciplinary hearing while I was in the_
_infirmary's psych close observation room_
_on PCO II status, without first conducting_
_a competency hearing or first consulting_
_with Dr Joshi for a psychological assessment._

ACTION REQUESTED BY GRIEVANT: _I want this matter to be_
_investigated in order to insure that my_
_psychological treatment isn't interfered with._

GRIEVANT'S SIGNATURE _Jimmie Lewis_    DATE: _11/24/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: _Stanley Taylor_
_Raphel Williams_

April '97 REV    _Major Dave Williams_

FORM #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_    DATE: _1/28/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _50 66 22_

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: _1E-15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE, GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Sgt. Fred Way has interfered with the_
_psychological rehabilitative treatment prescribed_
_to me by psychiatrist Dr. Joshi, by conducting_
_a disciplinary hearing while I was on P.C.C II status,_
_without first consulting with Dr. Joshi for a_
_psychological assessment, and or first conducting_
_a competency Hearing._

ACTION REQUESTED BY GRIEVANT: _I want this matters to be_
_investigated in order to insure that my_
_psychological treatment isnt interfered with._

GRIEVANT'S SIGNATURE _Jimmie Lewis_    DATE: _1/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
    Raphel Williams
    Major Dave Williams

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: H.R.Y.C.I                    DATE: 1/28/05

GRIEVANT'S NAME: Jimmie Lewis         SBI#: 506622

CASE#:                                 TIME OF INCIDENT:

HOUSING UNIT: 1E-15

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

C/o A. Armstrong has interfered with the psychological treatment prescribed to me by psychiatrist Dr Joshi by writing a disciplinary infraction against me while I was on the mental health care unit, without first consulting with Dr Joshi for a psychological assessment of competency and or first conducting a competency hearing

ACTION REQUESTED BY GRIEVANT: I want this matter to be investigated in order to insure that my psychological treatment isn't interfered with.

GRIEVANT'S SIGNATURE: Jimmie Lewis     DATE: 1/28/05

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
    Raphel Williams
    Major Dave Williams

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: _H. R. Y. C. I_    DATE: _1/28/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: _IE-15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Sgt C. Richards has interfered with the
psychological treatment prescribed to me by
psychiatrist Dr Joshi, by conducting a disciplinary
hearing while I was in the infirmary psych
close observation room on PCO II status,
without first consulting with Dr Joshi for a
psychological assessment, and or first conducting
a competency hearing_

ACTION REQUESTED BY GRIEVANT: _I want this matter to be
investigated in order to insure that my
psychological treatment isn't interfered with._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _1/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

_cc Stanley Taylor
Raphel Williams
Major Dave Williams_

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: _H . R . Y . C . I_    DATE: _1/28/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT: _1-E /5_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_G.D. Young has interferred with the psychological rehabilitative treatment prescribed to me by psychiatrist Dr. Joshi, by writing a disciplinary infraction against me while I was in the infirmary close sped observation room on PCO II status, without first consulting with Dr. Joshi for a psychological assessment of competency and or first conducting a competency hearing._

ACTION REQUESTED BY GRIEVANT: _I want this matter to be investigated in order to ensure that my psychological treatment isn't interferred with_

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _1/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
   GRIEVANT

cc: _Stanley Taylor_
   _Raghel Williams_
   _Major Dave Williams_

April '97 REV

FORM #585

MEDICAL GRIEVANCE

FACILITY: _H.R.Y.C.I_    DATE SUBMITTED: _12/15/04_

INMATE'S NAME: _JIMMIE LEWIS_    SBI #: _506622_

HOUSING UNIT: _INFIRMARY 193_    CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _5/26/03 TO 12/12/04_

TYPE OF MEDICAL PROBLEM:

IN REFERENE TO THE ABOVE DATES WHILE IN EITHER ONE OF THE INFIRMARYS PSYCH CLOSE OBSERVATION ROOMS, IN WHICH SHOULD BE DECLARED CONDEMED, BECAUSE THERE IS NO ACCESS TO DRINKING WATER OR ACCESS TO WASH HANDS BEFORE MEALS ARE SERVED, IN WHICH SUBJECTED AND CAUSED ME TO BE PHYSICALLY ILL DUE TO THE LACK OF PROPER SANITATIONAL DISPOSIAL OF BODILY FLUIDS OR BODY WASTE, IN WHICH IS THE CAUSE OF MY OBTAINING INFECTION FOR WHICH ANTIBOTIC'S HAVE BEEN PRESRCIBED ON FIVE DIFFERENT OCCASSIONS, ITS ALSO PROTOCOL TO DENY HYGENE FOR 72 HRS, ITS PROTOCOL APON ADMISSION TO DENY PHONE CALLS TO FAMILY OR LAWYER, ITS PROTOCOL TO DENY LEGAL MAIL, THE CLIMATE IS ALWAYS EXTREME LIKE AN OVEN OR ICEBOX, THE ROOMS ARE NOT SAFE BECAUSE THERE NOT PADDED OR RUBBERIZED, AND THERE IS NO MENTAL HEALTH CARE PROVIDER HERE 24 HRS A DAY.

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _12/15/04_

ACTION REQUESTED BY GRIEVANT: _DAILY HYGENE ACCESS WHICH INCLUDES WASHING HANDS BEFORE MEALS, A ADMISSION PHONE CALL TO INFORM FAMILY OR ATTORNEY, PADDED OR RUBBERIZED ROOMS FOR SAFETY, PROPERLY SANITIZED FACILITY, LEGAL MAIL ACCESS, ADEQUATE CLIMATE, 24 HR MENTAL HEALTH CARE PROVIDER, DRINKING WATER_

DATE RECEIVED BY MEDICAL UNIT: _____

COPIES TO: D.O.R COMMISSIONER
WARDEN H.R.Y.C.I
H.R.Y.C.I, M.G.C
SGT. MOODY
DE, CENTER FOR JUSTIC

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #584

GRIEVANCE FORM

FACILITY: H.R.Y.C.I    DATE: 12/22/04

GRIEVANT'S NAME: JIMMIE LEWIS    SBI#: 506622

CASE#: _____    TIME OF INCIDENT: 12/17/04

HOUSING UNIT: 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

ON 12/17/04 I RECEIVED TWO MEMORANDUM'S DATED 12/16/04
IN RESPONSE TO MY GRIEVING THE INHUMANE LIVING CONDITIONS
IVE BEEN SUBJECTED TO WHILE IN THE H.R.Y.C.I INFIRMARYS
PSYCH CLOSE OBSERVATION, ROOMS "196" AND OR "197". THE DELIMMA
WITH THE RESPONSES I RECEIVED FROM THE I.G.C IS THAT
MEMORANDUM # 04-9645 STATES MY COMPLAINT IS NON-GRIEVABLE
BECAUSE OF COMPLAINT # 04-9644 WHICH IS A PHOTO COPY OF A
IDENTICAL WORDED COMPLAINT I SENT TO THE I.G.C ON A
MEDICAL GRIEVANCE # 585 FORM, INTENDED TO INFORM THE I.G.C
THAT A GRIEVANCE WAS SENT TO (M.G.C) THE MEDICAL GRIEVANCE
COMMITTEE.

ACTION REQUESTED BY GRIEVANT: I REQUEST THAT THE INMATE GRIEVANCE
CHAIRPERSON, PRESENT THE SAID COMPLAINT DATED 12/15/04
ON THE # 584 GRIEVANCE FORM, TO THE INMATE GRIEVANCE
COMMITTEE IN ORDER TO OBTAIN AN ACCEPTABLE RESOLUTION,
DUE TO IT BEING FILED IN ACCORDANCE PER D.O.C PROCEDURE 4.4.

GRIEVANT'S SIGNATURE: Jimmie Lewis    DATE: 12/22/04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

CC TO: D.O.C COMMISSIONER
       WARDEN H.R.Y.C.I
       I.G.C SGT. MOODY
       DE. CENTER FOR JUSTICE

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: H.R.Y.C.I          DATE: 12/22/04.

GRIEVANT'S NAME: JIMMIE LEWIS    SBI#: 506622.

CASE#:_____    TIME OF INCIDENT: 12/15/04

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

ON 12/15/04 I SUBMITTED A MEDICAL GRIEVANCE
FORM # 584 TO THE (M.G.C), GRIEVING THE INHUMANE
LIVING CONDITIONS IVE BEEN SUBJECTED TO ON NUMEROUS
OCCASSIONS WHILE UNDER THE FIRST CORRECTIONAL
MEDICAL'S PSYCHIATRIST DR.JOSHI'S CARE HERE AT THE
H.R.Y.C.I'S INFIRMARY. THE DELIMMA IS THAT ITS
BEEN SEVEN DAYS AND I HAVE NOT YET RECEIVED
ANY RESPONSE.

ACTION REQUESTED BY GRIEVANT: I WANT THE (M.G.C) MEDICAL
GRIEVANCE COMMITTEE TO BE CONTACTED IN REGARDS
TO MY RECEIVING A RESPONSE AND A ACCEPTABLE
RESOLUTION.

GRIEVANT'S SIGNATURE: Jimmie Lewis    DATE: 12/22/04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
Raphel Williams
Major Dave Williams

April '97 REV

FORM   #584

GRIEVANCE FORM

FACILITY: _H . R . Y . C . I_____    DATE: _1/26/05_____

GRIEVANT'S NAME: _Jimmie Lewis____    SBI#: _506622_____

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: _1E — 15_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_C/o Mo Newman refuses my enery request_
_to wash my hands with soap and water_
_before meals are served, while im in the_
_infirmary's close observation room on_
_PCO II status._

ACTION REQUESTED BY GRIEVANT: _A seek to have this matter_
_investigated in order to obtain an exceptable_
_resolution_

GRIEVANT'S SIGNATURE: _Jimmie Lewis____    DATE: _1/26/05_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

_Cc: Stanley Taylor_
_Raphel Williams_
_Major Dave Williams_

April '97 REV

FORM  #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_          DATE: _1/26/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#: _____          TIME OF INCIDENT: _____

HOUSING UNIT: _1E-15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_C/O Talenti refuses my every request for drinking water, while im in the infirmary psych close observation room on PCO II status._

ACTION REQUESTED BY GRIEVANT: _I seek to have this matter investigated in order to obtain an exceptable resolution._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _1/26/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

_cc: Stanley Taylor_
_Raghel Williams_
_— Mayor Dave Williams_

April '97 REV

FORM  #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_                        DATE: _1/26/05_

GRIEVANT'S NAME: _Jimmie Lewis_           SBI#: _506622_

CASE#:_____                    TIME OF INCIDENT:_____

HOUSING UNIT: _1E - 15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_C/o Ms Newman refuses my every request_
_for drinking water, while im in the_
_infirmarys or such close observation_
_room on PCO II status._

ACTION REQUESTED BY GRIEVANT: _I seek to have this matter_
_investigated in order to obtain an_
_exceptable resolution_

GRIEVANT'S SIGNATURE: _Jimmie Lewis_        DATE: _1/26/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  _____    DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE                  CC: Stanley Taylor
    GRIEVANT                              Raghel Williams
                          April '97 REV    Major Dave Williams

FORM  #584

GRIEVANCE FORM

FACILITY: _H . R . Y . c I_____     DATE: ___1 / 26 / 05_____

GRIEVANT'S NAME: _Jimmie Lewis_____     SBI#: __506622_____

CASE#:_____     TIME OF INCIDENT:_____

HOUSING UNIT: __1E – 15_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_C/o M. Blue refuses me every request to_
_wash my hands with soap and water_
_before meals are served. while im in the_
_infirmary on S.O.O II status._

ACTION REQUESTED BY GRIEVANT: _I seek to have this matter_
_investigated in order to obtain an exceptable_
_resolution._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _1/26/05_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

_cc : Stanley Taylor_
_Raphel Williams_
_Major Dave Williams_

April '97 REV

FORM  #584

GRIEVANCE FORM

FACILITY: _H . R . Y . C . I_          DATE: _1/26/05_

GRIEVANT'S NAME: _Jimmie Lewis_     SBI#: _506622_

CASE#:_____     TIME OF INCIDENT:_____

HOUSING UNIT: _1 E — 15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_C/o Talenti has interfered with the_
_psychological rehabilitative treatment prescribed_
_to me by psychiatrist Dr Joshi, by writing_
_(3) different disciplinary infractions against_
_me while I was in the infirmary psych close_
_observation room on PCO II status, without_
_first consulting with Dr Joshi for a psychological_
_assessment, and or first conducting a_
_competency hearing._

ACTION REQUESTED BY GRIEVANT: _I seek to have this matter_
_investigated in order to obtain an_
_acceptable resolution_

GRIEVANT'S  SIGNATURE: _Jimmie Lewis_     DATE: _1/26/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

_CC: Stanley Taylor_
_Raghel Williams_
April '97 REV
_- Mayor Dave Williams_

FORM  #584

GRIEVANCE FORM

FACILITY: H. R. Y. C. I           DATE:  1/28/05

GRIEVANT'S NAME: Jimmie Lewis      SBI#: 506622

CASE#:_____         TIME OF INCIDENT:_____

HOUSING UNIT:  1 E - 15

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

C/o N Bordley has interferred with the psychological
rehabilitatived treatment prescribed to me by
psychiatrist Dr. Joshi, by writing a disciplinary
infraction against me while I was in the
infimarys psych close observation room on
PCO II status, without first consulting with Dr Joshi
for a psychological assessment of competency, and or
first conducting a competency hearing

ACTION REQUESTED BY GRIEVANT: I want this matter to be
investigated in order to insure that my
psychological treatment isnt interferred with.

GRIEVANT'S SIGNATURE: Jimmie Lewis      DATE: 1/28/05

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ _____      DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
    Raghel Williams
    Major Dave Williams

April '97 REV

FORM  #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_    DATE: _1/28/05_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506622_

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: _1E - 15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_C/o Talenti refuses my every request to_
_wash my hands with soap and water_
_before meals are served, while im in the_
_infirmarys psych close observation room_
_on PC or IF status_

ACTION REQUESTED BY GRIEVANT: _I seek to have this matter_
_investigated in order to obtain an exceptable_
_resolution._

GRIEVANT'S SIGNATURE _Jimmie Lewis_    DATE: _1/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
   GRIEVANT

cc: _Stanley Taylor_
_Raphel Williams_
_Major Dave Williams_

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: H.R.Y.C.I                    DATE: 12/21/04

GRIEVANT'S NAME: Jimmie Lewis         SBI#: 506622

CASE#:                                TIME OF INCIDENT: 12/21/04  9:30 P.M

HOUSING UNIT: 1-E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

ON 12/4/04 A DISCIPLINARY REPORT WAS WROTE AGAINST ME, IN WHICH
IS WHY ON 12/12/04 WHILE ON P.H.D I QUESTIONED LT. SABATO ABOUT
RECEIVING THE REPORT AND A HEARING, FOR WHICH I WAS TOLD I
WAS GOIN TO BE FOUND GUILTY AND GIVEN 90 DAYS, IN WHICH IS
WHAT EXACTLY HAPPENED TODAY 12/21/04 MORE THAN 15 DAYS AFTER
A INVESTIGATION PERIOD, IN WHICH IS A DUE PROCESS VIOLATION.
I NEVER RECEIVED A REPORT, I NEVER RECEIVED A HEARING.
AND I NEVER RECEIVED AN APPEAL APPLICATION. THESE ARE
EXACTLY THE THINGS LT. SABATO TOLD ME HE WAS GOING TO DO,
SEE GRIEVANCE #04-9572.

ACTION REQUESTED BY GRIEVANT: I WANT TO APPEAL PROPERLY BUT THE LT
DIDN'T PROVIDE ANY PAPER WORK FOR ME TO DO SO. I ASKED
OFFICER FIELDS FOR AN APPEAL FORM, BUT WAS TOLD NONE
ARE AVAILABLE. BECAUSE OF THESE VIOLATIONS, I REQUEST TO
VACATE THE SANCTION AND RETURN ME TO GENERAL POPULATION.

GRIEVANT'S SIGNATURE: Jimmie Lewis         DATE: 12/21/04

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

CC TO: COMMISSIONER
       WARDEN H.R.Y.C.I
       SGT. MOODY
       DE CENTER FOR JUSTICE

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_     DATE: _12/22/04_

GRIEVANT'S NAME: _JIMMIE LEWIS_     SBI#: _506622_

CASE#: _____     TIME OF INCIDENT: _12/17/04_

HOUSING UNIT: _1_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

ON 12/17/04 I RECEIVED TWO MEMORANDUM's DATED 12/16/04
IN RESPONSE TO MY GRIEVING THE INHUMANE LIVING CONDITIONS
IVE BEEN SUBJECTED TO WHILE IN THE H.R.Y.C.I INFIRMARYS
PSYCH CLOSE OBSERVATION, ROOMS "196" AND OR "197". THE DELIMMA
WITH THE RESPONSES I RECEIVED FROM THE I.G.C IS THAT
MEMORANDUM # 04-9645 STATES MY COMPLAINT IS NON-GRIEVABLE
BECAUSE OF COMPLAINT # 04-9644 WHICH IS A PHOTO COPY OF A
IDENTICAL WORDED COMPLAINT I SENT TO THE I.G.C ON A
MEDICAL GRIEVANCE # 585 FORM, INTENDED TO INFORM THE I.G.C
THAT A GRIEVANCE WAS SENT TO (M.G.C) THE MEDICAL GRIEVANCE
COMMITTEE.

ACTION REQUESTED BY GRIEVANT: _I REQUEST THAT THE INMATE GRIEVANCE
CHAIRPERSON, PRESENT THE SAID COMPLAINT DATED 12/15/04
ON THE # 584 GRIEVANCE FORM, TO THE INMATE GRIEVANCE
COMMITTEE IN ORDER TO OBTAIN AN ACCEPTABLE RESOLUTION,
DUE TO IT BEING FILED IN ACCORDANCE PER D.O.C PROCEDURE 4.4._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_     DATE: _12/22/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

CC TO: D.O.C COMMISSIONER
WARDEN H.R.Y.C.I
I.G.C SGT. MOODY
DE, CENTER FOR JUSTICE

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _H.R.Y.C.I_          DATE: _12/22/04_

GRIEVANT'S NAME: _Jimmie Lewis_     SBI#: _506622_

CASE#:_____     TIME OF INCIDENT: _12/15/04_

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_ON 12/15/04 I SUBMITTED A MEDICAL GRIEVANCE_
_FORM #584 TO THE (M.G.C) GRIEVING THE INHUMANE_
_LIVING CONDITIONS IVE BEEN SUBJECTED TO ON NUMEROUS_
_OCCASSIONS WHILE UNDER THE FIRST CORRECTIONAL_
_MEDICAL'S PSYCHIATRIST DR.JOSHI'S CARE HERE AT THE_
_H.R.Y.C.I'S INFIRMARY - THE DELIMMA IS THAT ITS_
_BEEN SEVEN DAYS AND I HAVE NOT YET RECEIVED_
_ANY RESPONSE._

ACTION REQUESTED BY GRIEVANT: _I WANT THE (M.G.C) MEDICAL_
_GRIEVANCE COMMITTEE TO BE CONTACTED IN REGARDS_
_TO MY RECEIVING A RESPONSE AND A ACCEPTABLE_
_RESOLUTION._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_     DATE: _12/22/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)   _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

cc: Stanley Taylor
    Raghel Williams

April '97 REV
Major Dave Williams

FORM #585

MEDICAL GRIEVANCE

FACILITY: H.R.Y.C.I

DATE SUBMITTED: 12/15/04

INMATE'S NAME: JIMMIE LEWIS

SBI#: 506622

HOUSING UNIT: INFIRMARY 193

CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 5/26/03 TO 12/12/04

TYPE OF MEDICAL PROBLEM:

IN REFERENE TO THE ABOVE DATES WHILE IN EITHER ONE OF THE INFIRMARYS PSYCH CLOSE OBSERVATION ROOMS, IN WHICH SHOULD BE DECLARED CONDEMED, BECAUSE THERE IS NO ACCESS TO DRINKING WATER OR ACCESS TO WASH HANDS BEFORE MEALS ARE SERVED, IN WHICH SUBJECTED AND CAUSED ME TO BE PHYSICALLY ILL DUE TO THE LACK OF PROPER SANITATIONAL DISPOSAL OF BODILY FLUIDS OR BODY WASTE, IN WHICH IS THE CAUSE OF MY OBTAINING INFECTION FOR WHICH ANTIBOTIC'S HAVE BEEN PRESREIBED ON FIVE DIFFERENT OCCASSIONS, ITS ALSO PROTOCOL TO DENY HYGENE FOR 72 HRS, ITS PROTOCOL APON ADMISSION TO DENY PHONE CALLS TO FAMILY OR LAWYER, ITS PROTOCOL TO DENY LEGAL MAIL, THE CLIMATE IS ALWAYS EXTREME LIKE AN OVEN OR ICEBOX, THE ROOMS ARE NOT SAFE BECAUSE THERE NOT PADDED OR RUBBERIZED, AND THERE IS NO MENTAL HEALTH CARE PROVIDER HERE 24 HRS A DAY.

GRIEVANT'S SIGNATURE: Jimmie Lewis                DATE:

ACTION REQUESTED BY GRIEVANT: DAILY HYGENE ACCESS WHICH INCLUDES WASHING HANDS BEFORE MEALS, A ADMISSION PHONE CALL TO INFORM FAMILY OR ATTORNEY, PADDED OR RUBBERIZED ROOMS FOR SAFETY, PROPERLY SANITIZED FACILITY, LEGAL MAIL ACCESS, ADEQUATE CLIMATE, 24 HR MENTAL HEALTH CARE PROVIDER, DRINKING WATER

DATE RECEIVED BY MEDICAL UNIT:

COPIES TO: D.O.C COMMISSIONER
WARDEN H.R.Y.C.I
H.R.Y.C.I, M.G.C
SGT. MCODY
DE, CENTER FOR JUSTIC

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

FORM #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_    DATE: _5/3/04_

GRIEVANT'S NAME: _JIMMIE LEWIS_    SBI#: _506622_

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: _INFIRMARY 197_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

ON 5/3/04 I WAS INFORMED BY LT. FARMER WHILE
I WAS RECEIVING TREATMENT PRESCRIBED BY DR. JOSHI
IN THE INFIRMARYS PSYCH CLOSE OBSERVATION ROOM #197,
THAT I WAS BEING PUT ON AD-SEG STATUS DUE TO MY
UNEXCEPTABLE PSYCHOLOGICAL BEHAVIOR, PER CAPT BAMFORD.
LT. FARMER ALSO THREATENED ME, BY INFORMING ME THE
SOMEONE WAS GOIN TO DO ME PHYSICAL HARM WHEN I
ARRIVED TO AD-SEG. THIS CAUSED ME TO THINK THAT MY
SAFETY WAS IN JEOPARDY HERE AT THE H.R.Y.C.I.
C/O CARLOCK SUPERVISED ME USING A PEN TO WRITE THIS GRIEVANCE?

ACTION REQUESTED BY GRIEVANT: _I REQUEST THAT LT. SHEETS AND
LT. SABATO WHO WITNESSED LT. FARMER THREATEN ME, TO
SUBMIT A REPORT IN REGARDS TO ENSURING THAT LT. FARMER
DOESNT VIOLATE MY SAFETY._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _5/3/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

CC: Stanley Taylor
Raphel Williams
Major Dave Williams

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: _H.R.Y.C.I_    DATE: _12/22/04_

GRIEVANT'S NAME: _Jimmie Lewis_    SBI#: _506633_

CASE#: _____    TIME OF INCIDENT: _12/22/04_

HOUSING UNIT: _1-E 15_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

TODAY IT WAS BROUGHT TO MY ATTENTION THAT
LT. SABATO CONDUCTED A DISIPLINARY HEARING
ON 12/12/04 WHILE I WAS IN THE INFIRMARY
ON POC II STATUS, FOR WHICH I NEVER RECEIVED
A DISCIPLINARY REPORT, NOR DID I GET TO CONFRONT
MY ACCUSER(S). AS A MATTER OF FACT I WASN'T
PRESENT DURING THE DISCIPLINARY HEARING.
LT. SABATO'S ALLEGED DISCIPLINARY HEARINGS HAVE BEEN
CONDUCTED WHILE I WAS INCOMPETENT, AND HAVE ALSO
INTERFERED WITH TREATMENT PRESCRIBED BY DR. JOSHI.

ACTION REQUESTED BY GRIEVANT: _I WOULD LIKE THIS MATTER TO_
_BE INVESTIGATED._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _12/22/04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

CC: Stanley Taylor
    Raphel Williams
    Major Dave Williams

April '97 REV

No 4 95

4585

<u>MEDIC.            CE</u>

FACILITY: __H.R.Y.C.I__          DATE SUBMITTED: __1/16/05__

INMATE'S NAME: __JIMMIE LEWIS__      SBI#: __506622__

HOUSING UNIT: __1E - 15__        CASE #:_____

<u>SECTION #1</u>

DATE & TIME OF MEDICAL INCIDENT: __6/25/04 TO 1/16/05__

TYPE OF MEDICAL PROBLEM:

FOR THE LAST SIX MONTHS I HAVE BEEN EXPERIENCING
SEVERE COMPLICATIONS WITH CRONIC HYPERTENSION,
FOR WHICH I HAVE HAD TO BE GIVEN NITROGLYCERIN
ON TWO OR THREE DIFFERENT OCCASSIONS AS WELL AS
SENT TO A CLINIC FOR A STRESS TEST. DR ARAMBURO
ORDERED THAT MY B/P BE CHECKED AND MONITORED
ON A FEW DIFFERENT OCCASSIONS, BUT YET AND
STILL MY B/P IS NOT MONITORED, ~~wild~~ ~~~~ ~~~~
~~~~ ~~~~ ~~~~ ~~~~ FOR THE LAST SIX MONTHS,

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: __1/16/05__

ACTION REQUESTED BY GRIEVANT: __I REQUEST THAT MY B/P GETS
CHECKED AND MONITORED BEGINING A.S.A.P.,
AND I REQUEST TO BE SUPPLIED WITH THE
REASON MY B/P HAS NOT BEEN CHECKED AS ORDERED__

RECEIVED

JAN 1 8 REC'D

By _____

DATE RECEIVED BY MEDICAL UNIT: _____

Have Placed you on BP checks
3X/wk

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

Offender Name : LEWIS, JIMMY

SBI#    : 00506622

Institution    : HRYCI

Grievance #   : 9686

Grievance Date  : 12/14/2004

Category    : Individual

Status    : Unresolved

Resolution Status :

Resol. Date  :

Grievance Type: Health Issue (Medical)

Incident Date   : 12/14/2004

Incident Time :

IGC    : Moody, Mary

Housing Location : Building 1, West, Floor 1, Pod 1E, Cell 15, Bed A

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: What do I have to do in order to receive medical treatment when I'm on PCO II status?

Remedy Requested   :

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|------|-------|------|
|      |       |      |

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES

Date Received by Medical Unit : 12/17/2004

Investigation Sent : 12/17/2004

Investigation Sent To    : Sutton, Georgia

Grievance Amount :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC |
| Grievance # : 15533 | Grievance Date : 07/24/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/22/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 19, Upper, Tier D, Cell 12, Single | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims he experiences numerous psychiatric dilemma's on a daily basis. For more then a year he has complied with the psychotropic medicine that's prescribed to him but numerous requests to receive mental health treatment from a psychologist have been ignored.

Remedy Requested    : psychotherapy from a psychologist.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES                    Date Received by Medical Unit : 07/27/2005

Investigation Sent : 07/27/2005           Investigation Sent To    : Dunn, Lee Anne

Grievance Amount :

Inmate Copy

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| Offender Name : LEWIS, JIMMY | | SBI# : 00506622 | Institution : DCC | |
| Grievance # : 15243 | | Grievance Date : 07/09/2005 | Category : Individual | |
| Status : Unresolved | | Resolution Status : | Resol. Date : | |
| Grievance Type: Health Issue (Medical) | | Incident Date : 06/25/2005 | Incident Time : | |
| IGC : Merson, Lise M | | Housing Location : Bldg 19 Upper, Tier D, Cell 12, Single | | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: inmate claims after being transferred back to DCC on 6-25-2005 from DE Psychiatric Center he reported illnesses Insomnia, headaches, delusions, hallucinations, ear ringing, dizziness, vertigo tremors and speech problems. Dr. Adrumburo agreed with inmate could be the side effects of psychotropic medicines inmate received at DPC. Inmate claims Dr. Adrumburo explained that the symptoms are side effects of Geoson, Haldol, Seroquel, ativan and Benadryl, in which could also very well be signs of brain damage.

Remedy Requested    : Inmate requests an MRI and or CAT scan in order to determine if he has brain damage as well as to determine if his psychological dilemma's are in relation to brain damage.

### INDIVIDUALS INVOLVED

Inmate Copy

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES

Date Received by Medical Unit : 07/12/2005

Investigation Sent : 07/12/2005

Investigation Sent To    : Breton, Monique

Grievance Amount :