F C M
FIRST
CORRECTIONAL
MEDICAL

WASH THOSE HANDS!!

## HEPATITIS FACT SHEET

Hepatitis is an infection (inflammation) of the liver
The most common types of Hepatitis are A, B, and C

| | Hepatitis A | Hepatitis B | Hepatitis C |
|---|---|---|---|
| Causes | 1. From the feces (poop) of an infected person<br>2. Someone with hepatitis that you live with or had sex with | 1. Contact with blood or body fluids containg blood<br>2. Sharing needles to inject drugs<br>3. Having unprotected sex | 1. From the blood of an infected person<br>2. Most causes are from illegal injection and drug use |
| Symptoms | 1. Some have no symptoms<br>2. Fever<br>3. Tiredness<br>4. Nausea<br>5. Loss of appetite<br>6. Abdominal discomfort<br>7. Yellowing of skin & eyes<br>8. Dark urine | 1. Yellow skin or eyes<br>2. Appetite loss<br>3. Nausea, vomiting<br>4. Fever<br>5. Joint pain<br>6. Stomach pain<br>7. Very tired for weeks or months | 1. Yellow skin or eyes<br>2. Appetite loss<br>3. Nausea. Vomiting<br>4. Fever<br>5. Very tired for weeks or months |
| Preventing | 1. Good handwashing<br>2. Having protected sex<br>3. Do not shoot drugs | 1. Good handwashing<br>2. Having protected sex<br>3. Do not shoot drugs | 1. Do not shoot drugs<br>2. Do not share toothbrushes or razors<br>3. Avoid tattoo or body piercing<br>4. Having protected sex |

ASK THE MEDICAL STAFF IF
YOU HAVE ANY QUESTIONS

*TIPS FOR PREVENTING HEPATITIS WHILE IN JAIL OR PRISON*

1. Avoid biting and scratching by other inmates
2. Avoid use of other's personal items
3. Do not touch anything contaminated with blood
4. Do not share razors or toothbrushes
5. Do not have sex with other inmates
6. Do not have a tattoo
7. Wash your hands often!



## PERSONAL CARE AND HYGIENE

First Correctional Medical is concerned about your personal care and hygiene. We would like to keep you maintain your health and cleanliness while you are incarcerated. Please read the following and if you have any questions please feel free to ask a member of the healthcare team:

1. Bathing and showering

  - ➢ Facilities are available for showering and we recommend you shower when the times are available to you. Keeping your skin clean and dry is very important to prevent any skin problems.

  - ➢ Shampooing your hair on a regular basis is also advised to keep your scalp clean and your hair in good condition.

  - ➢ Make sure to dry completely, especially your feet. Keeping your feet clean and dry can help prevent athlete's foot.

  - ➢ 2. Exercise

  - ➢ Daily exercise is very important to maintaining good health. Rec yard is offered and you should take advantage of the opportunity to exercise regularly. You can walk, play basketball, jog or participate in other sports activities as offered. Remember that exercise is good also for your mental health.

  - ➢ If you are concerned about exercise because you have a medical condition, please place a sick call request to speak to one of the health care staff about your concerns.

SUPERIOR COURT
OF THE
STATE OF DELAWARE

*P. 2*

PEGGY L. ABLEMAN
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0660

February 28, 2005

Brian J. Robertson, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801

Mr. Jimmie Lewis
SBI# 506622
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

RE:  **State v. Lewis**
     **I.D. No.  0305016966**

Dear Mr. Robertson and Mr. Lewis:

The Court has received and considered Defendant Jimmie Lewis' Motion for a New Trial pursuant to Superior Court Criminal Rule 33, filed on February 17, 2005. For the following reasons, the Motion is **DENIED**.

In this Motion, Lewis argues that he was incompetent to stand trial due to mental illness, and also that the State unlawfully withheld evidence during the trial. Lewis' competency was the subject of substantial debate during pre-trial motions, during the trial itself, and during sentencing. The Court accepts the voluminous evidence that Lewis was competent to stand trial, most notably, reports from the Delaware Psychiatric Center that his main problem is that he is narcissistic, violent, and abusive, and that his attempts to blame these traits on psychiatric illness represent malingering, i.e. faking. Lewis offers no grounds to revisit that determination, and I will not do so here.

Lewis also makes various evidentiary claims. Without exception, these claims are trivialities that were adequately explored, and had little relevance to and no effect on the outcome of the trial. Nothing in this Motion necessitates the grant of a new trial.

*P. 3*

Brian J. Robertson, Esquire
Mr. Jimmie Lewis
February 28, 2005
Page 2


For these reasons, Defendant's Motion for a New Trial is **DENIED**.

Yours very truly,

*Peggy L Abieman*

Peggy L. Abieman


PLA:ad
cc:    Prothonotary

CARDIOLOGY CONSULTANTS PA
252 CHAPMAN RD STE 150
NEWARK DE 19702

www.cardioconsultants.net
WE ACCEPT MC/VISA/DISCOVER
DISCOVER NEEDS THE 3 DIGITS ON
THE BACK BY THE SIGNATURE

ADDRESS SERVICE REQUESTED

| | |
|---|---|
| Please Include Security Code From Back Of Card | |
| CHECK CARD USING FOR PAYMENT | |
| ☐ MASTERCARD   ☐ VISA   ☐ DISCOVER | |
| CARD NUMBER | EXP. DATE |
| CARDHOLDER NAME | SECURITY CODE |
| SIGNATURE | AMOUNT |

97080621050020420001728460386299917

JIMMY LEWIS
1301 E 12TH STREET
WILMINGTON, DE 19802-5315

REMIT TO:

CARDIOLOGY CONSULTANTS PA
PAYMENT PROCESSING CENTER
PO BOX 742518
CINCINNATI, OH 45274-2518

PLEASE RETURN THIS PORTION WITH PAYMENT

| Office Phone Number | Statement Date | Your Account Number | Page No. | Prev Balance | SHOW AMOUNT PAID HERE $ |
|---|---|---|---|---|---|
| (302) 366-7665 | 06/21/05 | 285810 | 01 | 2042.00 | |

CHARGES APPEARING ON THIS STATEMENT ARE NOT INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 120804 | DENENBERG M | POS: 22 STRESS TEST | J LEWIS | | | |
| 120804 | | CPT: 93015 POS: 22 CV STRESS AND/OR PHARMAC STRES | | 369.00 | | 369.0 |
| 120804 | | CPT: A9505 POS: 22 THALLIUM | | 135.00 | | 504.0 |
| 120804 | | CPT: J7050 POS: 22 SALINE INFUSION | | 10.00 | | 514.0 |
| 121504 | | FIRST CORRECTIONAL MEDICAL IN  # 1589987   Filed | | | | |
| 051805 | | INS BILLED/NO REPONSE/CALL c# 15899871 | | | 0.00 | 514.0 |
| 120804 | DENENBERG M | POS: 22 CARDIOLITE STRESS TEST | J LEWIS | | | 514.0 |
| 120804 | | CPT: 78465 POS: 22 MYOCARD SPECT IMAG | | 1053.00 | | 1567.0 |
| 120804 | | CPT: A9500 POS: 22 CARDIOLITE | | 175.00 | | 1742.0 |
| 120804 | | CPT: 78478 POS: 22 GATED SPECT IMAG | | 150.00 | | 1892.0 |
| 120804 | | CPT: 78480 POS: 22 EJECTION FRACTURE | | 150.00 | | 2042.0 |
| 121504 | | FIRST CORRECTIONAL MEDICAL IN  # 1601667   Filed | | | | |
| 051805 | | INS BILLED/NO REPONSE/CALL c# 16016671 | | | 0.00 | 2042.0 |
| 020805 | PENNOCK MD | CPT: 99243 POS: 11 CONSULT LOW COMPLE | J LEWIS | 159.00 | | 2201.0 |
| 020905 | | FIRST CORRECTIONAL MEDICAL IN  # 1636332   Filed | | | | |

THANK YOU FOR CHOOSING CARDIOLOGY CONSULTANTS
BILLING CONCERNS, CALL 302-366-7665

| Statement Date: | 06/21/05 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE. | | | | 285810 |
|---|---|---|---|---|---|---|
| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | INS PENDING | PLEASE PAY THIS AMOUNT |
| | | | 2201.00 | 2201.00 | 159.00 | 2042.0 |

SEND INQUIRIES / PAYMENTS TO:
CARDIOLOGY CONSULTANTS PA
252 CHAPMAN RD STE 150
NEWARK DE 19702
IRS #:  510277828

(302) 366-7665

**Cardiology Consultants, P.A.**
MEDICAL OFFICE BUILDING, SUITE 407
7th & Clayton Streets
WILMINGTON, DE 19805
(302) 421-9721

**Paul C. Pennock, M.D.**

2/8/05        132/98

NURSE
SARAH
1/24/05 MON        2/9/05 WED        3/9/05
        188/98                            TY WED
                        148/104          184/92
1/26/05 WED
        149/104        NURSE CORTNEY
                        TUE 189/98

NURSE TY        FRI        DR ARUMBURO
1/28/05        180/92        3/10/05 THUR


A LARGER HEART THAN NORMAL IS
KNOWN AS HYPERTROPHY, IS A COMMON
FEATURE OF HEART FAILURE THAT
CAN BE FATAL.

Delaware Facility _____ M.P.C.J.F _____



I, _JIMMIE LEWIS_ have been fully informed of the rules for participation and goals for mental health group therapy. I understand group therapy is a confidential process and that I will protect the privacy and confidentiality of other participants. I will not disclose information of any sort about other group members to anyone outside the group.

I agree to participate actively in the group, to cooperate with the group leader and to complete the activities included in my therapy group.

I agree to abide by the rules of group participation as outlined below:
1. I will treat group members and leaders with respect whether I agree with them or not.
2. I will not be verbally or physically abusive to any group member or group leader.
3. I agree to contribute what I can and to make honest effort to participate during group times by being on time, listening and missing no groups through my own fault.

I understand failure to follow these rules may result in expulsion from the group and may affect my eligibility to participate in other groups offered by FCM at this facility.

_Jimmie Lewis_
Inmate/Detainee Name

_506622_
Number

_____
Signature

_June 2003_
Date

_____
Mental Health Services Staff Member

_____
Date



*EXHIBIT I, P. 1*

**DELAWARE HEALTH
AND SOCIAL SERVICES**
DIVISION OF SUBSTANCE
ABUSE AND MENTAL HEALTH

DELAWARE PSYCHIATRIC CENTER

June 15, 2004

The Honorable Charles H. Toliver IV
Superior Court of Delaware
500 King Street, Suite 10400
Wilmington, DE 19801

RE:   Lewis, Jimmy
ID#:   0305016966

Dear Judge Toliver:

Enclosed herewith, please find the written report (s) by Sylvia Foster, MD. concerning the above named defendant.

Should you require any further information, please do not hesitate to contact me.

Respectfully,

Michael S. Talmo, M.Ed.
Director
Delaware Psychiatric Center

MST/jld

cc:   Phebe Young, Deputy Attorney General
      Dianne Stachowski, Unit Director
      Richard Sadowsky, Ph.D.
      Ranga Ram, MD
      John Edinger, Esquire
      Deputy Attorney General's Office

*P. 2*

# Delaware Psychiatric Center
## Forensic Unit
### (Jane E. Mitchell Building)

### Forensic Psychiatric Evaluation

Examinee:                 Jimmy Lewis                        ID #: 0305016966

Date of Birth:            25 December 1966 (Current Age: 38)
Examiner:                 Sylvia Foster, M.D.
Period of Evaluation:     21 May 2004 - present
Date of Report:           10 June 2004

### REASON FOR EVALUATION:

Mr. Lewis was referred to The Delaware Psychiatric Center (DPC) for forensic psychiatric evaluation by *Motion and Order* of the Honorable Charles H. Toliver, In the Superior Court of the State of Delaware, In and For New Castle County, on 1 December 2003, to determine his competency to stand trial and to obtain treatment for his own well-being.

### NOTIFICATION:

Upon admission to the Forensic Unit, Mr. Lewis was informed that he was being evaluated by Court Order, and that the results of all evaluations performed during this admission would not remain confidential, but would be disseminated to the Court, the prosecution, and his attorney.

### EXAMINER:

Medical Doctor specializing in Psychiatry with Board Certification, sub-specializing in Forensic Psychiatry

### LIST OF CHARGES:

Carjacking 2nd Degree
Theft $1000 or greater
Resisting Arrest

### SOURCES OF INFORMATION:

Face-to-face interview with Mr. Lewis on 21 May 2004 and various times thereafter
        on the Forensic Unit at DPC
Superior Court Criminal Docket

Seven page statement by Mr. Lewis regarding his social and legal history and his account
    of the crime, undated
Medical Records, Delaware Psychiatric Center, 21 May 2004 – present
Medical Records, First Correctional Medical (FCM), 5 March 2003 – 31 March 2004
Case Charge List
Complaint and Warrant
Exhibit A & B
Charge History Record
Letter from Donald Napolin, LSCW, to The Honorable Charles H. Toliver, 5 May 2004

CURRENT MEDICATIONS:

Seroquel 50 mg twice daily for anger management and impulse control
Atenolol 25 mg daily for hypertension

BACKGROUND INFORMATION:

Mr. Lewis was a 38-year-old African American male who presented to the Mitchell
Building based on an evaluation by Dr. Joshi, a prison psychiatrist. Dr. Joshi described
Mr. Lewis on 27 May 2003 as "psychotic and delusional, a danger to self and others,
refusing to take medication." He had assaulted a Correctional Officer, and was
transferred to the infirmary. Mr. Lewis was described as saying, "I can't distinguish
between right and wrong. I am hearing voices telling me to hurt myself and I'm seeing
shadows."

Mr. Lewis had been incarcerated on 17 November 2003 and convicted of Carjacking,
Theft and Resisting Arrest. According to the police report, Mr. Lewis was picked up by a
male driver who was out looking for a male companion for the evening. Mr. Lewis
allegedly attempted to rob the driver, at which point the driver jumped out of the vehicle
in fear, and Mr. Lewis drove off with the car. He allegedly resisted arrest when caught,
and was identified by the driver as the person who stole his car.

According to FCM records, Mr. Lewis was "flirtatious" at times, and had to be redirected
for asking personal questions of the mental health examiner. She confronted his
"narcissism and attention-seeking behaviors," and questioned the diagnosis of
Schizophrenia that had been given him by the physician. Mr. Lewis refused all
medication, requesting only Xanax and Valium (highly addictive drugs of the
Benzodiazepine family). He asked for art materials, and pornography, stating that these
items would be very helpful. He presented with, "broad mood and good eye contact, with
no suicidal, homicidal ideation and no auditory or visual hallucinations." He was
frequently argumentative and loud. He was observed wearing "paper horns," saying, that
they made him feel more comfortable. "It helps me deal with whatever I'm going
through. The horns are like a mask. If I deal with these things within me, I'll be a better
person, being unjustly accused." He was also described as calm and controlled. He
spoke of hearing voices but stated, "I don't know whether it's voices or just my

On 12/07/04 while in the infirmary on
P.C.O. Level (2)II Status, I. Timothy B Reddick,
S.B.I.# 236669, and Jimmie Lewis, S.B.I.# 506622,
were both housed in a psychiatric Closed
Observation room #191. I hereby certify
that I witnessed Mr. Lewis ask nurse
Diane Hernandez, and nurse Inna for med-
ical treatment, due to extreme discomfort
when urinating and because he had
been vomiting uncontrollably; At which
time the nurses denied immediate atten-
tion, and instructed Mr. Lewis that he
would have to fill out a sick-call
slip and turn it in.' This caused prolonged
and undue cruelty by his sickness.

Timothy B. Reddick
Timothy B. Reddick

1/3/04
Notary



NOTE: Send White and Pink copies. Sender retains Canary copy. TRIPLICATE

CARBON REQUIRED

**IOPS** CARBONLESS FORM 3801

TO

Lewis, Jimmy
506622

SUBJECT

DATE 5/13/04

MESSAGE

legal material deny per PA Fish

SIGNED Medical

REPLY

DATE

SIGNED

SENDER: RETAIN CANARY COPY    RECIPIENT: REPLY ON PINK COPY — RETAIN WHITE COPY

MADE IN U.S.A.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*       *Jimmie Lewis, 506602*
            *1E Pod*

*FROM:*     Warden~~Raphael Williams~~

*DATE:*     *February 15, 2005*

*SUBJ:*     **YOUR RECENT CORRESPONDENCE**

   *Delaware law prohibits you from receiving a copy of your medical records absent of a court order.*

*RW:adc*

**DISTRIBUTION**

*File*