IN THE UNITED STATES DISTRICT COURT
IN AND FOR DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 NOV 22 PM 12: 30

JIMMIE LEWIS

V.

CA. NO. 05 - 013 (GMS)

RAPHEL WILLIAMS, ETAL.

RE: REQUEST FOR DOCKET SHEET

I AM THE PLAINTIFF IN THE ABOVE CAPTIONED CASE PRESENTLY PENDING, DUE TO MY INDIGENT ECONOMIC STATUS I AM UNABLE TO SEND A CHECK TO COVER THE ¢.50 PER SHEET FEE FOR A DOCKET SHEET. I AM IN NEED OF THE DOCKET SHEET, IN ORDER TO BE INFORMED OF MY CASES STATUS. I HEREBY REQUEST FOR A FULL AND COMPLETE DOCKET SHEET TO BE SENT TO ME, AND THAT THE COST GO IN ACCORDANCE TO MY INFORMA PAUPERIS MOTION.

DATE: 11/16/2005

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977