IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
     PLAINTIFF,

V.                                    CA. NO. 05-013 (GMS)

RAPHEL WILLIAMS, ET AL.

RE: I JIMMIE LEWIS AM THE PLAINTIFF IN THE
     ABOVE CAPTIONED CASE, HEREBY CERTIFY THAT THE
     ENCLOSED DOCUMENTS ARE THE CONSOLIDATED
     COMPLAINTS, (1) COPY AND (1) ORIGINAL, PER
     THE HONORABLE GREGORY M. SLEETS COURT ORDER
     DATED; THE 20TH OF DECEMBER 2005. FOR
     CIVIL CASE NO. 05-013 (GMS), 05-051 (GMS) +
     05-052 (GMS) ARE CONSOLIDATED FOR ALL PURPOSES
     AS STATED WITHIN SAID COMPLAINT AND OR ORDER(S).

DATE: 3/3/06

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977



RECEIVED
MAR 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE