IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jimmie Lewis,
    Plaintiff,

v.

Warden Raphel Williams, et al,
    Defendants.

CONSOLIDATED
CIV. NO 05-013 GMS
CIV. NO 05-051 GMS
CIV. NO 05-052 GMS

REQUEST TO EITHER WAIVE COURT ORDER DATED 3/6/06 TO RESCREEN DI.2, DI.8 AND DI.18 PURSUANT TO 28 U.S.C § 1915(e)(2) AND 1915 A(a), OR TO PROVIDE THE PLAINTIFF WITH COPIES OF DI.2, DI.8 AND DI.18 INFORMA PAUPERIS.

1.) RE: APON RECEIVING COURT ORDER DATED INSTRUCTING CONSOLIDATION OF CA NO's, 05-013, 05-051 AND 05-052 GMS, DUE TO THE PLAINTIFF BEING UNLEARNED IN LAW SAID COMPLAINTS DI.2, DI.8 AND DI.18 WERE VIEWED AS USELESS AND DESTROYED DURING CONSTRUCTION OF CONSOLIDATION.

2.) RE: AT THIS TIME PLAINTIFF CAN ONLY PROVIDE THE CONSOLIDATED COMPLAINT.

3.) DUE TO THE PLAINTIFF'S INDIGENT STATUS, THE ONLY WAY PLAINTIFF CAN ADHERE TO PROVIDING COMPLAINTS DI.2, DI.8, + DI.18, IF THE COURT WOULD PROVIDE SAID COPIES TO THE PLAINTIFF, INFORMA PAUPERIS.

*Jimmie Lewis*
SBI # 506622
DEL. CORR. CENT.
1181 PADDOCK RD
SMYRNA, DE 19



RECEIVED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Jimmie Lewis
SBI# 506622 UNIT A-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"U.S.M.S.
RAY"



Clerk of the Court
United States District Court
844 . N. King St., Lockbox 18
Wilmington, Delaware
19801