IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
    PLAINTIFF,

V.                                C.A. NO. 05-013 (GMS)

RAPHEL WILLIAMS, ET AL.,
    DEFENDANTS.

RE: REQUEST FOR D.I. 2, D.I. 8 AND D.I. 18 PHOTO COPY QUOTE, AND SPECIFIC CONFIRMATION REGARDING THE MARCH 6, 2006 COURT ORDER.

---

1.) PLEASE PROVIDE ME WITH A PHOTO COPY QUOTE FOR D.I. 2, D.I. 8 AND D.I. 18, CA NO. 05-013 (GMS).

2.) EXACTLY HOW MANY COPIES D.I. 2, D.I. 8 AND D.I. 18 DOES THE COURT EXPECT ME TO FORWARD?, CA NO 05-013

3.) CAN I OBTAIN SAID DOCUMENTS IN ACCORDANCE TO THE JAN 1, 2005 IN FORMA PAUPERIS MOTION THAT WAS GRANTED ON FEB 24, 2005? AND OR DO I HAVE TO SUBMIT ANOTHER IN FORMA PAUPERIS MOTION IN ORDER TO OBTAIN SAID DOCUMENT.

YOUR EXPEDIANT RESPONSE WILL BE VERY MUCH APPRECIATED.

Jimmie Lewis, SBI #506
D.C.C., SMYRNA, DE 19977

I/M  Jimmie Lewis
SBI# 506622  UNIT A-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$ 00.39⁰  MAR 18 2006
MAILED FROM ZIP CODE 19977

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCK BOX 18
WILMINGTON, DELAWARE
19801