IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
  PLAINTIFF,

V.

RAPHEL WILLIAMS, ET AL;
  DEFENDANTS.

CA. NO. 05-013 (GMS)

RE: INFORMA PAUPERIS REQUEST FOR
COMPLAINT D.I. 2, D.I. 8, AND D.I. 18
IN ACCORDANCE WITH JUDGE GREGORY
M. SLEET'S 3/6/2006 COURT ORDER
FOR CA. NO. 05-013 (GMS)

---

1.) I AM INDIGENT.

2.) SAID COMPLAINTS ARE NO LONGER IN MY POSSESSION, SEE 3/6/2006 COURT ORDER 3-C.

3.) I NEED SAID PHOTO COPIES IN ORDER TO BE ABLE TO COMPLY WITH JUDGE GREGORY M. SLEET'S 3/6/2006 COURT ORDER.

DATE: 3/28/06

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

FILED
MAR 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 28TH, DAY OF MARCH, 2006, THAT (1) TRUE AND CORRECT COPY OF THE PLAINTIFF'S INFORMA PAUPERIS REQUEST FOR COMPLAINT'S D.I.2, D.I.8 AND D.I.18 IN ACCORDANCE WITH JUDGE GREGORY M. SLEET'S 3/6/2006 COURT ORDER FOR CA.NO. 05-013 (GMS), HAS BEEN SERVED TO THE FOLLOWING BY U.S POSTAL:

PETER T. DALLEO
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

DATE: 3/28/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

LEAD

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00013-GMS
### Internal Use Only

Lewis v. Williams, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $40,000,000
Lead case: 1:05-cv-00013-GMS
Member cases:
   1:05-cv-00051-GMS
   1:05-cv-00052-GMS
Case in other court: USDC/DE, 04cv1350GMS
                       USDC/DE, 04cv1410GMS
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/11/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Jimmie Lewis**          represented by **Jimmie Lewis**
                                           SBI#506622
                                           Delaware Correctional Center
                                           1181 Paddock Road
                                           Smyrna, DE 19977
                                           PRO SE

V.

**Defendant**

**Raphel Williams**

**Defendant**

**Stanley Taylor**

**Defendant**

**First Correctional Medical**
*and staff*

**Defendant**

**Capt. D. Barnford**

**Defendant**

**Capt. Emig**

**Defendant**

**Capt. P. Parker**

**Defendant**

Major Dave Williams

**Defendant**

Capt. Jefferson

**Defendant**

Internal Affairs

**Defendant**

Lt. Joseph Sabato

**Defendant**

Lt. Sheets

**Defendant**

Lt. S. Farmer

**Defendant**

Lt. Mitchel

**Defendant**

Sgt. M. Moody

**Defendant**

Sgt. Fred Way

**Defendant**

Sgt. C. Richards

**Defendant**

Sgt. Medford

**Defendant**

Sgt. Lewis

**Defendant**

Sgt. Kennedy

**Defendant**

Corporal A. Goins

**Defendant**

Corporal A. Davis

**Defendant**

Corporal Harriford

**Defendant**

Corporal Chapel

**Defendant**

Corporal Cumberback

**Defendant**

C/O Presley

**Defendant**

C/O C. Johnson

**Defendant**

C/O Talenti

**Defendant**

C/O Mark Blue

**Defendant**

C/O Ms. Newman

**Defendant**

C/O D. Carlock

**Defendant**

C/O B. Apa

**Defendant**

C/O V. Williams

**Defendant**

C/O Canon

**Defendant**

C/O G. Ince

**Defendant**

C/O Soul

**Defendant**

C/O A. Armstrong

**Defendant**

C/O Gassner

**Defendant**

C/O D. Young

**Defendant**

C/O Mack Renolds

**Defendant**

C/O Nannett Bordley

**Defendant**

C/O Wayman

**Defendant**

C/O Mase

**Defendant**

C/O Tamiko Chaffer

**Defendant**

C/O Rodriguez

**Defendant**

C/O Hardgrave

**Defendant**

Lt. Polk

**Defendant**

Michael Knight

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2005 | 1 | MOTION by Jimmie Lewis to Proceed in Forma Pauperis (mwm) (Entered: 01/11/2005) |
| 01/11/2005 | 2 | COMPLAINT filed (mwm) (Entered: 01/11/2005) |
| 01/19/2005 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 01/19/2005) |
| 02/24/2005 | 4 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. The plaintiff shall submit a complete certified copy of his trust fund account statement. Failure to return a complete certified copy of his trust fund account statement within 30 days shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 3/28/2005. Signed by Judge Gregory M. Sleet on 2/22/05. (mmm) Modified on 4/12/2005 (mmm, ). (Entered: 02/24/2005) |
| 03/11/2005 | 5 | Letter to Clerk of the Court from Jimmie Lewis enclosing In Forma Pauperis forms. (mmm) (Entered: 03/31/2005) |
| 03/11/2005 | 6 | MOTION for Leave to Proceed in forma pauperis - filed by Jimmie Lewis. (mmm) (Entered: 03/31/2005) |

| Date | # | Description |
|---|---|---|
| 03/18/2005 | 7 | MOTION for Leave to Proceed in forma pauperis - filed by Jimmie Lewis. (mmm) (Entered: 03/31/2005) |
| 04/06/2005 | 9 | AFFIDAVIT of Jimmie Lewis in support of his Motion to Compel Discovery filed by Jimmie Lewis. Please Note: The Motion to Compel Discovery has not been filed with the court. (asw ) (Entered: 04/08/2005) |
| 04/08/2005 | 8 | AMENDED COMPLAINT against Raphel Williams, Stanley Taylor, First Correctional Medical- filed by Jimmie Lewis. (Attachments: # 1 # 2 # 3)(asw ) (Entered: 04/08/2005) |
| 04/20/2005 | 10 | ORDER finding as moot Motions to Proceed IFP. An initial partial filing fee of $6.00 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 5/20/2005. Signed by Judge Gregory M. Sleet on 4/19/05. (mmm) (Entered: 04/20/2005) |
| 05/05/2005 | 12 | Letter to Clerk of the Court from Jimmie Lewis regarding filing fees. (mmm) (Entered: 05/18/2005) |
| 05/16/2005 | 11 | Letter to Judge Gregory M. Sleet from Jimmie Lewis regarding filing fees. (mmm) (Entered: 05/18/2005) |
| 06/13/2005 | 13 | ORDER granting re 11 Letter request to extend time to file the authorization form. The plaintiff will file the authorization form within thirty (30) days of the date of this Order. Signed by Judge Gregory M. Sleet on 6/13/05. (mmm) (Entered: 06/13/2005) |
| 06/13/2005 |  | Set/Reset Deadlines: Notice of Compliance deadline set for 7/13/2005. (mmm) (Entered: 06/13/2005) |
| 06/20/2005 | 14 | Letter to Judge Gregory M. Sleet from Jimmie Lewis regarding authorization forms. (mmm) (Entered: 06/29/2005) |
| 06/22/2005 | 15 | Authorization by Jimmie Lewis requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (mmm) (Entered: 06/29/2005) |
| 06/29/2005 |  | EXIT docket sheet to the plaintiff. (mmm) (Entered: 06/29/2005) |
| 07/01/2005 | 16 | Authorization by Jimmie Lewis requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (Attachments: # 1 Attachment) (mmm, ) (Entered: 07/06/2005) |
| 07/20/2005 | 17 | MOTION requesting permission to amend complaint - filed by Jimmie Lewis. (mmm) (Entered: 07/21/2005) |
| 09/20/2005 |  | Partial Filing Fee Received from Jimmie Lewis: $ 18.00, receipt number 140692 (rbe, ) (Entered: 09/20/2005) |
| 10/28/2005 |  | Partial Filing Fee Received from Jimmie Lewis: $.02, receipt number 141028 (rbe, ) (Entered: 10/28/2005) |

| | | |
|---|---|---|
| 11/10/2005 | 18 | MOTION to Amend/Correct - filed by Jimmie Lewis. (Attachments: # 1 part 2# 2 part 3# 3 part 4# 4 part 5# 5 # 6 part 7# 7 civil cover sheet) (mmm) (Entered: 11/10/2005) |
| 11/22/2005 | 19 | Letter to Clerk of the Court from Jimmie Lewis regarding requesting docket sheets. (mmm) (Entered: 11/22/2005) |
| 11/22/2005 | 20 | Letter to Clerk of the Court from Jimmie Lewis regarding request for docket sheet. (mmm, ) (Entered: 11/23/2005) |
| 11/22/2005 | 21 | Letter to Jimmie Lewis from Clerk of the Court regarding request for copywork - re [45] Letter, 20 Letter, 19 Letter, 21 Letter, [44] Letter, 19 Letter, 18 Letter, 20 Letter. (mmm) (Entered: 11/23/2005) |
| 11/28/2005 |  | Partial Filing Fee Received from Jimmie Lewis: $ 3.98, receipt number 141321 (rbe, ) (Entered: 11/29/2005) |
| 12/20/2005 | 22 | ORDER CONSOLIDATING 05-13, 05-51, and 05-52 FOR ALL PURPOSES. The complaint filed in 05-13 is deemed the operative complaint in the Consolidated Action. All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record in the Consolidated Action. Hereafter, court pleadings and documents shall be filed ONLY in Civil Action 05-13 GMS. The court will not accept pleadings filed in 05-51 GMS and 05-52 GMS. Signed by Judge Gregory M. Sleet on 12/20/05. (mmm) (Entered: 12/20/2005) |
| 12/20/2005 | 23 | ORDER granting in part and denying in part 17 Motion to Amend/Correct as therein set forth. Signed by Judge Gregory M. Sleet on 12/20/05. (mmm) (Entered: 12/20/2005) |

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00052-GMS
### Internal Use Only

Lewis v. First Correctional, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $0
Case in other court: USDC/DE, 05cv13GMS
                    USDC/DE, 05cv51
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/11/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Jimmie Lewis**                    represented by **Jimmie Lewis**
                                                    SBI#506622
                                                    Delaware Correctional Center
                                                    1181 Paddock Road
                                                    Smyrna, DE 19977
                                                    PRO SE

V.

**Defendant**

**First Correctional Medical**
*and staff*

**Defendant**

**Georgia Sutton**
*Supervisor for (F.C.M)*

**Defendant**

**Stanley Taylor**
*and staff*

**Defendant**

**Raphel Williams**
*and staff*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2005 | 1 | MOTION by Jimmie Lewis to Proceed in Forma Pauperis [see DI# 1 in civil action 05-13] (mwm) (Entered: 02/01/2005) |
| 01/11/2005 | 2 | COMPLAINT filed. (mwm) (Entered: 02/01/2005) |
| 02/09/2005 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 02/09/2005) |

| | | |
|---|---|---|
| 02/24/2005 | 4 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Plaintiff shall return a complete certified copy of his trust fund account statement within 30 days. Failure to return the account statement shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 3/28/2005. Signed by Judge Gregory M. Sleet on 2/22/05. (mmm, ) Modified on 4/12/2005 (mmm, ). (Entered: 02/24/2005) |
| 03/11/2005 | 5 | Letter to Clerk of the Court from Jimmie Lewis enclosing In Forma Pauperis forms. (mmm) (Entered: 03/31/2005) |
| 03/11/2005 | 6 | MOTION for Leave to Proceed in forma pauperis - filed by Jimmie Lewis. (mmm) (Entered: 03/31/2005) |
| 03/18/2005 | 7 | MOTION for Leave to Proceed in forma pauperis - filed by Jimmie Lewis. (mmm) (Entered: 03/31/2005) |
| 04/06/2005 | 11 | AFFIDAVIT of Jimmie Lewis filed by Jimmie Lewis. (mmm) (Entered: 05/05/2005) |
| 04/08/2005 | 8 | AMENDED COMPLAINT against First Correctional Medical, Georgia Sutton, Stanley Taylor, Raphel Williams- filed by Jimmie Lewis. (Attachments: # 1 # 2 # 3)(asw ) (Entered: 04/08/2005) |
| 04/20/2005 | 9 | ORDER finding as moot Motions to Proceed IFP. An initial partial filing fee of $6.00 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 5/20/2005. Signed by Judge Gregory M. Sleet on 4/19/05. (mmm) (Entered: 04/20/2005) |
| 04/26/2005 | 10 | Authorization by Jimmie Lewis requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (asw ) (Entered: 05/03/2005) |
| 05/05/2005 | 14 | Letter to Clerk of the Court from Jimmie Lewis regarding filing fees. (mmm) (Entered: 05/18/2005) |
| 05/16/2005 | 13 | Letter to Judge Gregory M. Sleet from Jimmie Lewis regarding filing fees. (mmm) (Entered: 05/18/2005) |
| 05/18/2005 | 12 | DEFICIENCY NOTICE by the Court issued to re 11 Affidavit. Copy sent to the pro se plaintiff. (mmm) (Entered: 05/18/2005) |
| 06/13/2005 | 15 | ORDER granting re 13 Letter request to extend time to file authorization form. Authorization form due 30 days from the date of this Order. Signed by Judge Gregory M. Sleet on 6/13/05. (mmm) (Entered: 06/13/2005) |
| 06/13/2005 |  | Set/Reset Deadlines: Notice of Compliance deadline set for 7/13/2005. (mmm, ) (Entered: 06/13/2005) |
| 06/20/2005 | 16 | Letter to Judge Gregory M. Sleet from Jimmie Lewis regarding authorization forms. (mmm) (Entered: 06/29/2005) |

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00051-GMS
#### Internal Use Only

Lewis v. Taylor, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $40000000
Case in other court: USDC/DE, 05cv13GMS
                      USDC/DE, 05cv52
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/11/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

### Plaintiff

**Jimmie Lewis**      represented by      **Jimmie Lewis**
SBI# ▓▓▓▓▓
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

### Defendant

**Stanley Taylor**
*and staff*

### Defendant

**Raphel Williams**
*and staff*

### Defendant

**First Correctional Medical**
*and staff*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2005 | 1 | MOTION by Jimmie Lewis to Proceed in Forma Pauperis [see DI# 1 in civil action 05-13] (mwm) (Entered: 02/01/2005) |
| 01/11/2005 | 2 | COMPLAINT filed. (mwm) (Entered: 02/01/2005) |
| 02/09/2005 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 02/09/2005) |
| 02/24/2005 | ◯4 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Plaintiff shall return a complete certified copy of his trust fund account statement within 30 days. Failure to return the statement within 30 days shall result in dismissal of action without prejudice. (copy to plt.) Notice of Compliance |

| | | |
|---|---|---|
| | | deadline set for 3/28/2005. Signed by Judge Gregory M. Sleet on 2/22/05. (mmm) Modified on 4/12/2005 (mmm). (Entered: 02/24/2005) |
| 03/11/2005 | 5 | Letter to Clerk of the Court from Jimmie Lewis enclosing In Forma Pauperis forms. (mmm) (Entered: 03/31/2005) |
| 03/11/2005 | 6 | MOTION for Leave to Proceed in forma pauperis - filed by Jimmie Lewis. (mmm) (Entered: 03/31/2005) |
| 03/18/2005 | 7 | MOTION for Leave to Proceed in forma pauperis - filed by Jimmie Lewis. (mmm) (Entered: 03/31/2005) |
| 04/06/2005 | 8 | AMENDED COMPLAINT against Stanley Taylor, Raphel Williams, First Correctional Medical- filed by Jimmie Lewis. (Attachments: # 1 # 2 # 3)(asw) (Entered: 04/08/2005) |
| 04/06/2005 | 9 | MEMORANDUM OF LAW in Support of 7 MOTION for Leave to Proceed in forma pauperis, 6 MOTION for Leave to Proceed in forma pauperis filed by Jimmie Lewis.(asw) (Entered: 04/08/2005) |
| 04/20/2005 | 10 | ORDER finding as moot Motions to Proceed IFP. An initial partial filing fee of $6.00 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 5/20/2005. Signed by Judge Gregory M. Sleet on 4/19/05. (mmm) (Entered: 04/20/2005) |
| 05/02/2005 | 11 | Authorization by Jimmie Lewis requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (asw) (Entered: 05/03/2005) |
| 05/05/2005 | 13 | Letter to Clerk of the Court from Jimmie Lewis regarding filing fees. (mmm) (Entered: 05/18/2005) |
| 05/16/2005 | 12 | Letter to Judge Gregory M. Sleet from Jimmie Lewis regarding filing fees. (mmm) (Entered: 05/18/2005) |
| 05/26/2005 | 14 | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order - filed by Jimmie Lewis. (Attachments: # 1 Exhibit # 2 Affidavit # 3 Text of Proposed Order)(mmm) (Entered: 05/27/2005) |
| 06/13/2005 | 15 | ORDER granting re 12 Letter request to extend time to file authorization form. Authorization form due 30 days from the date of this Order. Signed by Judge Gregory M. Sleet on 6/13/05. (mmm) (Entered: 06/13/2005) |
| 06/13/2005 | | Set/Reset Deadlines: Notice of Compliance deadline set for 7/13/2005. (mmm, ) (Entered: 06/13/2005) |
| 06/20/2005 | 16 | Letter to Judge Gregory M. Sleet from Jimmie Lewis regarding authorization forms. (mmm) (Entered: 06/29/2005) |