# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Jimmie Lewis_  SBI#: _506622_  05-13

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 23, 2006_

FILED
MAR 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _BD scanned_ _September 1, 2005_ to _February 28, 2006_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 45.44 |
| Oct | 21.98 |
| Nov | 30.68 |
| Dec | 67.15 |
| Jan | 32.77 |
| Feb | 32.65 |

Average daily balances/6 months: _38.45_

Attachments
CC: File

_Stacy Shane_
3/23/06

_Milo L_
_Nary Pilli_
3/24/06

# Individual Statement

## For Month of September 2005

Date Printed: 3/23/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $72.03 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |
| Current Location: | SU/1 | | | Comments: QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($5.85) | $72.03 | 153047 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($0.37) | $72.03 | 153074 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($0.37) | $72.03 | 153078 | | DST/POSTAGE | |
| Canteen | 9/6/2005 | ($14.66) | $0.00 | $0.00 | $57.37 | 154175 | | | |
| Legal | 9/7/2005 | $0.00 | $0.00 | ($18.00) | $57.37 | 154686 | | 8/2005 | |
| Supplies-MailP | 9/9/2005 | ($4.75) | $0.00 | $0.00 | $52.62 | 155725 | | POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $52.25 | 155928 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $51.88 | 155931 | | DST/POSTAGE | |
| Legal | 9/9/2005 | ($18.00) | $0.00 | $0.00 | $33.88 | 155955 | | 8/2005 | |
| Supplies-MailP | 9/9/2005 | ($5.85) | $0.00 | $0.00 | $28.03 | 155982 | | DST/POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($4.75) | $28.03 | 156172 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.60) | $28.03 | 156174 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.60) | $28.03 | 156177 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $28.03 | 156304 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $28.03 | 156305 | | POSTAGE | |
| Mail | 9/14/2005 | $30.00 | $0.00 | $0.00 | $58.03 | 157893 | 8981104443 | | M LEWIS |
| Pay-To | 9/14/2005 | ($3.00) | $0.00 | $0.00 | $55.03 | 157949 | | MERLOT ENT | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.37) | $55.03 | 158533 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.37) | $55.03 | 158534 | | POSTAGE | |
| Canteen | 9/20/2005 | ($14.98) | $0.00 | $0.00 | $40.05 | 159523 | | | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.85) | $40.05 | 161470 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.85) | $40.05 | 161471 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.37) | $40.05 | 161476 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.37) | $40.05 | 161477 | | POSTAGE | |
| Pay-To | 9/23/2005 | ($10.00) | $0.00 | $0.00 | $30.05 | 161601 | | BLUDAMAN ENT | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $30.05 | 163923 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.06) | $30.05 | 163985 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $30.05 | 164099 | | POSTAGE | |

# Individual Statement

Date Printed: 3/23/2006

Page 2 of 2

## For Month of September 2005

Ending Mth Balance: $30.05

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement

## For Month of October 2005

Date Printed: 3/23/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | $30.05 | | |
| Current Location: | SU/1 | | Comments: | QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/4/2005 | ($12.36) | $0.00 | $0.00 | $17.69 | 165445 | | | |
| Legal | 10/5/2005 | $0.00 | $0.00 | ($4.00) | $17.69 | 166685 | | 9/05 | |
| Supplies-MailP | 10/6/2005 | ($4.75) | $0.00 | ($3.85) | $17.69 | 167710 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $12.94 | 167939 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $12.34 | 167942 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $11.74 | 167944 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $11.37 | 168083 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $11.00 | 168082 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.85) | $0.00 | $0.00 | $10.63 | 168317 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.85) | $0.00 | $0.00 | $6.78 | 168313 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $2.93 | 168314 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $2.56 | 168318 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $2.19 | 168353 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $1.82 | 168354 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.06) | $0.00 | $0.00 | $1.45 | 168433 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.39 | 168500 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.02 | 168554 | | POSTAGE | |
| Legal | 10/6/2005 | ($0.02) | $0.00 | ($3.98) | $0.00 | 168595 | | 9/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172289 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172291 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172293 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($5.85) | $0.00 | 172295 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172296 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172298 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172300 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 172361 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 172362 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($4.75) | $0.00 | 172366 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 172401 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 172405 | | DST/POSTAGE | |

# Individual Statement

Date Printed: 3/23/2006    Page 2 of 2

## For Month of October 2005

M. LEWIS

| | | | | | | |
|---|---|---|---|---|---|---|
| Mail | 10/20/2005 | $50.00 | $0.00 | $50.00 | 174233 | 8981120507 |
| Medical | 10/21/2005 | $0.00 | ($4.00) | $50.00 | 174437 | 10/12/05 |
| Medical | 10/21/2005 | ($4.00) | $0.00 | $46.00 | 174572 | 10/12/05 |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | 176069 | POSTAGE |

Ending Mth Balance: **$46.00**

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement

## For Month of November 2005

Date Printed: 3/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.00 | | |
|---|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | | | |
| Current Location: | SU/1 | | | Comments: | QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($3.85) | $46.00 | 180623 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($3.85) | $46.00 | 180624 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($1.98) | $46.00 | 180625 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($1.98) | $46.00 | 180627 | | POSTAGE | |
| Legal | 11/8/2005 | $0.00 | $0.00 | ($8.00) | $46.00 | 181374 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($1.52) | $46.00 | 182812 | | | |
| Legal | 11/11/2005 | ($3.98) | $0.00 | $0.00 | $42.02 | 183265 | | 9/05 | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $38.17 | 183350 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $37.80 | 183392 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($5.85) | $0.00 | $0.00 | $31.95 | 183538 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $25.15 | 183535 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $18.35 | 183537 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $11.55 | 183536 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $4.75 | 183539 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($4.75) | $0.00 | ($2.05) | $0.00 | 183540 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186362 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186364 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186367 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186368 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.85) | $0.00 | 186374 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($2.21) | $0.00 | 186405 | | | |
| Mail | 11/23/2005 | $60.00 | $0.00 | $0.00 | $60.00 | 187988 | 9253391725 | | M. LEWES |
| Canteen | 11/29/2005 | ($9.74) | $0.00 | $0.00 | $50.26 | 188864 | | | |

Ending Mth Balance: $50.26

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement
## For Month of December 2005

Date Printed: 3/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.26 | | |
|---|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | | | |
| Current Location: | SU/1 | | | Comments: QOL4 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/21/2005 | $50.00 | $0.00 | $0.00 | $100.26 | 197912 | 9299195O662 | | M. LEWIS |
| Mail | 12/23/2005 | $25.00 | $0.00 | $0.00 | $125.26 | 198983 | 09253397744 | | C. CARR |
| Supplies-MailP | 12/23/2005 | $0.00 | $0.00 | ($3.31) | $125.26 | 199063 | | 12/12/05 | |
| Canteen | 12/27/2005 | ($12.13) | $0.00 | $0.00 | $113.13 | 199613 | | | |
| Legal | 12/29/2005 | $0.00 | $0.00 | ($10.00) | $113.13 | 200749 | | 12/2/2005 | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $112.30 | 201762 | | | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $111.47 | 201763 | | | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $110.64 | 201764 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $109.81 | 201765 | | | |
| Supplies-MailP | 12/29/2005 | ($2.21) | $0.00 | $0.00 | $105.96 | 201766 | | | |
| Supplies-MailP | 12/29/2005 | ($6.80) | $0.00 | $0.00 | $103.75 | 201780 | | | |
| Supplies-MailP | 12/29/2005 | ($2.05) | $0.00 | $0.00 | $96.95 | 202009 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($2.67) | $0.00 | $0.00 | $94.90 | 202008 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($4.75) | $0.00 | $0.00 | $92.23 | 202022 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($2.67) | $0.00 | $0.00 | $87.48 | 202023 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $84.81 | 202021 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $84.44 | 202030 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($1.52) | $0.00 | $0.00 | $84.07 | 202031 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $82.55 | 202089 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $78.70 | 202114 | | POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($1.98) | $0.00 | $0.00 | $74.85 | 202115 | | POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($1.98) | $0.00 | $0.00 | $72.87 | 202116 | | POSTAGE | |
| Legal | 12/29/2005 | ($8.00) | $0.00 | $0.00 | $70.89 | 202117 | | | |
| Legal | 12/29/2005 | ($10.00) | $0.00 | $0.00 | $62.89 | 202120 | | | |
| Supplies-MailP | 12/29/2005 | ($3.31) | $0.00 | $0.00 | $52.89 | 202166 | | 12/2/2005 | |
| | | | | | $49.58 | 202206 | | 12/12/05 | |

Ending Mth Balance: $49.58

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement

## For Month of January 2006

Date Printed: 3/23/2006

Page 1 of 1

| SBI | Last Name | First Name | M1 | Suffix | Beg Mth Balance: | $49.58 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |
| Current Location: | SU/1 | | Comments: | QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($5.30) | $49.58 | 205293 | | 12/20/05 | |
| Canteen | 1/10/2006 | ($44.16) | $0.00 | $0.00 | $5.42 | 206280 | | | |
| Mail | 1/13/2006 | $35.00 | $0.00 | $0.00 | $40.42 | 207987 | 9299195384S | | M. LEWIS |
| Medical | 1/13/2006 | $6.00 | $0.00 | $0.00 | $46.42 | 208043 | | REFUND 8/9/05 | |
| Legal | 1/13/2006 | $0.00 | $0.00 | ($12.00) | $46.42 | 208543 | | | |
| Legal | 1/13/2006 | ($12.00) | $0.00 | $0.00 | $34.42 | 208836 | | | |
| Supplies-MailP | 1/13/2006 | ($5.30) | $0.00 | $0.00 | $29.12 | 208950 | | 12/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.39) | $29.12 | 211637 | | 1/8/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 211683 | | 11/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($3.13) | $29.12 | 211702 | | 11/16/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 211703 | | 11/16/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($3.13) | $29.12 | 213979 | | 11/15/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 214033 | | 11/12/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 214413 | | 11/29/05 | |

Ending Mth Balance: $29.12

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement

## For Month of February 2006

Date Printed: 3/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $29.12 | |
|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | | |
| Current Location: | SU/1 | | Comments: | QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/1/2006 | $50.00 | $0.00 | $0.00 | $79.12 | 216158 | 9299195196 | 11/29/05 | M. LEWIS |
| Legal | 2/1/2006 | $0.00 | $0.00 | ($5.00) | $79.12 | 216218 | | 1/8/06 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $78.75 | 217630 | | 11/12/05 | |
| Supplies-MailP | 2/2/2006 | ($0.39) | $0.00 | $0.00 | $78.36 | 217733 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $77.99 | 217807 | | 11/16/05 | |
| Supplies-MailP | 2/2/2006 | ($3.13) | $0.00 | $0.00 | $77.62 | 217922 | | 11/16/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $74.49 | 217934 | | 11/15/05 | |
| Supplies-MailP | 2/2/2006 | ($3.13) | $0.00 | $0.00 | $74.12 | 217935 | | | |
| Legal | 2/2/2006 | ($5.00) | $0.00 | $0.00 | $70.99 | 217972 | | | |
| Canteen | 2/7/2006 | ($61.97) | $0.00 | $0.00 | $65.99 | 218137 | | | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $4.02 | 219342 | | | |
| Mail | 2/13/2006 | $25.00 | $0.00 | $0.00 | $4.02 | 220577 | 9231391754 | 11/22/05 | M. LEWIS |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.87) | $29.02 | 222163 | | 2/6/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 223558 | | 2/6/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.37) | $29.02 | 223563 | | 12/6/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.37) | $29.02 | 223595 | | 12/7/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $29.02 | 223620 | | 2/1/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $29.02 | 223892 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $29.02 | 224127 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $29.02 | 224130 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 224131 | | 2/10/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($6.55) | $29.02 | 224679 | | 2/10/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 224680 | | 2/10/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 224681 | | | |

Ending Mth Balance: $29.02

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($30.72)



Jimmie Lewis
SBI# 506622 UNIT A-4-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
844. N KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801