IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS,<br><br>      Plaintiff,<br><br>v.<br><br>WARDEN RAFAEL WILLIAMS,<br>et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) CONSOLIDATED<br>) Civ. No. 05-013-GMS<br>) Civ. No. 05-051-GMS<br>) Civ. No. 05-052-GMS<br>)<br>)<br>) |

**ORDER**

WHEREAS, the plaintiff Jimmie Lewis ("Lewis"), a prisoner incarcerated at the Delaware Correctional Center, filed three separate lawsuits pursuant to 42 U.S.C. § 1983, and on December 20, 2005, the court consolidated the three cases (D.I. 22);

WHEREAS, on March 6, 2006, an order was entered dismissing certain defendants and claims and allowing Lewis to proceed with the remaining claims (D.I. 29);

WHEREAS, in the March 6, 2006, order, Lewis is directed to provide to the court copies of the complaint (D.I. 2), the amended complaint (D.I. 8) and the second amended complaint (D.I. 18) for service upon the remaining defendants and the attorney general (D.I. 29, para. 2);

WHEREAS, on March 13, 2006, Lewis filed, without seeking leave, a voluminous proposed amended complaint containing the same documents and exhibits previously filed with the court (D.I. 29);

WHEREAS, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a), and Lewis has already amended his complaint as allowed by the Federal Rules of Civil Procedure (D.I. 18, 29);

THEREFORE, at Wilmington this 31st day of March, 2006, IT IS ORDERED that proposed amended complaint (D.I. 29) is STRICKEN. The case shall proceed on the complaint (D.I. 2), the amended complaint (D.I. 8) and the second amended complaint (D.I. 18) as set forth in the court's March 6, 2006, order. Lewis is to provide copies of the complaint, amended complaint and second amended complaint as ordered by the Court. Finally, Lewis is to refrain from filing duplicitous pleadings and exhibits.

_____
UNITED STATES DISTRICT JUDGE