IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA. NO. 05-013 (GMS)

WARDEN RAPAEL WILLIAMS,
ET AL.;


FILED
JUN 28 2006
DISTRICT COURT
CT OF DELAWARE
PD scanned

REQUEST FOR 60 DAY
POSTPONEMENT

---

COMES NOW, THE PLAINTIFF JIMMIE LEWIS PRO-SE AND HEREBY REQUEST THIS HONORABLE COURT TO POSTPONE THE JULY 6, 2006 DEADLINE, AND ASSERTS THE FOLLOWING IN SUPPORT THEREOF:

(P.2)

1.) On March 6th 2006 the Honorable Judge Gregory M. Sleet issued an order that the plaintiff was to provide the court with one copy of the complaint (D.I. 2), the amended complaint (D.I. 8), and the second amended complaint (D.I. 18) for service upon each defendant within 120 days.

2.) On April 3, 2006 I was transferred to the D.C.C infirmary and prescribed to be (PCO II) psych close observation level 2 status, for which I am not allowed to have pen, paper and or other personal property such as my legal material. I stayed on PCO II status until I was discharged on May 10, 2006.

3.) Before I could receive my personal property, I was transferred back to the D.C.C infirmary on May 24, 2006 and prescribed to be on PCO II status until 6/12/06.

(P. 2)

4.) I HAVE JUST RECENTLY RECEIVED MY PERSONAL PROPERTY 6/21/06.

5.) I DO INTEND TO SUBMIT ALL OF THE COMPLAINTS IN ACCORDANCE TO THE COURTS MARCH 6, 2006 ORDER.

6.) DUE TO THE UNFORSEEN DELAYS, I HEREBY REQUEST A 60 DAY POSTPONEMENT IN ORDER TO BE ABLE TO FINISHING DRAFTING SAID AMENDED COMPLAINT, FOR WHICH I HAVE NOT YET SUBMITTED TO THE LAW-LIBRARY TO BE PHOTOCOPIED.

FOR THE REASONS SUBMITTED HEREIN, THE PLAINTIFF HEREBY REQUEST FOR HIS REQUEST FOR A 60 DAY POSTPONEMENT TO BE GRANTED.

DATE: 6/26/06

*Jimmie Lewis*
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 26TH DAY OF JUNE, 2006, THAT (1) TRUE AND CORRECT COPY OF THE ~~ATTACHED~~ PLAINTIFF'S "REQUEST FOR 60 DAY POSTPONEMENT," HAS BEEN SERVED BY U.S. POSTAL TO THE FOLLOWING:

DR. PETER T. DALLEO
CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844, N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

DATE: 6/26/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

WILMINGTON DE 197
27 JUN 2006 PM 2 L

U.S.M.S
X-RAY

I/M Jimmie Lewis
SBI# 506622   UNIT D-L-6, B1D23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977

Clerk of the Court (GMS)
U.S District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801