IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-013-GMS |
| | ) |
| RAPHAEL WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on March 6, 2006, the court entered an order for plaintiff Jimmie Lewis ("Lewis") to complete and return USM-285 forms for defendants and the attorney general for the State of Delaware; informing plaintiff that the United States Marshal would not serve the complaint and amended complaint until all USM-285 forms and copies of the complaint and amended complaint were received by the clerk of the court; and that failure to provide said forms and copies of the complaint and amended complaint within 120 days from the date of the order may result in dismissal of the complaint and/or defendants pursuant to Fed. R. Civ. P. 4(m) (D.I. 26);

WHEREAS, on June 28, 2006, Lewis filed a motion for an additional 60 days to comply with the court's March 6, 2006 order (D.I. 35);

THEREFORE, at Wilmington this 26th day of July, 2006, IT IS ORDERED that the motion for additional time (D.I. 35) is GRANTED. Lewis is given an additional 60 days from the date of this order to comply with the March 6, 2006 order. No

further extensions will be granted.

_____
UNITED STATES DISTRICT JUDGE