IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CONSOLIDATED |
| v. | ) Civ. No. 05-013-GMS |
| | ) Civ. No. 05-051-GMS |
| WARDEN RAFAEL WILLIAMS, | ) Civ. No. 05-052-GMS |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of July, 2006.

On December 20, 2005, the court entered an order providing for service. (D.I. 23.) The plaintiff, Jimmie Lewis ("Lewis"), filed this consolidated case against a large number of defendants, and unfortunately, the December 20, 2005 order omitted reference to the defendant Capt. Jefferson ("Jefferson"). Lewis has alleged what appears to be a viable claim against Jefferson. Therefore, he is allowed to proceeded against Jefferson.

In the same December 20, 2005 order, Lewis was ordered to provide the court with copies of the complaint (D.I. 2), the amended complaint (D.I. 8), and the second amended complaint (D.I. 18) for service upon the defendants. (D.I. 23.) Lewis recently submitted to the clerk's office documents so that service may be effected. In reviewing the materials forwarded by Lewis, it has come to the court's attention that Lewis did not provide complete copies of the amended complaint (D.I. 8) and the second amended complaint (D.I. 18) for service upon the defendants. Service will not take place until complete copies of the amended complaint and

second amended complaint are received from Lewis.

IT IS THEREFORE ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for **defendant Capt. Jefferson.**

3. The clerk of the court shall provide Lewis with a complete copy of the amended complaint (D.I. 8) and the second amended complaint (D.I. 18).

4. Within 30 days from the date of this order, Lewis shall provide the court with complete copy of the amended complaint (D.I. 8) and the second amended complaint (D.I. 18) for service upon each defendant as provided for in the service order dated December 20, 2005, as well as for Capt. Jefferson and the Attorney General of the State of Delaware. (i.e., 62 copies) **The plaintiff is notified that the United States Marshal will not serve the complaint, the amended complaint and the second amended complaint until the "U.S. Marshal 285" form for Capt. Jefferson and the required number of complete copies of the amended complaint and second amended complaint have been received by the clerk of the court. Failure to provide the required documents within the time specified may result in the complaint being dismissed or defendant(s) being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

5. The clerk of the court shall retain the appropriate service documents previously received from Lewis for submission to the U.S. Marshal Service upon receipt of the required

numbers of the complete amended complaint and second amended complaint.

_____
UNITED STATES DISTRICT JUDGE