IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.                                          CA. NO. 05-013 GMS

RAPHEL WILLIAMS, ETAL,



RE: DEC 20, 2005 COURT ORDER TO PROVIDE THE COURT AND DEFENDANTS WITH PHOTOCOPIES OF (DI.2), (DI.8) AND (DI.18).

---

IM WRITING TO INFORM THIS HONORABLE COURT THAT THE D.C.C LAW LIBRARY PERSONEL MR. MARTIN AND MRS. LLOYD HAVE INFORMED ME THAT THE PHOTO COPIES PURSUANT TO SAID ORDER MAY TAKE TWO TO THREE WEEKS FROM TODAY 8/7/06 BEFORE THEY ARE COMPLETED. THEY HAVE BEEN IN POSSESSION OF SAID COMPLAINTS SINCE 8/3/06.

DATE: 8/7/06

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IM Jimmie Lewis
SBI# 506622 UNIT 6623, D-U2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801





02 1A
000 4608975
MAILED FROM ZIPCODE 19977
$ 02.310
AUG 08 2006
PITNEY BOWES
UNITED STATES POSTAGE