IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jimmie Lewis,

v.                                CA. No. 05-013 GMS

Raphel Williams, et al,

CERTIFICATE OF SERVICE

FILED
AUG 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

ON THE 11TH DAY OF AUG, 2006, I THE UNDERSIGNED PLAINTIFF DUE HEREBY CERTIFY, THAT I DID MAIL BY U.S POSTAGE (52) OF THE AMENDED COMPLAINT DI.8, 180 PAGES EACH, DATED 3/29/05, AND (52) OF THE SECOND AMENDED COMPLAINT DI.18, 165 PAGES EACH, DATED 10/3/05; IN ACCORDANCE TO THIS HONORABLE COURTS JULY 28, 2006 COURT ORDER.

DATE: 8/11/06

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977