OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2006

TO: Jimmie Lewis
SBI#506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civil Action #*05-13**(GMS)**

Dear Mr. Lewis:

Please be advised that the Clerk's Office has received all requested service copies in the above mentioned case. Per the Order dated 3/6/06 (DI 26), you are still required to submit USM 285 forms for the following defendants: First Correctional Medical, Captain Jefferson, Sgt. Medford, C/O D. Carlock, C/O Mase, Lt. Polk, Donald Napolin, Capt. Berggrun, Nurse Jeromy, April Lyonns, Dr. Arumburo and Lt. Singh. You will be given 30 days from the date of this letter to submit the above requested USM 285 forms.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal upon receipt of the USM 285 forms for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
Pro Se Law Clerk