IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.                           CA NO. 05-013 (GMS)

RAPHEL WILLIAMS, ET AL..

FILED
AUG 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

MOTION TO DISMISS THE COMPLAINT FILED AGAINST THE DEFENDANTS NAMED HEREIN WITHOUT PREJUDICE

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO-SE PETITION TO THIS HONORABLE COURT FOR AN ORDER GRANTING THIS MOTION TO DISMISS THE COMPLAINT FILED AGAINST THE DEFENDANTS NAMED HEREIN WITHOUT PREJUDICE, AND PRESENTS THE FOLLOWING IN SUPPORT:

1. THE FOLLOWING DEFENDANTS ARE NOT NAMED AS DEFENDANTS IN THE PLAINTIFF'S AMENDED COMPLAINT DATED 7/18/2006.

2.) DEFENDANT TO BE DISMISSED: FIRST CORR. MEDICAL CAPT. JEFFERSON, SGT. MEDFORD, C/O D. CARLOCK, C/O MASE, LT. POLK, DONALD NAPOLIN, LT. SINGH, NURSE JEROMY, APRIL LYONNS, DR. ARUMBURO.

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 8/24/06

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2006

TO: Jimmie Lewis
    SBI#506622
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

RE: U.S. Marshal 285 Forms
    *Civil Action* #05-13(GMS)

Dear Mr. Lewis:

Please be advised that the Clerk's Office has received all requested service copies in the above mentioned case. Per the Order dated 3/6/06 (DI 26), you are still required to submit USM 285 forms for the following defendants: First Correctional Medical, Captain Jefferson, Sgt. Medford, C/O D. Carlock, C/O Mase, Lt. Polk, Donald Napolin, Capt. Berggrun, Nurse Jeromy, April Lyonns, Dr. Arumburo and Lt. Singh. You will be given 30 days from the date of this letter to submit the above requested USM 285 forms.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal upon receipt of the USM 285 forms for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
    Pro Se Law Clerk

(Rev 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __JIMMIE LEWIS__, __SBI #506622__
    (Name of Plaintiff)    (Inmate Number)

__D.C.C, 1181 PADDOCK RD, SMYRNA DE 19977__
(Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

CA. NO. __05-013 (GMS)__
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __RAPHEL WILLIAMS, ET AL,__

(2) __SEE ATTACHED PAGE FOR__

(3) __NAME OF DEFENDANTS CITED__
(Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(YES)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.     PREVIOUS LAWSUITS

    A.     If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

| | |
|---|---|
| 04 - 1350 (GMS) | 2004 |
| 05 - 051 (GMS) | 2005 |
| 05 - 052 (GMS) | 2005 |
| 04 - 1410 (GMS) | 2004 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
    PLAINTIFF,

V.

                                       CA. NO. 05-013 (GMS)

RAPHEL WILLIAMS,
STANLEY TAYLOR, MARK EMIG,
DAVID BAMFORD, PHILLIP PARKER,
DAVE WILLIAMS, JOSEPH SABATO,
CAPT BERGGRUN, PATRICK SHEETS,
SYLVIA FOSTER, LT. MITCHELL, C/O WAYMAN,
LT. CHUDZIK, FRED WAY, SGT C. RICHARDS,
SGT LEWIS, SGT KENNEDY, ARRON GOINES,
ART DAVIS, SGT CHAPEL, CPL HARRIFORD,
C/O CUMBERBACK, C/O PRESLEY, NANETTE BORDLEY,
CORRIE JOHNSON, C/O TALENTI, C/O MS. NEWMAN,
MARK BLUE, BRANDFORD APA, TAMIKO CHAFFER,
V. WILLIAMS, MARK CANNON, G. INCE, C/O GASSNER,
D. YOUNG, MACK REYNOLDS, C/O HARDGRAVE,
C/O RODRIGUEZ, DR. ROGERS, DR. JOSITI, DR. ALI,
P.A FISH, DEBRA MUSKARELI, DIANE HERNANDEZ,
THOMAS L. CARROL, GEORGIA SUTTON;

    DEFENDANTS.

JS 44 (Rev. 3/99)  **CIVIL COVER SHEET**   CA.NO. 05-013 (GMS)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

### DEFENDANTS

(b) County of Residence of First Listed Plaintiff __ESSEX CO. NJ__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed __NEW CASTLE CO. DE__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- G 2 U.S. Government Defendant
- G 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 | [X] 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | [X] 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| G 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane / G 362 Personal Injury— Med. Malpractice | G 620 Other Food & Drug | G 423 Withdrawal 28 USC 157 | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability | G 625 Drug Related Seizure of Property 21 USC | | G 430 Banks and Banking |
| G 140 Negotiable Instrument | G 365 Personal Injury — Product Liability | G 630 Liquor Laws | PROPERTY RIGHTS | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment & Enforcement of Judgment | G 320 Assault, Libel & Slander / G 368 Asbestos Personal Injury Product Liability | G 640 R.R. & Truck | G 820 Copyrights | G 460 Deportation |
| G 151 Medicare Act | G 330 Federal Employers' Liability | G 650 Airline Regs. | G 830 Patent | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 340 Marine / PERSONAL PROPERTY | G 660 Occupational Safety/Health | G 840 Trademark | G 810 Selective Service |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 345 Marine Product Liability / G 370 Other Fraud | G 690 Other | | G 850 Securities/Commodities/Exchange |
| G 160 Stockholders' Suits | G 350 Motor Vehicle / G 371 Truth in Lending | LABOR | SOCIAL SECURITY | G 875 Customer Challenge 12 USC 3410 |
| G 190 Other Contract | G 355 Motor Vehicle Product Liability / G 380 Other Personal Property Damage | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) | G 891 Agricultural Acts |
| G 195 Contract Product Liability | G 360 Other Personal Injury / G 385 Property Damage Product Liability | G 720 Labor/Mgmt. Relations | G 862 Black Lung (923) | G 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | G 730 Labor/Mgmt. Reporting & Disclosure Act | G 863 DIWC/DIWW (405(g)) | G 893 Environmental Matters |
| G 210 Land Condemnation | G 441 Voting / G 510 Motions to Vacate Sentence | G 740 Railway Labor Act | G 864 SSID Title XVI | G 894 Energy Allocation Act |
| G 220 Foreclosure | G 442 Employment / Habeas Corpus: | | G 865 RSI (405(g)) | G 895 Freedom of Information Act |
| G 230 Rent Lease & Ejectment | G 443 Housing/Accommodations / G 530 General | G 790 Other Labor Litigation | FEDERAL TAX SUITS | G 900 Appeal of Fee Determination Under Equal Access to Justice |
| G 240 Torts to Land | G 444 Welfare / G 535 Death Penalty | G 791 Empl. Ret. Inc. Security Act | G 870 Taxes (U.S. Plaintiff or Defendant) | G 950 Constitutionality of State Statutes |
| G 245 Tort Product Liability | G 440 Other Civil Rights / G 540 Mandamus & Other | | G 871 IRS—Third Party 26 USC 7609 | G 890 Other Statutory Actions |
| G 290 All Other Real Property | G 550 Civil Rights / [X] 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C.A § 1332

### VII. REQUESTED IN COMPLAINT:
G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 40,000,000   CHECK YES only if demanded in complaint:
JURY DEMAND: G Yes [X] No

### VIII. RELATED CASE(S) IF ANY
(See instructions:)
JUDGE _____   DOCKET NUMBER _____

DATE __7/18/2006__   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

IM Jimmie Lewis
SBI# 506622  UNIT BLD 23, D U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801