# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: JIMMIE LEWIS | COURT CASE NUMBER: CA NO. 05-013 GMS |
| DEFENDANT: GEORGIA SUTTON | TYPE OF PROCESS: o/c |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GEORGIA SUTTON IS THE MEDICAL SUPERVISOR AT HRYCI

**AT** ADDRESS: 1301 E. 12TH ST, WILM, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JIMMIE LEWIS, SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

Number of process to be served with this Form - 285: 4
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

COMPLAINTS ARE DATED: 7/18/06, 3/29/05, 1/6/05, 10/3/05
FORMA PAUPERIS

Signature: Jimmie Lewis — PLAINTIFF
TELEPHONE NUMBER: N/A
DATE: 7/17/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

Signature of Authorized USMS Deputy or Clerk: BF
Date: 10-4-06

Date of Service: 10/5/06
Signature of U.S. Marshal or Deputy: BF

REMARKS: NO longer @ HRYCI  RETURN unexecuted

2006 OCT -6 AM 8:50
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)