**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Jimmie Lewis | COURT CASE NUMBER: CA No. 05-013 GMS |
| DEFENDANT: C/O Presley | TYPE OF PROCESS: O/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C/O Presley, works as a C/O at the HRYCI

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1301 E. 12th St, Wilm, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jimmie Lewis, SBI# 506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, DE 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 44 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Complaints are dated: 7/18/06, 3/29/05, 1/6/05, 10/3/05
(Forma Pauperis)

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
Jimmie Lewis

TELEPHONE NUMBER: N/A
DATE: 7/17/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: BJZ
Date: 10-4-06

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 10/4/06
Signature of U.S. Marshal or Deputy: BJZ

REMARKS: No longer @ HRYCI
Return unexecuted

2006 OCT -6 AM 8:50
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |