# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Jimmie Lewis | COURT CASE NUMBER: CA NO 05-013 GMS |
| DEFENDANT: Nanette Bordley | TYPE OF PROCESS: O/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Nanette Bodley is a C/O at the HRYCI

**AT** ADDRESS: 1301 E. 12th St, Wilm, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jimmie Lewis, SBI #506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, DE 19977

- Number of process to be served with this Form - 285: 4
- Number of parties to be served in this case: 44
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

Complaints are dated: 7/10/06, 3/29/05, 1/6/05, 10/3/05

(FORMA PAUPERIS)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Jimmie Lewis
TELEPHONE NUMBER: N/A
DATE: 7/17/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Date: 10-4-06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 10/4/06

**REMARKS:** No longer @ HRYCI. Return unexecuted.

2006 OCT -6 AM 8:51
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)