**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: JIMMIE LEWIS | COURT CASE NUMBER: CA NO 05-013 GMS |
| DEFENDANT: FRED WAY | TYPE OF PROCESS: C/O |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: FRED WAY, SGT AT THE HRYCI

**AT** ADDRESS: 1301 E. 12TH ST, WILM, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
JIMMIE LEWIS, SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

Number of process to be served with this Form - 285: 4
Number of parties to be served in this case: 44
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

COMPLAINTS ARE DATED: 7/18/06, 3/29/05, 1/6/05, 10/3/05
(FORMA PAUPERIS)

Signature of Attorney or other Originator requesting service on behalf of: Jimmie Lewis
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7/17/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Signature of Authorized USMS Deputy or Clerk: BF
Date: 10-4-06

☒ I hereby certify and return that I have personally served...

Name and title of individual served: Ann Carlton, Admin Officer
Date of Service: 10/5/06   Time: 9:00 am
Signature of U.S. Marshal or Deputy: BF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

2006 OCT -6 AM 8:49
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)