U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Jimmie Lewis | COURT CASE NUMBER: CA NO. 05-013 GMS |
| DEFENDANT: C/O TALENTI | TYPE OF PROCESS: O/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
C/O TALENTI IS A C/O AT THE HRYCI

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
1301 E. 12TH ST, WILM, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jimmie Lewis, SBI # 506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, DE 19977

Number of process to be served with this Form - 285: 4
Number of parties to be served in this case: 44
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

COMPLAINTS ARE DATED: 7/18/06, 3/29/05, 1/6/05, 10/3/05
(FORMA PAUPERIS)

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Jimmie Lewis
TELEPHONE NUMBER: N/A
DATE: 7/17/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

Signature of Authorized USMS Deputy or Clerk: BF
Date: 10-4-06

Name and title of individual served (if not shown above):
Ann Carlton, Admin Officer

Date of Service: 10/5/06   Time: 9:00 am

Signature of U.S. Marshal or Deputy: BF

REMARKS:

FILED DISTRICT COURT DISTRICT OF DELAWARE
2006 OCT -6 AM 8:49

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)