U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | JIMMIE LEWIS |
| DEFENDANT | DIANE HERNANDEZ |
| COURT CASE NUMBER | CA NO. 05-013 GMS |
| TYPE OF PROCESS | O/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: DIANE HERNANDEZ IS A NURSE AT THE HRYCI

**AT** ADDRESS: 1301 E. 12TH ST, WILM, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
JIMMIE LEWIS, SBI # 506622  
DEL CORR CENTER  
1181 PADDOCK RD  
SMYRNA, DE 19977

Number of process to be served with this Form - 285: 4  
Number of parties to be served in this case: 44  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:  
COMPLAINTS ARE DATED: 7/18/06, 3/29/05, 1/6/05, 10/3/05  
(FORMA PAUPERIS)

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT  
Signed: Jimmie Lewis  
TELEPHONE NUMBER: N/A  
DATE: 7/17/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

Signature of Authorized USMS Deputy or Clerk: BR  
Date: 10-4-06

Date of Service: 10/5/06  
Signature of U.S. Marshal or Deputy: BF

**REMARKS:** NO longer @ HRYCI  
Return unexecuted

2006 OCT -6 AM 8:51  
FILED  
CLERK U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)