## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-013-GMS |
| | ) | Consolidated |
| | ) | |
| RAPHAEL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Commissioner Stanley Taylor, Warden Raphael Williams and Deputy Warden Mark Emig ("State Defendants Taylor, Williams and Emig").  This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon State Defendants Taylor, Williams and Emig.  State Defendants Taylor, Williams and Emig specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for State Defendants Stanley Taylor, Raphael Williams and Mark Emig

Dated: October 20, 2006

## CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on October 20, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400