**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | C.A. No. 05-013-GMS |
| | ) | C.A. No. 05-051-GMS |
| | ) | C.A. No. 05-052-GMS |
| WARDEN RAPHAEL WILLIAMS, et al., | ) | |
| | ) | Jury Trial Requested |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Thomas Carroll, David Bamford, Philip Parker, Dave Williams, Joseph Sabato, Patrick Sheets, Sylvia Farmer, Fred Way, Charles Richards, Michael Lewis, Howard Kennedy, Arthur Davis, Christopher Chappel, Corey Johnson, Mark Blue, Bradford Apa, Vincent Williams, Christopher Cannon, Gary Ince, Richard Gassner, Denisha Young, Glenn Wayman, Zachary Rodriguez, Brian Berggrun, and Donald Chudzik (the "State Defendants").   This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the State Defendants.   The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400

Dated: December 4, 2006                     Attorney for the State Defendants

## <u>CERTIFICATE OF SERVICE</u>

I, Erika Y. Tross, Esq., hereby certify that on December 4, 2006, I caused

a true and correct copy of the attached *Entry of Appearance* to be served on the following

individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400