IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSOLIDATED |
| v. ) | C.A. No. 05-013-GMS |
| ) | C.A. No. 05-051-GMS |
| ) | C.A. No. 05-052-GMS |
| WARDEN RAPHAEL WILLIAMS, et al., ) | |
| ) | Jury Trial Requested |
| Defendants. ) | |

**SUGGESTION OF DEATH UPON THE RECORD**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25**

COMES NOW, the undersigned counsel and suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of defendant Officer Andrew Talenti on October 21, 2006, during the pendency of this action. A redacted copy of Officer Talenti's death certificate is attached hereto.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
     Attorney for State Defendants

Dated: December 5, 2006

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on December 5, 2006, I caused a true and correct copy of the attached *Suggestion of Death upon the Record pursuant to Federal Rule of Civil Procedure 25* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400