# CERTIFICATE OF DEATH
## State of Delaware (107)

**OFFICE OF VITAL STATISTICS**
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

**DECEDENT**

1. DECEDENT'S NAME: ANDREW J. TALENTI
2. SEX: MALE
3. DATE OF DEATH: OCTOBER 21, 2006
5A. AGE (YRS): 41
6. DATE OF BIRTH: 04/12/1965
7. BIRTHPLACE: Pittsburgh, PA
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? NO
9. ANATOMICAL GIFT: NOT GRANTED
10A. PLACE OF DEATH: RESIDENCE
10D. COUNTY OF DEATH: NC
11. MARITAL STATUS: Never Married
12. SURVIVING SPOUSE: N/A
13A. USUAL OCCUPATION: Correctional Officer
13B. KIND OF BUSINESS/INDUSTRY: State
14A. RESIDENCE — STATE: Delaware
14B. COUNTY: New Castle
14E. INSIDE CITY LIMITS? No
15. HISPANIC ORIGIN? NO
16. RACE: WHITE
17. EDUCATION: Elementary/Secondary: 12; College: 2

**DISPOSITION**

27A. METHOD OF DISPOSITION: CREMATION
21B. PLACE OF DISPOSITION: Philadelphia Crematory
21C. LOCATION: Philadelphia, PA
23. NAME AND ADDRESS OF FACILITY: Beeson Funeral Home of Newark, 2053 Pulaski Hwy, Newark, DE
25. DATE FILED: OCT 27 2006

**PRONOUNCING OFFICIAL**

26B. LICENSE NUMBER: C100796
26C. DATE SIGNED: 10/22/06
27. TIME OF DEATH: 1615
28. DATE PRONOUNCED DEAD: 10/21/06
29. CASE REFERRED TO MEDICAL EXAMINER? YES

**CERTIFIER**

30A. CERTIFIER: MEDICAL EXAMINER
30B. SIGNATURE AND TITLE OF CERTIFIER: DEPUTY CHIEF MEDICAL EXAMINER
30C. LICENSE NUMBER: C10004375
30D. DATE SIGNED: OCTOBER 23, 2006
31. NAME AND ADDRESS OF CERTIFIER: ADRIENNE SEKULA-PERLMAN, 200 S. ADAMS STREET, WILMINGTON, DE 19801

32A. WAS AN AUTOPSY PERFORMED? YES
33. MANNER OF DEATH: UNDETERMINED
34. DATE OF INJURY: FOUND 10/21/2006
35. TIME OF INJURY: FOUND 4:00 PM
36. INJURY AT WORK? NO
37. DESCRIBE HOW INJURY OCCURRED: FOUND DEAD IN BED.
38. PLACE OF INJURY: RESIDENCE

40. PART I
IMMEDIATE CAUSE: (A) SUBDURAL HEMATOMA

(2) LOCAL REGISTRAR'S COPY