100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

V.                                  CA. NO. 05-013 (GMS)

RAPHAEL WILLIAMS, ET AL.

MOTION FOR DISCOVERY #1

---

DATE: 12/19/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) ON OR ABOUT 10/04-05/2006 U.S MARSHALL, INITIALS B.F ATTEMPTED TO COMPLETE SERVICE OF PROCESS ON DEFENDANTS, DR. JOSHI, ARCHIE ARMSTRONG, MR. FISH, MACK-REYNOLDS, AARON GOINES, C/O CUMBERBACK, C/O HARRIFORD, C/O PRESLEY, LT. MITCHELL, NANETTE BORDLEY, TAMIKO CHAFFER C/O HARDGRAVE, DIANE HERNANDEZ, MS. NEWMAN, DR. BOSTON, DR. ALI, GEORGIA SUTTON, NURSE INNA, BUT TO NO AVAIL.

2.) THE FOREMENTIONED DEFENDANTS WERE AND OR ARE EMPLOYEE'S UNDER THE JURISDICTION OF DEFENDANT, WARDEN RAPHAEL WILLIAMS AT THE H.R.Y.C.I, 1301 E. 12TH ST, WILM, DE 19809.

3.) DEFENDANT RAPHAEL WILLIAMS HAS NOTED INSUFFICIENCY OF SERVICE OF PROCESS AND INSUFFICIENCY OF PROCESS AS THE 21ST AND 22ND AFFIRMATIVE DEFENSES IN THE, 12/04/06 "STATES DEFENDANTS ANSWER TO PLAINTIFF'S ORIGINAL AND FIRST AND SECOND AMENDED COMPLAINTS".

4.) THE ONLY WAY THE PLAINTIFF CAN PROPERLY COMPLETE SERVICE OF PROCESS AND THEREFORE RENDER THE DEFENDANTS 21ST AND 22ND AFFIRMATIVE DEFENSES MOOT, IS FOR THE DEFENDANT RAPHAEL-WILLIAMS TO SUPPLY THE PLAINTIFF WITH THE FULL AND COMPLETE ADDRESSES OF THE DEFENDANTS DR. JOSHI, ARCHIE ARMSTRONG, MR. FISH, MACK REYNOLDS, AARON GOINES, C/O CUMBERBACK, C/O HARRIFORD, C/O PRESLEY, LT. MITCHELL, NANETTE BORDLEY, TAMIKO CHAFFER, C/O HARDGRAVE, DIANE HERNANDEZ, MS. NEWMAN, DR. BOSTON, DR. ALI, GEORGIA SUTTON, NURSE INNA.

5.) FOR THE FOREGOING REASONS, THE PLAINTIFF HEREBY REQUEST TO BE GRANTED AN ORDER FOR THE FULL AND COMPLETE MAILING ADDRESSES OF THE AFOREMENTIONED DEFENDANTS.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS, DUE HEREBY CERTIFY ON THIS 19TH DAY OF DEC, 2006, THAT I DID MAIL BY U.S. POSTAL ONE TRUE AND CORRECT COPY OF THE PLAINTIFF'S MOTION FOR DISCOVERY # 1, TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

ERIKA Y. TROSS
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST, 7TH FL.
WILMINGTON, DE 19801

DATE: 12/19/06

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977