IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | Civil Action No. 05-013-GMS |
| | ) | Civil Action No. 05-051-GMS |
| WARDEN RAFAEL WILLIAMS, | ) | Civil Action No. 05-052-GMS |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on December 5, 2006, the defendants filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1) with respect to the defendant Andrew Talenti (D.I. 98);

WHEREAS, more than ninety days have elapsed following the suggestion of death without a motion for substitution pursuant to Fed. R. Civ. P. 25(a)(1);

NOW THEREFORE, this 9th day of April, 2007, IT IS ORDERED that the action is DISMISSED as to the defendant Andrew Talenti.



UNITED STATES DISTRICT JUDGE

FILED

APR 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE