IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | C.A. No. 05-013-GMS |
| | ) | C.A. No. 05-051-GMS |
| | ) | C.A. No. 05-052-GMS |
| WARDEN RAPHAEL WILLIAMS, et al., | ) | |
| | ) | Jury Trial Requested |
| Defendants. | ) | |

**STATE DEFENDANT WARDEN RAPHAEL WILLIAMS' RESPONSES
TO PLAINTIFF'S REQUEST FOR ADDRESSES [RE: D.I. 100 & 102]**

Pursuant to the Federal Rules of Civil Procedure and the Court's Order dated April 9, 2007 (D.I. 102), State Defendant Warden Raphael Williams ("Warden Williams") hereby responds to Plaintiff's request for addresses in his Motion for Discovery (D.I. 100) as follows:

### RESPONSE TO REQUEST FOR ADDRESSES

**Provide last known addresses for the following individuals: Dr. Joshi, Archie Armstrong, Mr. Fish, Mack Reynolds, Aaron Goines, C/O Cumberback, C/O Harriford, C/O Presley, Lt. Mitchell, Nanette Bordley, Tamiko Chaffer, C/O Hardgrave, Diane Hernandez, Ms. Newman, Dr. Boston, Dr. Ali, Georgia Sutton, and Nurse Inna.**

**RESPONSE:** State Defendant Warden Williams states as follows:

1. Upon information and belief, Dr. Joshi, Mr. Fish, Diane Hernandez, Dr. Boston, Dr. Ali, Georgia Sutton and Nurse Inna were not employees of Howard Young or DCC. Rather, the aforementioned individuals were employees of the contracted medical provider. The aforementioned individuals no longer work at Howard Young or DCC and neither Howard Young nor DCC maintained personnel files on these individuals. Therefore, there are no known addresses for these individuals.

2. Records indicate that there are no known individuals by the names of Aaron Goines or Mack Reynolds who worked for Howard Young or DCC.

3. Upon information and belief, the following individuals are currently employed by the Department of Correction:

   Lt. John Mitchell
   Delaware Correctional Center
   1181 Paddock Road
   Smyrna, DE 19977

   C/O Tamiko Schaffer
   Webb Correctional Facility
   200 Greenbank Road
   Wilmington, DE 19808

4. Last known addresses of former employees of Howard Young:

   Archie Armstrong
   228 Flower Street
   Chester, PA 19013

   William Harriford
   816 Townsend Boulevard
   Dover, DE 19901

   Annette Newman
   1605 Bonwood Rd.
   Alban Park
   Wilmington, DE 19805

   Charles Pressley
   1251 S. Peach Street
   Philadelphia, PA 19143

5. Upon information and belief, last known addresses of former employees of DCC:

   Nanette Bordley
   P.O. Box 1033
   Dover, DE 19903

   Amanda Cumberbatch
   15 Hogan Circle
   Middletown, DE 19709

- 3 -

    Gwen Hargreaves
    RR2 Box 150-20
    Frankford, DE 19945

                                      **DEPARTMENT OF JUSTICE**
                                      **STATE OF DELAWARE**

                                      */s/ Erika Y. Tross*
                                      Erika Y. Tross (#4506)
                                      Deputy Attorney General
                                      820 N. French Street, 6th Floor
                                      Wilmington, DE  19801
                                      (302) 577-8400
                                          Attorney for the State Defendants

Dated: April 17, 2007

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on April 17, 2007, I caused a true and correct copy of the attached *State Defendant Warden Raphael Williams' Responses to Plaintiff's Request for Addresses [Re: D.I. 100 & 102]* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Jimmie Lewis
SBI # 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400