

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS ) | |
| ) | |
| Plaintiff ) | |
| ) | CONSOLIDATED |
| v. ) | Civil Action No. 05-13 GMS |
| ) | |
| DR. ROGERS and ) | |
| DEBRA MUSKARELI ) | |
| ) | |
| Defendants. ) | |

### ORDER

WHEREAS, on January 11, 2005, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 2);

WHEREAS, on October 6, 2006, a return of service executed as to the defendant Dr. Rogers was filed with the court (D.I. 88);

WHEREAS, on October 6, 2006, a return of service executed as to the defendant Debra Muskareli was filed with the court (D.I. 86);

WHEREAS, the defendants' answers to the Complaint were due on October 24, 2006, and October 25, 2006, and

WHEREAS, the court's docket reflects that no answers or other responsive pleadings were filed by the defendants;

IT IS HEREBY ORDERED that:

The defendants will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

April __19__, 2006

_____
UNITED STATES DISTRICT JUDGE