IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                            CA. NO. 05-013 (GMS)

RAPHEL WILLIAM, ET AL.


INFORMA PAUPERIS REQUEST
FOR DOCKET SHEET


NOTE: PLAINTIFF HAS BEEN SENDING LEGAL MAIL, AND HAS NOT BEEN ABLE TO OBTAIN CONFORMATION THE THE MATERIAL SENT IS REACHING THIS HONORABLE COURT


DATE: 4/18/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned