IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                          CA NO. 05-013 (GMS)

RAPHAEL WILLIAMS, ET AL.


MOTION FOR ORDER OF
DEFAULT JUDGEMENT AGAINST
DEFENDANTS DR. ROGERS AND
DEBRA MUSKARELI PURSUANT
TO FED R. CIV P # 55


DATE: 4/21/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

1.) WHEREAS, ON JAN 11, 2005 THE PLAINTIFF FILED A COMPLAINT AGAINST THE ABOVE CAPTIONED DEFENDANTS, (D.I. 2).

2.) WHEREAS ON OCT 6, 2006 A RETURN OF SERVICE EXECUTED AS TO THE DEFENDANT DR. ROGERS WAS FILED WITH THE COURT, (D.I. 88).

3.) WHEREAS ON OCT 6, 2006 A RETURN OF SERVICE EXECUTED AS TO THE DEFENDANT DEBRA MUSKARELI WAS FILED WITH THE COURT, (D.I. 86).

4.) WHEREAS THE DEFENDANTS ANSWERS TO THE COMPLAINT WERE DUE ON OCT 24, 2006 AND OCT 25, 2006, BUT THE COURT'S DOCKET REFLECTS THAT NO ANSWER OR OTHER RESPONSIVE PLEADINGS WERE FILED BY THE DEFENDANTS.

5.) DEFENDANTS DR. ROGERS AND DEBRA MUSKARELI ARE IN DEFAULT AS OF THE 23RD OF APRIL 07. 6TH AND 14TH U.S.C.A RIGHT VIOLATION.

6.) THE PLAINTIFF HEREBY REQUEST DEFAULT AND DECLATORY JUDGEMENT, AND TO RECEIVE UP TO $75,000.00 IN NOMINAL, PUNITIVE AND EXEMPLARY RELIEF FOR DAMAGES FROM EACH DEFENDANT

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 21ST, DAY OF APRIL, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ORDER OF DEFAULT JUDGEMENT AGAINST DEFENDANTS DR. ROGERS AND DEBRA MUSKARELI PURSUANT TO FED R. CIV P # 55 BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

DATE: 4/21/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

I/M B. Bowin
SBI# 173957 UNIT C U/11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39
APR 23 2007
MAILED FROM ZIP CODE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE
19801

U.S.M.S.
X-RAY