IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                      CA. NO. 05-013 (GMS)

RAPHAEL WILLIAMS, ET AL.

FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

INFORMA PAUPERIS REQUEST
FOR DI 2, DI 8 AND DI 18

1.) THE PLAINTIFF HAS BEEN TRANSFERED TO AND FRO CAUSING SAID COMPLAINT TO BE IN DISARRAY.

2.) IN ORDER TO SERVE DEFENDANTS WITH A TRUE AND CORRECT COPY OF PLEADING AND EXHIBITS THE PLAINTIFF HEREBY REQUEST DI.2, DI 8 AND DI.18 TO COMPLETE SERVICE. SEE DOCKET # 103.

DATE: 4/21/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977