IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                              CA. NO. 05-013 (GMS)

RAPHAEL WILLIAMS, ET AL

PLAINTIFF'S RESPONSE TO DEFENDANTS
COMBINED FIRST SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS
PURSUANT TO FED R.CIV P#'S 26, 33 AND 34.



FILED
MAY -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: 4/27/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

"INTERROGATORIES"   P. 1

NO. 1 (A), Due to the number of defendants, said request as it is stated can not be adhered to without specifically identifying said defendant; see also 05-013 (GMS).
   (B), See No. 1 A
   (C), See No 1 A
   (D), See No 1 A

NO. 2 (A), See CA No's 05-013 GMS, 05-051 GMS, 05-052 GMS as well as the civil docket sheets for said actions.
   (B), A litany of persons
   (C), See No 2 (A).

NO. 3 (A), See No 2 (A).
   (B), See No 2 (A)
   (C), See No 2 (A)

NO. 4, See No 2 (A)

NO. 5, See No 2 (A)

NO. 6, See No 2 (A)

P. 2

NO 7. 1. THE ANTI-BIOTIC BACTRIM 7 TIMES THROUGH OUT THE COURSE OF 1½ YEARS

2. THE ANTI-BIOTIC AMOXICILIN

3. CLASSIFIED TO THE SHU FOR 14 MONTHS

4. THE SNU FOR 8 MONTHS

5. P.C, PROTECTIVE CUSTODY

6. STRESS TEST

7. UROLOGY CONSULTATION, DR JOSE M. GUECO MD.

NO 7(B), THIS QUESTION IS PREMATURE PENDING DISCLOSURE OF DISCOVERY FROM RAPHAEL WILLIAMS, ET AL.

NO 8 (A) 1. SCHIZOPHERENIA

2. ANTI SOCIAL PERSONALITY

3. TOE NAIL FUNGAIS

4. HYPERTENSION

5. URINARY TRACK INFECTION

6. NASAL INFECTION

7. IRRITABLE BOWELS

8. CONSTIPATION

9. BROKEN PINKY FINGER, LEFT HAND

10. ATTEMPTED SUICIDE

11. POSSIBLE BRAIN DAMAGE

12. POSSIBLE KIDNEY AND OR LIVER DAMAGE

(B), SEE NO 2(A).

(C), SEE NO 7(B)

(D), SEE NO 7(B)

P.3

NO. 9 (A) 1. SCHIZOPHRENIA
2. ANTI SOCIAL PERSONALITY
3. HERNIA LEFT TESTICAL
4. HYPERTENSION
5. CHICKEN POX
6. TUNSILITIS
7. BROKEN (LEG - LEFT), LEFT ARM, LEFT FOOT
8. GUNSHOT, LEFT HIP
(B) SEE NO 2(A),
(C) SEE NO 7(B),
(D) SEE NO 7(B).

NO. 10.   SCHIZOPHRENIA
ANTI SOCIAL PERSONALITY
DR. JOSHI, DR CANNOLLI, ETAL.
TIMES: SINCE I WAS A CHILD OF 5 YEARS OLD.

NO 11.   CONSPIRACY TO SALIDIFY MY OCT 21-23-03 CONVICTION.
DR. S. TOSTER IS THE ONLY PSYCHIATRIST TO DIAGNOSE ME AS MALINGERING IN MY LIFE.

NO. 12. (A), SEE NO 2(A)
(B), SEE NO 2(A)
(C), SEE NO 2(A)
(D), SEE NO 2(A)

p. 4

NO. 13 (A), SEE NO 2 (A).
    (B), SEE NO 2 (A).
    (C) CHEST PAIN, PAIN IN LEFT HAND PINKY FINGER, ABDOMINAL PAIN, BACK PAIN, PAIN IN TOES, EMOTIONAL PAIN, CONSTIPATION, AMNESIA, INSOMNIA, INJURY TO RIBS, INJURED LEGS - HEAD, INJURED NECK - FACE - JAW, BURNING EYES - SKIN - LUNGS, SWOLLEN WRIST - EYES - LIPS - NOSE, INJURED HAND.

    (D), SEE NO 2(A) AND 7(B).

NO. 14. (A), SEE NO 2(A),
    (B), SEE NO 2(A),
    (C), SEE NO 13(C).
    (D), SEE NO 2(A) AND 7(B)

NO. 15 (A), SEE NO 2(A)
    (B), SEE NO 2(A)
    (C), SEE NO 13(C)
    (D), SEE NO 2(A) AND 7(B).

P.5

NO. 16 (A), SEE NO 2(A)
   (B), SEE NO 2(A)
   (C), DAYS - WEEKS AND AS MUCH AS 3 MONTHS TO 1 1/2 YEARS CONFINED TO QUARTERS UNLIKE OTHER INMATE PRISONERS IN GENERAL POPULATION.   DAMAGES: EMOTIONAL DAMAGES, LOSS OF FAMILY (VISITS), LOSS OF REC, LOSS OF RELIGIOUS SERVICES, LOSS OF WEIGHT, LOSS OF PHONE CALLS, LOSS OF COMMISSARY PRIVILAGE, LOSS OF THE ABILITY TO DO LEGAL RESEARCH PERSONALY. LIKE OTHER INMATE PRISONERS IN GENERAL POPULATION.
   (D), SEE NO 2(A) AND 7(B)

NO. 17., SEE NO 2(A) AND 7(B).

NO. 18.   DR JOSHI, DR ARUMBURO, DR ALI, DR. ROGERS, DR. CANNULI, DR. ROSE, DR. BOSTON, DR. JOSE M. GUECO MD.
   PLACES: H.R.Y.C.I ; D.CC AND 33B TROLLEY SQUARE WILM, DEL 19806
   302-654-0997.

NO. 19. PER DEL RULES OF EVIDENCE 609:
     CARJACKING 2ND, 5 YRS,
   THEFT $1000 OR MORE  2 YRS, RESISTING ARREST 1 YR.
     MAY 26, 2003.
   RESTITUTION
   MENTAL HEALTH TREATMENT
   ANGER MANAGEMENT

P.6

NO 20. IRRELAVANT, ANSWER WILL NOT PRODUCE EVIDENCE PERTAINING TO THIS CIVIL COMPLAINT AND OR CA NO's 05-013 GMS, 05-051 GMS OR 05-052 GMS

NO. 21, SEE NO 20

NO. 22, SEE NO 2(A) AND 7(B)

NO 23, NONE

NO 24, SEE NO. 2(A)

"PRODUCTION OF DOCUMENT RESPONSE"  P. 7

NO. 1, SEE CA NO. 05-013 GMS, 05-051 GMS, 05-052 GMS AN THE CIVIL DOCKET SHEETS FOR EACH CIVIL COMPLAINT.

ALSO, THIS QUESTION IS PREMATURE DUE TO PENDING DISCLOSURE OF DISCOVERY

NO 2., SEE NO 1

NO. 3, SEE NO 1

NO. 4, SEE NO 1

NO. 5, SEE NO 1

NO. 6, SEE NO. 1

NO 7, SEE NO 1

NO. 8, SEE NO 1

NO. 9, SEE NO 1

NO. 10, SEE NO 1

NO. 11, SEE NO 1

NO 12, SEE NO 1

P. 8

NO. 13, SEE NO. 1

NO. 14, SEE NO. 1

NO 15, SEE NO. 1

NO. 16, SEE NO. 1

NO 17, OBJECTION, IRRELAVANT.

NO 18, SEE NO. 1

NO 19, SEE NO. 1

NO 20, SEE NO. 1

NO 21, SEE NO. 1

NO 22, SEE NO. 1

NO. 23, (A), NONE, (B) NONE, (C) NONE, (D) NONE.

NO 24. SEE NO. 1.

## CERTIFICATE OF SERVICE

I, the undersigned Plaintiff Jimmie Lewis due hereby certify on this 27TH day of April, 2007, that I did mail one true and correct copy of Plaintiff's Response to Defendants Combined First Set of Interrogatories and Request for Production of Documents pursuant to Fed R. Civ P#'s 26, 33 and 34 by U.S. Postal to each of the following:

Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware 19801

Erika Y Tross
Deputy Attorney General
820 N. French St, 6th Fl
Wilm, Del 19801

Date: 4/27/07

Jimmie Lewis
SBI # 506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, Del 19977