IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jimmie Lewis

    v.                       CA NO. 05-013 (GMS)

Raphael Williams, et al.

MOTION FOR ORDER FOR
DEFAULT JUDGEMENT AGAINST
DEFENDANT RAPHAEL WILLIAMS
PURSUANT TO FED R. CIV P # 55

FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: 4/27/07

Jimmie Lewis
SBI # 506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, Del 19977

1.) On April 9th 07 this Honorable Court ordered for Defendant Raphael Williams to provide the Plaintiff with the full and complete addresses in order to allow him to complete service for: Dr. Joshi, Mr. Fish, Diane Hernandez, Dr. Boston, Dr. Ali, Georgia Sutton, Nurse Inna, Aaron Goines and Mack Reynolds.

2.) On April 17th 07 the Defendant Raphael Williams responded DI.103, but failed to provide the Plaintiff with the full and complete addresses of the aforementioned defendants in order for him to complete service, even though Defendant Raphael Williams acknowledges that said persons were indeed D.O.C. employees whom all worked at the H.R.Y.C.I., and therefore acted under color of state law, and hence should be held accountable as is noted in the plaintiff's complaint 05-013 GMS.

3.) Defendant Raphael Williams is and or was the warden who has access to the full and complete addresses of the aforementioned defendants, but has deliberately failed to provide said discovery information, and is therefore in default for obstruction, due to his failing to adhere to this Honorable Court April 9th 07 court order as of 3/3/07.

4.) The plaintiff hereby request default and declatory judgement, and to receive up to $75,000.00 in punitive relief for damages inflicted by each defendant named herein from and or for "each" defendant that Defendant Raphael Williams intentionally holds in default.

CERTIFICATE OF SERVICE

I, the undersigned plaintiff Jimmie Lewis due hereby certify on this 27th, day of April, 2007, that I did mail one true and correct copy of the motion for order for default judgement against defendant Raphael Williams pursuant to Fed R. Civ P # 55, by U.S postal to each of the following:

Clerk of the court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware 19801

Erika Y. Tross
Deputy Attorney General
820 N. French St, 6th Fl
Wilm, Del 19801

Date: 4/27/07

Jimmie Lewis
SBI# 506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, Del 19977