IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                    CA. NO. 05-013 (GMS)

RAPHAEL WILLIAMS, ET AL.

MOTION FOR ORDER OF
DEFAULT JUDGEMENT AGAINST
DEFENDANTS DR. ROGERS AND
DEBRA MUSKARELI PURSUANT
TO FED R. CIV P # 55

DATE: 4/27/07

Jimmie Lewis
501 # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) WHEREAS, ON JAN 11, 05 THE PLAINTIFF FILED A COMPLAINT AGAINST THE ABOVE CAPTIONED DEFENDANTS, DI. 2.

2.) WHEREAS ON OCT 6, 06 A RETURN OF SERVICE EXECUTED AS TO THE DEFENDANT DR. ROGERS WAS FILED WITH THE COURT, DI. 88.

3.) WHEREAS, ON OCT 6, 06 A RETURN OF SERVICE EXECUTED AS TO THE DEFENDANT DEBRA MUSKARELI WAS FILED WITH THE COURT, DI. 86.

4.) WHEREAS, ON THE 24TH OF OCT, 06 THE DEFENDANTS ANSWERS TO THE COMPLAINT WERE DUE, BUT THE COURTS DOCKET REFLECTS NO ANSWER OR OTHER RESPONSIVE PLEADINGS WERE FILED BY THE DEFENDANTS.

5.) DEFENDANTS DR. ROGERS AND DEBRA MUSKARELI ARE IN DEFAULT AND OR CONTEMPT OF COURT AS OF THE 25TH OF APRIL 2007, PURSUANT TO THIS HONORABLE COURTS APRIL 19TH '07 ORDER. 6TH AND 14TH U.S.C.A RIGHT VIOLATIONS.

6.) THE PLAINTIFF HEREBY REQUEST DEFAULT AND DECLATORY JUDGEMENT, AND TO RECEIVE UP TO $75,000.00 IN NOMINAL, PUNITIVE AND EXEMPLARY RELIEF FOR DAMAGES FROM EACH DEFENDANT.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 27TH DAY OF APRIL, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ORDER OF DEFAULT JUDGEMENT AGAINST DEFENDANTS DR. ROGERS AND DEBRA MUSKARELI PURSUANT TO FED. R. CIV P#55 BY U.S. MAIL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DEL 19801

DATE: 4/27/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977