IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                    CA. NO. 05-013 (GMS)

RAPHAEL WILLIAMS, ET AL.

FILED
MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR ORDER OF CONTEMPT
OF COURT ORDER DATED APRIL 9TH 07
FOR DEFENDANT RAPHAEL WILLIAMS
PURSUANT TO FED R CIV P# 34 #1

DATE: 5/01/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

1.) On April 9th 07 this Honorable Court ordered for defendant Raphael Williams to provide discovery of defendants Dr. Joshi, Mr. Fish, Diane Hernandez, Dr. Boston, Dr. Ali, Aaron Goines, Georgia Sutton, Nurse Inna, and Mack Reynolds.; full and complete mailing addresses in order to complete service.

2.) On or about April 17th 07 the defendant Raphael Williams responded, but failed to provide the full and complete mailing addresses of the aforementioned defendants, even though defendant Raphael Williams acknowledges that the said defendants were indeed D.O.C. employees whom all worked at the Howard R. Young - Corr. Inst, and therefore acted under color of state law under defendant Raphael Williams supervision as noted in the plaintiff's complaint.

3.) Defendant Raphael Williams is in contempt of court as of May 3rd 07. 6th and 14th U.S.C.A. right violations.

4.) The plaintiff hereby request an order for compensatory, nominal, exemplary and punitive fines for $7500.00, for each defendant.

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS, 1ST, DAY OF MAY, 2007, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR ORDER OF CONTEMPT BY U.S. POSTAL TO THE FOLLOWING:

CLERIC OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DEL 19801

ERIKA Y. TROSS
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST 6TH FL
WILM, DEL 19801

DATE: 5/01/07

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977