IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-013-GMS |
| | ) |
| RAPHEL WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Jimmie Lewis ("Lewis"), a prisoner housed at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on April 24, 2007, Lewis filed a request for entry of default dated April 21, 2007, as to the defendants Dr. Rogers and Debra Muskarelli (D.I. 107);

WHEREAS, on May 3, 2007, Lewis filed a second request for entry of default as to the defendants Dr. Rogers and Debra Muskarelli, identical to D.I. 107, but dated April 27, 2007 (D.I. 113);

THEREFORE, at Wilmington this 10th day of May, 2007, IT IS HEREBY ORDERED as follows:

1. The second request for entry of default as to the defendants Dr. Rogers and Debra Muskarelli (D.I. 113) is STRICKEN as duplicative.

2. Lewis is placed on notice that repetitive requests for relief that the court has determined are without merit will not be accepted for docketing.

FILED
MAY 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE