IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | Civil Action No. 05-013-GMS |
| | ) | Civil Action No. 05-051-GMS |
| WARDEN RAFAEL WILLIAMS, | ) | Civil Action No. 05-052-GMS |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington, this 11th day of May, 2007, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel.

2. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

3. The case is stayed pending the results of the Federal Civil Panel's review. The parties shall not file pleadings in this case during the pendency of the stay.

FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE