IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V                                    CA. NO. 04 - 1350 (Gms)

DR. SYLVIA FOSTER, ETAL.


RE: NOTICE OF ADDRESS CHANGE


JIMMIE LEWIS
MITCHELL BUILDING
DEL. PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720


FILED
JUN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RG SCHATZ


DATE: 6/14/07                        Jimmie Lewis
                                     MITCHELL BUILDING
                                     DEL. PSYCH CENTER
                                     1901 N. DUPONT HWY
                                     NEW CASTLE, DEL 19720

JIMMIE LEWIS
WHITE HALL BUILDING
DEL PSYCH CENTER
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720

regular mail

1980183519 0012

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801