IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | Civil Action No. 05-013-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| v. | ) | |
| | ) | |
| WARDEN RAFAEL WILLIAMS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**TO:   CLERK OF THE COURT**

Kindly enter the appearance of Kevin J. Connors, Esquire on behalf of defendants, Dr. Rogers and Debra Muskarelli in the above-captioned matter.

           MARSHALL, DENNEHEY, WARNER,
           COLEMAN & GOGGIN

           BY: */s/ Kevin J. Connors*
           KEVIN J. CONNORS, ESQ.
           DE Bar ID: 2135
           1220 North Market Street, 5th Fl.
           P.O. Box 8888
           Wilmington, DE 19899-8888
           Attorney for defendants, Dr. Rogers and Debra Muskarelli

Date: June 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | Civil Action No. 05-013-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| v. | ) | |
| | ) | |
| WARDEN RAFAEL WILLIAMS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that an Entry of Appearance on behalf of defendants, Dr. Rogers and Debra Muskarelli has been served on June 26, 2007 via e-filing upon all counsel of record.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for defendants, Dr. Rogers and Debra Muskarelli

Date: June 26, 2007

\15_A\LIAB\KJCONNORS\LLPG\435650\VLLUCAS\13252\15000