IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS,<br><br>             Plaintiff,<br><br>      v.<br><br>RAPHAEL WILLIAMS, et al.,<br><br>             Defendants. | C.A. No. 05-13 (GMS)<br>CONSOLIDATED |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to paragraph 2(b) of the Standing Order dated May 25, 1999 captioned In Re The Establishment Of A Federal Civil Panel To Provide Legal Assistance To Indigent Parties In Certain Civil Litigation, the undersigned hereby withdraws her appearance in this action as counsel for plaintiff Jimmie Lewis.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Jimmie Lewis*

June 27, 2007

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on June 27, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>Erika Yvonne Tross
>Delaware Department of Justice

I further certify that copies were caused to be served on June 27, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Erika Yvonne Tross
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801
erika.tross@state.de.us

Kevin J. Connors
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 5th Floor
P. O. Box 8888
Wilmington, DE  19899-8888
kconnors@mdwcg.com

**BY FIRST CLASS MAIL**

Jimmie Lewis
Delaware Psychiatric Center
1901 North Du Pont Highway
Mitchell Building
New Castle, DE  19720

>*/s/ Julia Heaney (#3052)*
>―――――――――――――――――――
>Julia Heaney (#3052)
>jheaney@mnat.com