IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS | : |
| Plaintiff | : |
| | CONSOLIDATED |
| v. | : Civil Action No. 05-13 GMS |
| RAPHEL WILLIAMS, et al. | : |
| Defendants | : |

## ORDER

WHEREAS, on June 5, 2007, an Order was issued recognizing the agreement of representation of the plaintiff by Julia Heaney, Esq. (D.I. 117);

WHEREAS, on June 27, 2007, a Notice of Withdrawal of Appearance was filed by Julia Heaney, Esq. (D.I. 122);

WHEREAS, the Notice of Withdrawal of Appearance is hereby construed as a Motion for Leave to Withdraw Appearance;

IT IS HEREBY ORDERED that:

The Motion for Leave to Withdraw is hereby GRANTED, and the appearance of Julia Heaney, Esq. is hereby terminated.

_____
UNITED STATES DISTRICT JUDGE

July __10__, 2007



FILED

JUL 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE