IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS | : |
|     Plaintiff | : |
| |   CONSOLIDATED |
| v. | : Civil Action No. 05-13 GMS |
| RAPHEL WILLIAMS, et al. | : |
|     Defendants | : |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington, this 10TH day of July 2007, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel;

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference; and

3. The case is STAYED pending the results of the Federal Civil Panel's review. The parties shall not file pleadings in this case during the pendency of the stay.

_____
UNITED STATES DISTRICT JUDGE

FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE