IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CONSOLIDATED |
| v. | ) Civ. No. 05-013-GMS |
| | ) Civ. No. 05-051-GMS |
| WARDEN RAFAEL WILLIAMS, | ) Civ. No. 05-052-GMS |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 11TH day of Feb., 2008,

The plaintiff Jimmie Lewis ("Lewis"), SBI #506622, a prisoner incarcerated at Delaware Correctional Center, Smyrna, Delaware, filed this lawsuit pursuant to 42 U.S.C. § 1983. He appears *pro se* and was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 4.) Lewis requested counsel, and the case is stayed pending review by the Federal Civil Panel. Currently pending is Lewis' motion and supplement for an order of default judgment against the defendant, Raphael Williams. (D.I. 112, 114.)

IT IS ORDERED that the motion (D.I. 112) is **denied without prejudice** with leave to renew following lifting of the stay.

CHIEF, UNITED STATES DISTRICT JUDGE



FILED

2 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE