IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS       C.IV A NO. 05-013 (GMS)

WARDEN RAFAEL WILLIAM,
ET AL.



FILED
FEB 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

RESPONSE TO D.I. 125,
REQUEST FOR ORDER TO
LIFT STAY BE POSTPONED
FOR 60 DAYS

DATE: 2/12/08

Jimmie Lewis
SBI # 506672
DEL. CORR CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

I/M Jimmie Lewis
SBI# 306622  UNIT A-Tier situ 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. POSTAGE $00.41 FEB 14 2008 MAILED FROM ZIPCODE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON, DELAWARE
19801

"U.S.M." X-RAY